Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE, MILLER & SWEET, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
T: (805) 963-2345
F: (805) 284-9590

Matthew D. Schelkopf (*pro hac vice* forthcoming)
mds@sstriallawyers.com
Joseph B. Kenney (*pro hac vice* forthcoming)
jbk@sstriallawyers.com
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
T: (888) 711-9975
F: (610) 421-1326

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOD HUNLEY, EVELYN HUNLEY, and YING LIANG on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC., and MAZDA MOTOR CORPORATION,<br><br>Defendants. | Case No.: 3:26-cv-02759<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Plaintiffs Tod Hunley, Evelyn Hunley, and Ying Liang, individually and on behalf of all others similarly situated, bring this action against Mazda Motor of America Inc. and Mazda Motor Corporation (collectively "Mazda" or "Defendants"). Plaintiffs allege the following based on (a) personal knowledge, (b) the investigation of counsel, and (c) information and belief:

## INTRODUCTION

1. This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a nationwide class of current and former owners and lessees of Mazda model years ("MY") 2018-2021 CX-5, MY 2020-2021 CX-30, MY 2018-2021 Mazda6 and MY 2019-2021 Mazda3 vehicles containing SKYACTIV-G 2.5 non-turbo engines with cylinder deactivation (collectively, the "Class Vehicles").[1]

2. This action arises from Defendants' failure to disclose to Plaintiffs and similarly situated consumers, despite their longstanding knowledge, that the engines in the Class Vehicles contain, *inter alia*, a latent manufacturing and/or design defect that results in significant structural weakness at the cylinder head around the exhaust manifold, causing engine coolant leakage which results in the engine overheating and catastrophic engine failure (the "Engine Coolant Defect" or "Defect"). The Defect may also cause the engines in the Class Vehicles to experience sudden and unexpected vehicle stalling during operation.

3. The sudden and unexpected catastrophic engine stalling and/or failure causes the Class Vehicles to unexpectedly stop, posing a danger to the drivers and occupants of the Class Vehicles, and others who share the road with them, as other vehicles can collide with the Class Vehicles after they suddenly stop moving.

4. Not only did Defendants actively conceal the fact that the Class Vehicles were prone to the Defect, which require costly repairs to fix, but they also did not reveal that the existence of this Defect would diminish the intrinsic and resale value of the

[1] Plaintiffs reserve the right to amend or add to the vehicle models and model years included in the definition of Class Vehicles after conducting discovery.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Class Vehicles.

5. Defendants have long been aware of the Defect. Despite their longstanding knowledge, Defendants have been unable or unwilling to adequately repair the Class Vehicles for free when the Defect manifests.

6. Many owners and lessees of the Class Vehicles have communicated with Defendants and their agents to request that they remedy and/or address the Defect at Defendants' expense. Defendants have failed and/or refused to do so, often conveying to owners and lessees that the Class Vehicles are operating as intended and therefore cannot be repaired under warranty or otherwise. Once the Class Vehicles fall outside the warranty period, Defendants then charge the owners and lessees for the costly repairs necessitated by the Defect.

7. Defendants have also refused to take any action to correct this concealed Defect when it manifests in the Class Vehicles outside of the warranty period. Because the Defect can manifest shortly outside of the warranty period for the Class Vehicles—and given Defendants' knowledge of this concealed, safety-related defect—Defendants' attempt to limit the warranty with respect to the engine defect is unconscionable and unenforceable here.

8. As a result of Defendants' unfair, deceptive, and/or fraudulent business practices, owners and lessees of the Class Vehicles, including Plaintiffs, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Defendants were conducted in a manner giving rise to substantial aggravating circumstances.

9. Despite notice and knowledge of the Defect from the numerous complaints they have received, information received from dealers, National Highway Traffic Safety Administration ("NHTSA") complaints, and their own internal records, including pre-sale durability testing, Defendants have not recalled the Class Vehicles, offered an adequate repair to the Class Vehicles, offered their customers suitable repairs or replacements free of charge, or offered to reimburse their customers who have incurred

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

out-of-pocket expenses to repair the Defect.

10. Had Plaintiffs and other Class Members known of the Defect at the time of purchase or lease, they would not have bought or leased their Class Vehicles, or would have paid substantially less for them.

11. Plaintiffs are also informed and believe, and on that basis allege, that as the number of complaints increased, and Class members grew dissatisfied with the performance of the Class Vehicles, Defendants were forced to acknowledge that the Class Vehicles suffer from an inherent defect.

12. As a direct result of Mazda's wrongful conduct, Plaintiffs and members of the Classes have been harmed and are entitled to actual damages, including damages for the benefit of the bargain they struck when purchasing their vehicles, the diminished value of their vehicles, out-of-pocket costs, statutory damages, attorneys' fees, costs, restitution, and injunctive and declaratory relief.

13. As a result of the Defect and the monetary costs associated with attempting to repair the Defect, Plaintiffs and the Class have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendants' conduct.

14. This case seeks protection and relief for owners and lessees of the Class Vehicles for the harm they have suffered, and the safety risks they face, from Defendants' breaches of express and implied warranties, Defendants' unfair, unlawful, and deceptive trade practices, and for Defendants' common law fraud and unjust enrichment.

## JURISDICTION AND VENUE

15. This Court has subject matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d)(2) and (6) because: (i) there are one hundred or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000 exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different states. This

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

16. This Court has personal jurisdiction over Defendants by virtue of their transactions and business conducted in this judicial district, and because Defendant Mazda Motor of America, Inc. is headquartered in California. Defendants have transacted and done business, and violated statutory and common law, throughout the State of California and in this judicial district.

17. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Defendants transact business in this district, are subject to personal jurisdiction in this district, and therefore are deemed to be citizens of this district. Plaintiff Liang also resides in this judicial district. Additionally, there are one or more authorized Mazda dealers within this district, and Defendants have advertised in this district and have received substantial revenue and profits from their sales and/or leasing of Class Vehicles in this district; therefore, a substantial part of the events and/or omissions giving rise to the claims occurred within this district.

## PARTIES

### A. Plaintiffs

**Plaintiffs Tod and Evelyn Hunley**

18. Plaintiffs Tod and Evelyn Hunley are married and citizens of Washington, and have been at all times pertinent to this Complaint.

19. Plaintiffs purchased a new 2020 Mazda CX-5 containing a SKYACTIV-G 2.5 non-turbo engine in June 2020 from South Tacoma Mazda, an authorized Mazda dealership located in Tacoma, Washington.

20. Plaintiffs purchased (and still own) this vehicle, which is used for personal, and/or household use. Their vehicle bears Vehicle Identification Number: JM3KFBDM5L1730234.

21. Prior to purchase, Plaintiffs saw a Mazda advertisement discussing the safety and reliability of Mazda vehicles. Plaintiffs also reviewed the original window

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

sticker provided for the vehicle. Plaintiffs also test drove the vehicle and discussed the features of the vehicle with Mazda's sales representatives at South Tacoma Mazda. None of these sources disclosed the Defect to Plaintiffs. Had Mazda disclosed the defect through these sources, Plaintiffs would have seen it and either not purchased the Class Vehicle, or would have paid substantially less for it.

22. Plaintiffs routinely check the fluids in their vehicle.

23. In November of 2025, when Plaintiffs' vehicle had approximately 28,890 miles on the odometer, they observed a strong oil smell that emanated from the engine compartment. They brought their vehicle to their mechanic for an oil change. Their mechanic informed them that oil was not leaking from the oil filter or from the drain plug.

24. In December of 2025, the engine began leaking oil at a rate of a quart every two days. Shortly thereafter, Plaintiffs then brought their vehicle to Walker Renton Mazda, which diagnosed a cracked cylinder head. Walker's Renton Mazda recommended a cylinder head replacement. Plaintiffs were originally quoted approximately $7,000, but after complaining that their vehicle only had 28,000 miles and should not need a cylinder head replacement, they were offered a $2,000 goodwill discount if they went forward with the repairs.

25. Plaintiffs needed a safe and working vehicle so they paid for the necessary repairs in the amount of $5,250. Plaintiffs also paid for a rental vehicle for while the dealership worked on their vehicle in the amount of $115.

26. Plaintiffs sent a pre-suit demand letter to Defendants on March 6, 2026 notifying them of the Defect, but have not received a response.

27. Plaintiffs have suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Engine Coolant Defect, including, but not limited to, out-of-pocket losses associated with the Engine Coolant Defect, diminished value of their vehicle, and other consequential damages.

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

28. Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiffs of the existence of the Defect prior to, or any time after, their purchase.

**Plaintiff Ying Liang**

29. Plaintiff Ying Liang is a citizen of California and resides in San Mateo County, and has at all times pertinent to this Complaint.

30. Plaintiff's mother, with Plaintiff's assistance, purchased a new 2018 Mazda CX-5 containing a SKYACTIV-G 2.5 non-turbo engine in July 2018 from Dublin Mazda, an authorized Mazda dealership located in Dublin, California.

31. Plaintiff's mother purchased (and still owns) this vehicle, which is used for personal, and/or household use. The vehicle bears Vehicle Identification Number: JM3KFACM2J1390890. Plaintiff operates the Class Vehicle occasionally and is also listed on the insurance policy.

32. Prior to purchase, Plaintiff and Plaintiff's mother reviewed the vehicle's window sticker. Plaintiff and her mother also test drove the vehicle and discussed the features of the vehicle with Mazda's sales representatives at Dublin Mazda. None of these sources disclosed the Defect to Plaintiff or her mother. Had Mazda disclosed the defect through these sources, Plaintiff would have seen it and either recommended her mother not purchase the Class Vehicle, or recommended that she should have paid substantially less for it.

33. The Class Vehicle was routinely maintained.

34. In November of 2025, when the vehicle had approximately 57,100 miles on the odometer, Plaintiff observed an oil leak.

35. Plaintiff then brought the vehicle to Putnam Mazda in Burlingame, California in early December of 2025, which diagnosed a cracked cylinder head. Putnam Mazda recommended a cylinder head replacement. Plaintiff was originally quoted approximately $10,600 for the necessary repairs.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

36. Plaintiff's mother needed a safe and working vehicle so Plaintiff paid for the necessary repairs in the amount of $2,818.63 after discretionary goodwill assistance was approved.

37. Plaintiff sent a pre-suit demand letter to Defendants on March 20, 2026 notifying them of the Defect, but has not received a response.

38. Plaintiff has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the Engine Coolant Defect, including, but not limited to, out-of-pocket losses associated with the Engine Coolant Defect, diminished value of the vehicle, and other consequential damages.

39. Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff of the existence of the Defect.

**B. Defendants**

40. Defendants are automobile design, manufacturing, distribution, and/or service corporations doing business within the United States. Furthermore, Defendants design, develop, manufacture, distribute, market, sell, lease, warrant, service, and repair passenger vehicles, including the Class Vehicles.

41. Defendant Mazda Motor of America, Inc. ("MMA") is a California corporation with its principal place of business at 200 Spectrum Center Drive, Irvine, California 92618.

42. Defendant Mazda Motor Corporation ("MMC") is a Japanese multinational company that produces automobiles and engines. In 2015, MMC was ranked the 15th largest automaker by production volume. MMC, through its various entities, designs, manufactures, markets, distributes, and sells Mazda automobiles in California, Connecticut, Maryland, New Jersey, and multiple other locations in the United States.

43. MMA is MMC's U.S. sales and marketing division, which oversees sales and other operations across the United States. MMA distributes Mazda vehicles and sells these vehicles through its network of dealerships that are the agents of MMA and

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MMC. Money received from the purchase of a Mazda vehicle from a dealership flows from the dealer to MMA.

44. There exists, and at all times herein existed, a unity of ownership among MMA and MMC and its agents such that any individuality or separateness between them has ceased and each of them is the alter ego of the others.

45. Upon information and belief, Defendant MMC communicates with Defendant MMA concerning virtually all aspects of the Mazda products it distributes within the United States.

46. Upon information and belief, Defendants developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Class Vehicles, and Defendants' dealerships are not responsible for the content of the Monroney stickers.

47. MMA and MMC are collectively referred to in this Complaint as "Mazda" or "Defendants" unless identified separately.

48. Mazda engages in continuous and substantial business in California and Washington.

**CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLASS**

49. It is appropriate to apply California law to the nationwide claims because California's interest in this litigation exceeds that of any other state.

50. Defendant MMA is located in Irvine, California, and is the sole entity in the United States responsible for distributing, selling, leasing, and warranting Mazda vehicles.

51. MMA maintains its customer relations, engineering, marketing, and warranty departments at their corporate headquarters in this district. MMA's customer service complaint address is Mazda North America Operations, P.O. Box 19734, Irvine, CA 92623-9734. MMA's customer relations department is responsible for fielding customer complaints and monitoring customer complaints posted to their respective

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

websites or third-party websites.

52. MMA's warranty and engineering departments are responsible for the decisions to conceal the Defect from its customers, and for neglecting to inform consumers of the Defect.

53. Based on the foregoing, such policies, practices, acts, and omissions giving rise to this Action were developed in, and emanated from, Mazda's headquarters in Irvine, California. As detailed below, MMA came to know, or should have come to know, of the Defect through the activities of their divisions and affiliated entities located within California. Accordingly, the State of California has the most significant relationship to this litigation and its law should govern.

## TOLLING OF STATUTES OF LIMITATIONS

54. Any applicable statute(s) of limitations have been tolled by Defendants' knowing and active concealment and denial of the facts alleged herein. Plaintiffs and the members of the Class could not have reasonably discovered the true, latent nature of the Engine Coolant Defect until shortly before this class action litigation was commenced.

55. In addition, even after Plaintiffs and Class Members contacted Defendants and/or their authorized dealers for vehicle repairs concerning the Engine Coolant Defect, they were routinely told by Defendants and/or through their dealers that the Class Vehicles were not defective. As described below, the true cause of the Defect is a manufacturing and/or design defect which can, over time, lead to premature and catastrophic engine failure in the Class Vehicles.

56. Defendants were and remain under a continuing duty to disclose to Plaintiffs and the Members of the Class the true character, quality, and nature of the Class Vehicles, that the manufacturing defect will result in the Engine Coolant Defect and eventually catastrophic engine failure, that they will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Defendants, any and all applicable statutes of limitations

otherwise applicable to the allegations herein have been tolled.

## FACTUAL ALLEGATIONS

### A. Defendants' Marketing of the Class Vehicles

57. Mazda designs, engineers, manufactures, and sells vehicles throughout the United States through its network of authorized motor vehicle dealers.

58. In 2025, Mazda was ranked 12th in total vehicle sales in the United States,[2] with average annual sales for all vehicles, including the Class Vehicles, of 410,346 in the U.S. in 2025.[3] Sales of the CX-5 topped 146,000 in 2020, sales of the CX-30 exceeded 38,000 that year, sales of the Mazda3 exceeded 33,000 and Mazda6 sales were in excess of 16,000.[4]

59. Mazda primarily competes for car sales in the United States with other large automakers such as Honda, Nissan, Kia, and Mini.[5]

60. Overall, Mazda touts its design philosophy, which is "to inspire, excite and most of all – bring people joy. This philosophy guides everything we do. From technology, to design, to safety. Our cars are built by insightful craftsmen and detail-obsessed engineers who want to elevate your state of being every time you get behind the wheel."[6]

### B. Engine Coolant Defect in the Class Vehicles

61. Mazda engines installed in the Class Vehicles use four reciprocating pistons to convert the pressure created by the combustion of gasoline mixed with air into a rotating motion. Gasoline, and only gasoline as a fuel, is mixed with air in the combustion chamber of the engine. To generate such rotating motion, a four-step sequence (the "Combustion Cycle") is used. First, the intake stroke begins with the inlet

---

[2] https://www.carpro.com/blog/full-year-2025-u.s.-auto-sales-report (last visited March 30, 2026).
[3] *Id.*
[4] https://news.mazdausa.com/2021-01-05-Mazda-Reports-December-and-Full-Year-2020-Sales-Results (last visited March 30, 2026).
[5] https://cars.usnews.com/cars-trucks/mazda (last visited March 30, 2026).
[6] https://www.mazdausa.com/why-mazda/mazda-spirit (last visited March 30, 2026).



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

valve opening and an atomized fuel mixture is pulled into the combustion chamber. Second, the compression stroke begins with the inlet valve closing and the piston beginning its movement upward, compressing the air in the combustion chamber. Third, the power stroke begins when the spark plug ignites the fuel/air mixture, expanding the gases and generating power that is transmitted to the crankshaft. Fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving up, pushing the exhaust gases out of the cylinder. The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself. A diagram of the Combustion Cycle is below:




62. During this process, engine oil is used to lubricate the piston, piston rings, and the cylinder wall as the piston moves up and down. Engine oil reduces wear on moving parts throughout the engine, improves sealing, and cools the engine by carrying heat away from the moving parts.

63. The Combustion Cycle creates significant heat within the engine, engine surfaces, and components. The Class Vehicles, like most modern automobiles with combustion engines, utilize a liquid engine cooling system to dissipate heat generated by the engine while the Class Vehicles are in operation. Without a properly functioning



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

engine cooling system, the engines in the Class Vehicles will overheat, which will eventually result in catastrophic engine failure, which poses a substantial safety threat to Class Vehicle owners and their families.

64. The engine cooling system in the Class Vehicles also incorporates a thermostat module. The thermostat monitors the operating temperature of the engine by measuring the temperature of the engine coolant. When the thermostat reads an optimal operating temperature within the engine, it opens and allows engine coolant to flow between the radiator and the engine in order to maintain the optimal operating temperature range. Conversely, when the engine is running below optimal temperatures, such as on cold days, the thermostat closes and blocks engine coolant from passing between the radiator and engine in order to allow the engine to build heat and reach optimal operating temperature.

65. As the engine starts and begins to run, the engine will generate heat through both the combustion cycle and through the friction of moving mechanical parts. As the heat builds in the engine, the thermostat within the cooling system then begins to open. Once the thermostat has opened, the water pump starts by taking coolant from the radiator and moving it through the engine block and associated components. As the coolant flows through the engine coolant passages, it absorbs heat from the engine, thereby allowing the engine to operate at its optimal temperature and avoid overheating. The engine coolant then returns back to the radiator, where it is cooled and then can be cycled through the Class Vehicle's engine again. A diagram depicting generally how a cooling system functions is included below as background:

///

///

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101




66. In the Class Vehicles, the engine cylinder head is an integral part of the engine structure and Combustion Cycle. One function of the cylinder head is to close the top of the combustion chamber. The cylinder head is bolted to the top of the engine block thereby sealing the combustion chamber where the Combustion Cycle takes place. The cylinder head also contains coolant passages – which flow significant amounts of engine coolant – so heat generated during the Combustion Cycle can be transferred away from the engine to prevent the engine from overheating.

67. The engine cylinder head houses the spark plugs, intake and exhaust runners, valves, oiling passages, and cooling passages. It also has rockers to open and close the valves, and valve springs that hold the camshafts. The function of the cylinder head is to allow the engine to breathe the air it needs for combustion and expel the exhaust gasses.

68. The Engine Coolant Defect may also allow engine coolant into the combustion chamber during the combustion process. Once in the combustion chamber,

the engine coolant can mix with the engine oil. When coolant leaks into engine oil, it can reduce the viscosity of the engine oil. This will result in reduced lubrication, which in turn will increase premature failure of the engine and engine components. Once the Engine Coolant Defect causes the mixing of engine oil and engine coolant, an engine replacement is required as the internal engine damage cannot be repaired. This not only causes a decrease in engine performance, but also decreases fuel efficiency, causes carbon deposits to form, and will cause catastrophic damage to the engine and various ignition and emission components.

69. Defendants first issued a Technical Service Bulletin ("TSB") in October 2021 applicable to the 2019-2020 CX-5, MY 2016-2020 CX-9 and MY 2018-2020 Mazda6 vehicles containing SKYACTIV-G 2.5T engines (turbocharged engines) explaining that engine coolant leaks may occur at the cylinder head around the exhaust manifold ("Covered Turbo Vehicles"). As further explained in subsequent TSBs, Defendants noted that there may be cracks at the stud bolt hole or at the outside of the exhaust manifold flange on the cylinder head in the Covered Turbo Vehicles.

70. According to Defendants' TSB, these cracks may be caused by "[e]xpansion characteristics of the exhaust manifold during usage causing unexpected force to certain areas of the cylinder head. Residual stress generated during production in the cylinder head material may be greater than expected. The external force from the exhaust system when driving over bumps may cause unexpected force to certain areas of the cylinder head. To eliminate this concern, the design of the exhaust manifold gasket and the cylinder head has been modified to reduce the force on the cylinder head."

71. Repair procedures outlined in the TSB related to the Covered Turbo Vehicles included repairs ranging from a replacement of the engine's cylinder head assembly (along with a modified exhaust gasket) to a replacement engine with only partial warranty approval, leaving owners to pay out of pocket for repair of the Engine Coolant Defect.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

72. In or around December 2024, Mazda then issued a letter to its customers regarding Customer Service Program 11 ("CSP11"), which extended the powertrain warranty on the Covered Turbo Vehicles (MYs 2019-2020 CX-5, 2016-2020 CX-9 and 2018-2020 Mazda6 vehicles equipped with SKYACTIV-G 2.5T turbocharged engines) ("Turbo Warranty Extension").[7]

73. The Turbo Warranty Extension provided in part that "Mazda is extending the limited powertrain warranty to 10 years or 120,000 miles, whichever occurs first, to provide necessary repairs at no cost to you if your Covered Vehicle has coolant leaks at the cylinder head around the exhaust manifold." Mazda also offered reimbursement to owners and lessees of Covered Turbo Vehicles who previously incurred out-of-pocket expenses for repairs caused by the condition of coolant leaks at the cylinder head around the exhaust manifold before the vehicle reached 10 years or 120,000 miles. Mazda did not extend this same warranty extension or reimbursement to owners and lessees of Class Vehicles despite the Class Vehicles being manufactured with the same defect.

**C. Mazda's Longstanding Knowledge of the Defect**

74. Upon information and belief, Mazda, through a variety of sources including (1) its own records of customers' complaints, (2) dealership repair records, (3) warranty and post-warranty claims, (4) comments posted on public websites devoted to automotive reviews and vehicle defect reports, (5) and internal pre-sale durability testing and internal investigations (sometimes referred to as "star" reports), and (6) the cylinder head cracking in the Covered Turbo Vehicles described in CSP11, was well aware of the Engine Coolant Defect.

75. Specifically, Mazda has explicitly acknowledged the Defect in its Covered Turbo Vehicles. Upon information and belief, the Class Vehicles and Covered Turbo Vehicles are substantially similar in that both engine types contain the same latent manufacturing and/or design defect that results in significant structural weakness at the

[7] https://static.nhtsa.gov/odi/tsbs/2024/MC-11011136-0001.pdf (last visited March 30, 2026).



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

cylinder head around the exhaust manifold, causing engine coolant leakage which results in the engine overheating and catastrophic engine failure.

1. TSBs Demonstrate Mazda's Longstanding Knowledge of Engine Coolant Defect Issues in its Vehicles

76. Mazda issues Technical Service Bulletins ("TSBs"), Service Alerts ("SAs"), and Special Service Messages ("SSMs") to its authorized dealerships in order to provide instructions on how to repair Mazda vehicles or respond to particular consumer complaints. These communications are not meant for consumer review. Rather, they are intended to standardize service throughout Defendants' agent dealership network. Further, these communications often do not reveal the root cause of a problem, only describe a complaint and a remedy, frequently in terms that a lay person would not understand, and do not disclose the severity or scope across all the vehicles to which the TSB or SSM relates.

77. Evidence of Mazda's knowledge of the Engine Coolant Defect is apparent in TSBs, SAs, and SSMs as early as July 2020.

**a. SA-058/20 and SA-031/21 – Class Vehicle TSB**

78. In July 2020, Defendants issued SA-058/20 (revised as SA-031/21) titled "NEW CYLINDER HEAD ASSEMBLY ESTABLISHED." Exhibit 1. This Service Alert was revised in August 2020, December of 2020, May 2021, August 2021, and October 2021.

79. The Service Alert provides information about a new cylinder head assembly to make necessary repairs and/or replacements in the Class Vehicles.

80. The SA is the result of a "supply issue for cylinder heads, gasket sets, and partial engine" needed to perform necessary repairs and/or replacements.

81. The SA further instructs its authorized dealerships to inspect certain indicators that are evidence that a vehicle requires repairs, including coolant leak, coolant smell, warp head, engine oil leak, oil smell, oil leak, and excessive leak down.

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**b. TSB 01-013/21 - Covered Turbo Vehicle TSB**

82. In October of 2021, Defendants issued TSB 01-013/21 titled "COOLANT LEAKS AT CYLINDER HEAD." Exhibit 2. This TSB was revised in December of 2021.

83. The TSB 01-013/21 bulletin provides information on diagnosing and repairing the Covered Turbo Vehicles.

84. Specifically, the TSB states that "Some vehicles may have coolant leaks at the cylinder head around the exhaust manifold (as shown below). There may be cracks at the stud bolt hole (1) or at the outside of the exhaust manifold (2)."

85. The TSB states that the cracks can be caused by: (1) "Deformation of the exhaust manifold during usage causing unexpected force to certain areas of the cylinder head"; and/or (2) "Residual stress generated during production in the cylinder head material may be greater than expected."

86. The TSB states that in order to "eliminate this concern, the design of the exhaust manifold gasket and the cylinder head has been modified to reduce the force on the cylinder head."

87. The necessary repairs are purportedly only covered under Mazda's Powertrain Warranty, and the TSB does not alter or extend the warranty.

**c. TSB 01-007/22 - Covered Turbo Vehicle TSB**

88. In June of 2022, Defendants issued TSB 01-007/22 titled "COOLANT LEAKS AT CYLINDER HEAD." Exhibit 3. This TSB superseded TSB 01-013/21, which was issued in October and December of 2021.

89. TSB 01-007/22 is substantially similar to TSB 01-013/21, and appears to have been issued to correct an error in the operation number under the "WARRANTY INFORMATION" section on page 12, where it replaces the operation number for the CX-9 repair from XXS82ARX to XXS82FRX.

///

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**d. TSB 01-002/23 - Covered Turbo Vehicle TSB**

90. In February of 2023, Defendants issued TSB 01-002/23 titled "COOLANT LEAKS AT CYLINDER HEAD." Exhibit 4. This TSB superseded TSB 01-013/21, which was issued in October and December of 2021, and TSB 01-007/22, which was issued in June of 2022.

91. TSB 01-007/22 is substantially similar to TSB 01-013/21 and TSB 01-007/22. Under "DESCRIPTION," TSB 01-002/23 makes the following changes (in emphasis): "Some vehicles may have coolant leaks at the cylinder head around the exhaust manifold (as shown below). There may be cracks at the stud bolt hole (1) or at the outside of the exhaust manifold flange (2) on the cylinder head."

92. Under the cause of the cracking, the TSB also makes the following changes (in emphasis): "Expansion characteristics of the exhaust manifold during usage causing unexpected force to certain areas of the cylinder head."

2. <u>Complaints submitted to NHTSA</u>

93. The National Highway Traffic Safety Administration ("NHTSA") is a federal agency responsible for ensuring safe roadways and enforcing federal motor vehicle safety standards. Consumers may file vehicle safety-related complaints with NHTSA's Office of Defects Investigation, where they are logged and published.

94. Under the TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000), all vehicle manufacturers, including Mazda, are legally obligated to routinely monitor and analyze NHTSA complaints in order to determine whether vehicles or automotive components should be recalled due to safety concerns. Thus, Mazda knew, or should have known, about these NHTSA/ODI consumer complaints close in time to the dates they were filed.

95. Moreover, the content, consistency, and number of these complaints should have alerted Mazda to the Engine Coolant Defect.

///

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

96. A sampling of the publicly available NHTSA complaints is included below:[8]

**NHTSA ID Number:** 11102971
**Complaint Date** June 21, 2018
**Incident Date** June 18, 2018
**Consumer Location** Nyack, NY
**Vehicle Identification Number** JM3TB3DV5E0****
**Summary of Complaint**
I WAS SLOWLY APPROACHING A STOP LIGHT WHEN OUR 2014 MAZDA CX-9 STARTED HAVING VIBRATIONS, WHICH AT FIRST CAME FROM UNDERNEATH, BETWEEN THE DRIVER'S ROW AND THE 2ND ROW PASSENGER. IT IMMEDIATELY FELT AS IF THE CAR'S ENGINE WAS ABOUT TO FAIL. I MANAGED TO MAKE THAT RIGHT TURN, CAREFULLY STEPPING ON THE BRAKES, AND CROSSED A RAIL-ROAD CROSSING. THE CAR WAS RUNNING AT A SPEED OF 20 MPH. I SLOWED DOWN TO MAKE ANOTHER RIGHT TURN TOWARDS MY DESTINATION, THEN THE ENGINE ABRUPTLY DIED. THE BATTERY AND CHECK ENGINE LIGHTS SUDDENLY LIT UP ON THE DASHBOARD. FROM THE INTERSECTION'S STOP LIGHT TO THE LOCATION WHERE THE ENGINE FAILED, IT WAS A DISTANCE OF APPROXIMATELY 0.5 MILE. MY WIFE CAME AND PICKED UP OUR 3 CHILDREN FROM THE CORNER OF THE STREET. MY BROTHER-IN-LAW CAME TO MY LOCATION WITH JUMPER CABLES AND GAVE MY ENGINE'S BATTERY A JUMP-START. THE ENGINE STARTED BUT THE VIBRATIONS WERE STRONGER. THE CAR RAN FOR ANOTHER 0.3 MILE BEFORE IT DIED AGAIN. I HAD THE CAR TOWED TO THE MAZDA DEALERSHIP FROM WHERE I PURCHASED THE CAR. AFTER 1 DAY I WAS TOLD THAT THE INCIDENT WAS POSSIBLY DUE TO A BAD TANK OF GAS. ANOTHER DAY LATER, I WAS TOLD THAT SOMETHING ELSE WAS WRONG WITH THE ENGINE, AND THAT IT WAS UNRELATED TO THE EARLIER SUSPICION OF BAD GAS. AFTER 5 BUSINESS DAYS, I WAS TOLD THAT THE ENGINE'S CYLINDER 6 NEEDS A NEW CYLINDER HEAD. THE OTHER OPTION WAS A COMPLETE ENGINE OVERHAUL. THE CAR HAS NEVER BEEN IN AN ACCIDENT, AND HAS APPROXIMATELY 81,000 MILEAGE. THE ESTIMATED COST FOR REPAIRS WAS $5,834. THIS IS A VERY SERIOUS SAFETY ISSUE THAT WARRANTS AN INVESTIGATION. HAD THE CAR EXPERIENCED ENGINE FAILURE ON A BUSY INTERSTATE, MY FAMILY AND OTHERS COULD'VE BEEN SERIOUSLY INJURED OR EVEN KILLED.

[8] The following complaints are reproduced as they appear online. Any typographical errors are attributable to the original author.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11222956
**Complaint Date** June 27, 2019
**Incident Date** June 26, 2019
**Consumer Location** CASTRO VALLEY, CA
**Vehicle Identification Number** JM3TB2CA5D0****
**Summary of Complaint**
THE VEHICLE WAS BEING DRIVEN AT THE TIME ON A BUSY FREEWAY. WHEN STARTED OVERHEATING WITH NO WARNING. THE VEHICLE THEN CUT OFF ON FREEWAY WITH TRAFFIC BEHIND ME AT A FAST SPEED. THANKFULLY I WAS ABLE TO GET TO SHOULDER. TOWED CAR TO SHOP AND WAS TOLD THAT MAZDA HAS FAULTY WATER PUMPS AND THAT MY ENGINE WAS DESTROYED DUE TO COOLANT LEAKING INTO MY OIL WITH TURNED IT TO A THICK MUD. NEW ENGINE NEEDED. I RESEARCHED ONLINE AND THERE ARE COUNTLESS CONSUMERS COMPLAINING OF SAME ISSUE WITH MAZDA. THIS IS EXTREMELY DANGEROUS FOR YOUR CAR TO JUST STOP WHEN TRAVELING AT HIGH SPEEDS OR TRAVELING ON ANY HIGHWAY THERE NEEDS TO BE A RECALL ON THIS FAULTY WATER PUMP INSIDE OF THE MAZDA ENGINE. I BELIEVE SOME ONE SOON WILL BE INJURED OR KILLED BY THIS ISSUE! THANKFULLY IT WASN'T MY CHILD AND I.

**NHTSA ID Number:** 11252193
**Complaint Date** August 29, 2019
**Incident Date** August 23, 2019
**Consumer Location** HARTFORD, CT
**Vehicle Identification Number** JM3TB3CV7E0****
**Summary of Complaint**
MY WIFE TOOK OUR 2014 MAZDA CX-9 TO LIBERTY MAZDA FOR A CHECK ENGINE LIGHT THAT CAME ON THE EVENING BEFORE SHE ALREADY AND AN APPOINTMENT FOR ANOTHER ISSUE. SHE ASKED THEM TO CHECK THE LIGHT AS WELL. AFTER THEIR FINDINGS THEY TOLD SUE THE CAR HAD A CATASTROPHIC WATER PUMP ENGINE FAILURE. THIS WATER PUMP IS LOCATED INSIDE THE TIMING CHAIN COVER AND LEAKS COOLANT IN TO THE ENGINE. AT THIS POINT WE WERE HANDED OVER TO A SALES REP. WHO INFORMED US THIS WAS A FOOLISH DESIGN WITH THE WATER PUMP LOCATED IN THE POWERTRAIN BEHIND THE TIMING CHAIN COVER. THIS CAUSES CATASTROPHIC ENGINE FAILURE WITH NO WARNING THIS IS WRONG AND SHOULD NOT HAPPEN. WE TALKED TO JASON THE SALES MANAGER WHO REITERATED THE SAME MESSAGE AND SAID HE WOULD PUT IN A GOOD WORD FOR ME IF COOPERATE

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CALLED ABOUT MY COMPLAINT. HE DID AND COOPERATE OFFERED US THE EPLAN ON A NEW CAR. APPROXIMATELY $2,000.00 FOR A CAR VALUED AT $12-14,000.00 THIS ENGINE WAS MANUFACTURED BY FORD FOR MAZDA AND THE FORD ESCAPES HAVE THE SAME TROUBLE. PLEASE FEEL FREE TO CONTA

**NHTSA ID Number:** 11270700
**Complaint Date** October 24, 2019
**Incident Date** October 22, 2019
**Consumer Location** LEMONT, IL
**Vehicle Identification Number** JM3TB3CA0E0****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2014 MAZDA CX-9. WHILE DRIVING APPROXIMATELY 40 MPH, THE VEHICLE LOST POWER AND STALLED WITHOUT WARNING. THE CONTACT WAS ABLE TO RESTART THE VEHICLE AFTER SEVERAL ATTEMPTS; HOWEVER, THE FAILURE RECURRED. THE CONTACT STATED THAT THERE WAS AN ODOR OF COOLANT FLUID AND SMOKE APPEARED FROM THE FRONT OF THE VEHICLE. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE AND THEN TOWED TO NAPLETON'S COUNTRYSIDE MAZDA(6060 SOUTH LA GRANGE ROAD, COUNTRYSIDE, IL 60525, (708) 354-2700) TO BE DIAGNOSED, WHICH WAS STILL PENDING. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS INFORMED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 118,000.

**NHTSA ID Number:** 11318595
**Complaint Date** March 18, 2020
**Incident Date** March 2, 2020
**Consumer Location** FAIRFIELD, CT
**Vehicle Identification Number** JM3KFBCM3J0****
**Summary of Complaint**
THE ENGINE IN MY MAZDA CX-5 WAS REQUIRED TO BE REPLACED RECENTLY DUE TO A KNOWN ISSUE IN THE CAR THAT CAUSES THE REAR HEAD TO LEAK. MY CAR HAS LESS THAN 12,000 MILES ON IT SO THE ENGINE SHOULD NOT HAVE THIS ISSUE. MY DEALER EXPLAINED TO ME THIS IS A KNOWN ISSUE BY MAZDA AND HE HAD SEEN 5-10 OTHER CARS JUST AT HIS DEALER. WE NOTICED THIS ISSUE WHEN MY SON WAS DRIVING THE CAR AND WE SAW FLUID POURING OUT OF THE BOTTOM. WE HAD HIM STOP THE CAR IMMEDIATELY AND NOT DRIVE. I TRIED NUMEROUS TIMES TO GET MAZDA TO ENGAGE TO PROVIDE A BETTER WARRANTY GIVEN IT IS A NEW CAR SHOULD NOT HAVE A BLOWN

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE WITH ONLY 12,000 MILES AND IT IS A KNOWN ISSUE BUT THEY REFUSED TO PROVIDE ANY SUPPORT. I ASKED ABOUT WHY NO RECALL AND THEY JUST STATED THERE IS NO RECALL FOR THIS ISSUE, ALTHOUGH THE DEALER HIGHLIGHTED MAZDA IS AWARE OF A FLAW IN THE CAR THAT CAUSED THE REAR HEAD TO LEAK. I WOULD LIKE TO SEEK SOME ACTION WITH MAZDA TO MAKE THEM DEAL WITH THIS VERY CONCERNING ISSUE.

**NHTSA ID Number:** 11366824
**Complaint Date** October 28, 2020
**Incident Date** October 6, 2020
**Consumer Location** MARRIOTTSVILLE, MD
**Vehicle Identification Number** JM3TB3DV7F0****
**Summary of Complaint**
WE PURCHASED A 2015 MAZDA CX9 WITH 30,000 MILES THREE YEARS AGO. AT THE START OF THE MONTH, THE CAR SUDDENLY OVERHEATED WHILE DRIVING AND THE ENGINE FAILED! THE MECHANIC SAID THE WATER PUMP FAILED, THE COOLANT MIXED WITH THE ENGINE OIL AND THE ENGINE WAS DONE. $$7944.41 ADDITIONALLY, THE OVERHEATED ENGINE CAUSED THE TRANSMISSION FLUID TO BURN TO A POINT THE THE TRANSMISSION FAILED. $$4864. THIS HAPPENED AT 65,000 MILES, 5,000 MILES PAST WARRANTY. AFTER RESEARCHING THE PROBLEM, WE LEARNED THAT THIS IS A COMMON PROBLEM ON MAZDAS THAT USE THE DURATECH ENGINE. THERE ARE THOUSANDS OF EXAMPLES AND A CLASS ACTION LAWSUIT.

**NHTSA ID Number:** 11397924
**Complaint Date** February 25, 2021
**Incident Date** February 14, 2021
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** JM3KFABM6L0****
**Summary of Complaint**
MASSIVE OIL LEAK NEAR THE ENGINE AND THE CYLINDER HEAD NEEDS TO BE REPLACED BECAUSE IT IS DEFECTIVE. THIS IS A 2020 VEHICLE. THE GASKET KIT AND THE ENGINE ARE ON BACKORDER SO MY CAR IS AT THE SHOP FOR AN UNDETERMINED AMOUNT OF TIME ON THE ORDER OF POTENTIALLY SEVERAL MONTHS!

**NHTSA ID Number:** 11445688
**Complaint Date** December 31, 2021
**Incident Date** November 26, 2021



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** JM3TCBCY9G0****
**Summary of Complaint**
Dealer diagnosed manufacturing defect that caused crack in head. {Which could lead to engine failure, and subsequent accident due to engine failure during operation.} Engine lost coolant. No overheating noted. No warning/error codes noted.

**NHTSA ID Number:** 11464797
**Complaint Date** May 16, 2022
**Incident Date** May 1, 2022
**Consumer Location** ADELANTO, CA
**Vehicle Identification Number** Jm3TCaCY2g0****
**Summary of Complaint**
Cylinder head cracked, leaking coolant and causing engine overheated , potential fire hazard . Coolant also leaked and mixed in with oil cycling through engine , causing permanent damage to the engine , resulting engine to be fully replaced

**NHTSA ID Number:** 11465133
**Complaint Date** May 18, 2022
**Incident Date** May 13, 2022
**Consumer Location** SCHOHARIE, NY
**Vehicle Identification Number** JM3TCBBY8G0****
**Summary of Complaint**
15 minutes after getting a wheel bearing replaced at the dealer, my engine coolant high temperature warning came on (never before seen). This occurred while I was on the interstate with no safe place to stop. When I was able to safely stop, I called the dealer. They said bring it back. I was unwilling to drive that far so chose the closest Mazda dealer. They informed me I have a cracked cylinder and the coolant is leaking into exhaust system. I was told the only option due to the mileage on the car (134,000) is to replace the engine for $8,000. This appears to be a known issue so I am shocked that it wasn't being checked for prior to the problem.

**NHTSA ID Number:** 11467194
**Complaint Date** June 2, 2022
**Incident Date** January 13, 2022
**Consumer Location** PHILADELPHIA, PA
**Vehicle Identification Number** JM3TCBDY1J0****
**Summary of Complaint**
had loss of coolant mid to late January 2022, which lead to over heating notifications. Upon inspection at dealer (Pacifico Mazda Philadelphia PA), it was determined that i had a cracked cylinder head. Initially dealer said they were to replace just the cylinder

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

head & after about 1 week they said that the engine would be replaced. Received car back 4/06/22

**NHTSA ID Number:** 11467927
**Complaint Date** June 7, 2022
**Incident Date** February 14, 2022
**Consumer Location** CENTERVILLE, TN
**Vehicle Identification Number** JM3TCBBYXG0****
**Summary of Complaint**
Purchased the car used with 67k miles on it. Within 2 weeks of purchase warning lights went off saying that the engine was overheating due to censor malfunction. After three visits to mechanics (2 to the dealership and 1 to a private mechanic) it was determined that coolant was leaking into the engine causing the engine block to crack. This of course means that the engine will have to be replaced in order for it to be useable. That repair has been quoted by the dealership as a $14,000 repair. For a car that has less than 70k miles.

**NHTSA ID Number:** 11468721
**Complaint Date** June 10, 2022
**Incident Date** April 12, 2021
**Consumer Location** GOSHEN, KY
**Vehicle Identification Number** JM3TCBDYXG0****
**Summary of Complaint**
Cracked cylinder head due to manufacturing defect, left stranded at car wash with no engine coolant due to issue, took several months without a vehicle before it was replaced by Mazda. The vehicle has been repaired. I was left unable to drive in hot weather and could not use air conditioning while waiting for assistance. Dealer had seen the issue before, reported by many on online Mazda forums. There were no warning lamps prior to the incident happening.

**NHTSA ID Number:** 11469416
**Complaint Date** June 15, 2022
**Incident Date** June 14, 2022
**Consumer Location** WEST SAND LAKE, NY
**Vehicle Identification Number** JM3TCBBY5H0****
**Summary of Complaint**
What component or system failed or malfunctioned, and is it available for inspection upon request? Cylinder head has cracked and the vehicle leaked coolant and overheated while driving leading to engine failure. Vehicle is available for inspection How was your safety or the safety of others put at risk? Car overheated while driving leading to engine failure Has the problem been reproduced or confirmed by a dealer or independent service center? Dealer has diagnosed the problem as a cracked cylinder head Has the

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

vehicle or component been inspected by the manufacturer, police, insurance representatives or others? Yes, dealer has diagnosed issue and recommended replacement Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? Engine temperature sensor went off and within seconds car was not driveable due to fluid loss

**NHTSA ID Number:** 11470452
**Complaint Date** June 22, 2022
**Incident Date** June 15, 2022
**Consumer Location** CORPUS CHRISTI, TX
**Vehicle Identification Number** JM3TCBEY6G0****
**Summary of Complaint**
I droved my 2016 cx-9 off highway and idled it at front of restaurant, suddenly the engine coolant overheat light came on, shut engine off and found leaking coolant on the ground near the rear of engine bay. Brought the car to Corpus Christi Mazda, found out leaks come from cylinder head crack, happens to cx-9 manufactured before June 20, 2020 according to Mazda TSB 01-013/21. I was quoted $3380 to replace the cylinder head out of pocket because the car is just out of powertrain warranty. I contacted Mazda headquarter for covering the cost out of goodwill since this is due to manufacture defects of cylinder head. Mazda refused to pay.

**NHTSA ID Number:** 11471878
**Complaint Date** June 30, 2022
**Incident Date** May 18, 2022
**Consumer Location** OCEANO, CA
**Vehicle Identification Number** jm3tcbcyxh0****
**Summary of Complaint**
Technician noticed coolant leak around turbo during routine maintenance. Sometimes after long drives we would smell hot coolant but didn't think it was an issue. Dealership took it in for repair under power train warranty and was advised that the engine needs to be replaced. From my understanding, the turbo is too heavy for the engine and has caused it to warp. The coolant leak is a symptom of a damaged engine block.

**NHTSA ID Number:** 11474135
**Complaint Date** June 15, 2022
**Incident Date** April 21, 2022
**Consumer Location** KNOXVILLE, TN
**Vehicle Identification Number** jm3tcbdy1g0****
**Summary of Complaint**
On 04/21/22, I took my car to the dealer after noticing antifreeze on our garage floor and a burning smell. NO check engine lights had illuminated. They proceeded to tell me

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

that there was a coolant leak from head/block and cavity leak (something about channel pressure). They also stated this was a casting flaw during manufacturing of the engine. They told me I needed a whole new engine for $8,479.97! Mazda corporate refused to replace the engine at their cost because I had 64,575 miles on it and it was out of powertrain warranty. I called them and asked to speak to a supervisor and never heard from them. I called on 4/26, 4/27, 4/28, 5/4, 5/5 (5 times), 6/9, & 6/20. I finally gave up agreed to pay $7,479.97 (the dealer gave me $1,000 off). I received the car back on 05/20 and it would not start later that day. They towed it back to Mazda and they replaced the crankshaft sensor that was damaged upon install of the new engine. I received it back again on 05/31 and later in the day, the check engine light came on and the automatic braking system engaged while I was driving (thankfully only 40 mph). I managed to pull over in a turn lane before the engine died. I was so thankful I did not make it onto the interstate I was about to enter! Mazda came and picked me up and later got my car. They could not figure out why it was dying and finally got it to recreate it. They replaced another engine sensor and then drove it a lot to make sure it was truly fixed. I finally received my vehicle back on 07/07. I am afraid to take my car out of town and it makes me nervous it will die and automatically start braking again. They KNOW this is a manufacturer issue and they refuse to take responsibility. I am so disappointed in them. This is a huge safety issue. I am also lucky I didn't blow a head gasket before I took it into the shop the first time.

**NHTSA ID Number:** 11471396
**Complaint Date** June 28, 2022
**Incident Date** June 28, 2022
**Consumer Location** GAITHERSBURG, MD
**Vehicle Identification Number** JM1GL1WY9J1****
**Summary of Complaint**
Took care for routine maintenance to car dealer (Ourisman Mazda Rockville MD). No problems with car. They reported that I had an 'Coolant Leak at the Cylinder Head'. Cost to fix: $6412.47 They reported that it was 'normal wear and tear'. I found a service bulletin from Mazda whereby they admit a manufacturing defect that affected 2.5T engines. They corrected on March 25th, 2021. However, engines prior to this date had this defect. No recalls were created. No warning to owners. My car was within the mileage warranty when they identified the defect (<60k miles and < 5 yrs old). While my car is less than 5 years old, they now identified the leak, but it has over 60k miles. The local dealer said I was out of warranty and there is nothing they could do. I spoke with Mazda North American Operation and reported the Technical Service Bulletin that they put out on 10/15/21 (after they had already identified the problem, re-engineered the engine, and changed the manufacturing line), I also explained what was reported to me by Ourisman Mazda and emailed her all the documents. She reported that she would be getting back to me in 24-48 hrs.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11477027
**Complaint Date** August 1, 2022
**Incident Date** July 28, 2022
**Consumer Location** SACHSE, TX
**Vehicle Identification Number** JM3TCADY9G0****
**Summary of Complaint**
2016 cx9, after reviewing online. Known issue with coolent and engine cylinder. Water coolent leak to engine head. Dealer asking 75k to replace engine. Mazda refused to acknowledge the known issue.

**NHTSA ID Number:** 11480443
**Complaint Date** August 21, 2022
**Incident Date** July 30, 2019
**Consumer Location** QUEEN CREEK, AZ
**Vehicle Identification Number** JM3TCABY0G0****
**Summary of Complaint**
Engine Coolant Leaking from rear of engine near Exhaust / turbocharger at Cylinder Head. No Warning Lights indicating problem until coolant level low causing overheating and fire risk. Rear Brakes not releasing completely from "City Mode" where brakes are kept close to rotor "to increase braking response in City driving" - causes premature brake wear, warped brake rotors (reoccurs within 10K miles from new / replaced rotors) Front Bumper Fascia keeps coming loose at clips near headlights on both Driver and passenger side. Had replaced at dealership 3 times, but continues. Bumper coming loose and can obstruct headlights while moving around at highway speeds

**NHTSA ID Number:** 11481366
**Complaint Date** August 26, 2022
**Incident Date** August 19, 2022
**Consumer Location** VANCOUVER, WA
**Vehicle Identification Number** JM3TCBDY7J0****
**Summary of Complaint**
While commuting home on 8/19/22 my CX-9 began overheating and coolant temp. warning light illuminated on dash. This was a dangerous situation as I had to stop in the middle of traffic for fear of ruining my car and risk getting rear-ended and also navigate to the shoulder of the road. Took the car to the dealership where they confirmed P111A engine overheated DTC and coolant leak. CX-9 has a cracked cylinder head, the exact problem outlined in Mazda TSB 01-013/21. This happened at 61,xxx miles...roughly 1,000 miles outside the powertrain warranty however it's highly likely this crack and leak developed well before the end of the powertrain warranty period.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11482726
**Complaint Date** September 3, 2022
**Incident Date** August 24, 2022
**Consumer Location** SPRINGFIELD, VA
**Vehicle Identification Number** JM3TCBDY3J0****
**Summary of Complaint**
I purchased my 2018 Mazda CX-9 Grand Touring CPO with 39k miles and was sold the life time extended powertrain warranty through the dealership. The car now has 74k miles. While sitting idle at the school bus stop in my neighborhood waiting for my daughter the temperature gauge light comes on. I immediately drive home (exactly 0.3 miles) not going over 10mph back home, park call a tow truck company to tow it to the Priority Mazda dealership in Tysons Corner, VA from which I bought it. After a few days the mechanic calls and tells me there is a coolant leak and the repairs for the Cylinder Head should be covered under my lifetime extended warranty. A few days later I get a text message from the service rep that states. "Unfortunately, the extended warranty has denied coverage of the Cylinder Head, stating it to not be an internally lubricated issue....we need to fully inspect to determine what is needed (cylinder head or full engine due to overheating) Cost of teardown $1,432." After speaking to the service rep directly he then tells me the coverage was actually denied because Mazda put out a TSB on this known issue which voided my extended warranty on the cylinder head. This TSB bulletin no.01-007/22 was just issued 2 months before this happened. We should not be responsible for a known engine issue on Mazda's flagship car after purchasing an extended warranty for this very reason.

**NHTSA ID Number:** 11483237
**Complaint Date** September 7, 2022
**Incident Date** August 23, 2022
**Consumer Location** RANCHO MISSION VIEJO, CA
**Vehicle Identification Number** JM3TCBEY5G0****
**Summary of Complaint**
My Engine is over heading because it has a crack and losing coolant externally. There are 74773 mills on my car. Every 3 weeks I have to put a gallon of coolant in the engine. if I don't put coolant, the engine can stop working on the freeway causing bodily injury to me and other drivers.

**NHTSA ID Number:** 11486142
**Complaint Date** September 23, 2022
**Incident Date** September 23, 2022
**Consumer Location** BROUSSARD, LA
**Vehicle Identification Number** JM3TCBEY1H0****
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Vehicle has only 50k miles and developed a coolant leak which was caused by a crack in the cylinder head. No check engine light or overheating, but this repair will cost was estimated as over $4k. A cracked cylinder head would eventually lead to vehicle overheating which can put driver and passengers in a dangerous situation if vehicle were to overheat while operating as this is a significant engine repair. After dealer technician inspected the part, I was informed that they don't see overheating or poor maintenance as the cause of this issue, but it was caused by the part failing.

**NHTSA ID Number:** 11489489
**Complaint Date** October 16, 2022
**Incident Date** July 18, 2022
**Consumer Location** LEXINGTON, SC
**Vehicle Identification Number** JM3TCACY5J0****
**Summary of Complaint**
The cylinder head failed causing a massive leak of engine coolant. This occurred initially at highway speeds which caused potential danger to myself and others around me as the car was required to pull over immediately. The problem was confirmed by the dealer and is known to the manufacturer as indicated by TSBs. The part was inspected and replaced by a new, redesigned part at the owner's expense.

**NHTSA ID Number:** 11490188
**Complaint Date** October 20, 2022
**Incident Date** October 9, 2022
**Consumer Location** LANCASTER, PA
**Vehicle Identification Number** JM3TCBCY7J0****
**Summary of Complaint**
I have a 2018 Mazda CX-9 with about 66,000 miles. I noticed a coolant leak when my SUV sat in my driveway. It was there each night after driving the SUV. I took the vehicle to a Mazda dealer who stated that the coolant leak is from a cracked cylinder head. A cylinder head should not crack in 4 years and only 66,000 miles. This is a known Mazda issue for this year make and model.

**NHTSA ID Number:** 11492830
**Complaint Date** November 8, 2022
**Incident Date** October 24, 2022
**Consumer Location** LOS ANGELES, CA
**Vehicle Identification Number** JM3TCBEY4H0****
**Summary of Complaint**
The first sign of an issue was an oil pressure indicator on the dashboard, but upon inspection, the oil levels seemed completely normal. The dashboard light went away shortly after that. A day later, I was on my lunch break and parked my car in a garage for 45 minutes. On the drive there, I did not notice any issues and was able to operate



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the vehicle fine for the short distance that I drove. When I returned to my parked car, there was a large puddle of oil underneath. I immediately had a mechanic take a look at the car. The mechanic was able to identify a cracked cylinder head, which led to water and coolant entering the engine. He highly suspects that this caused a blown head gasket in the car as well. As well as that, the car's starter, which worked just fine on day 1 of the issue and has never had any problems before, has totally ceased function. If I had not noticed the oil pool underneath the car and driven back to work as usual, it could have caused the engine to seize and create a very dangerous situation for myself and others on the road, including but not limited to the potential of an engine fire with the level of oil lost. The car was up to date on its servicing, including oil changes. Two ASE certified mechanics have inspected the vehicle and confirmed the leaked fluids and aforementioned issues. No other professionals inspected the vehicle (insurance representatives, law enforcement, etc.).

**NHTSA ID Number:** 11493144
**Complaint Date** November 10, 2022
**Incident Date** November 6, 2022
**Consumer Location** BETHESDA, MD
**Vehicle Identification Number** JM3TCBCY8G0****
**Summary of Complaint**
A strong coolant smell was noticed in the interior of the car and from the engine compartment. The diagnosis from the Mazda service facility was that there was coolant leaking from the head on the engine. Eventually this would have led to overheating of the vehicle which could have resulted in significant engine damage. The manufacturer has issued a technical service bulletin (TSB) for this problem. Cracking of the head that leads to coolant leaks is a known problem with this engine in several different models of Mazda including CX-5, CX-9, and Mazda 6. Our vehicle has remained in the shop since it was taken in on 11/8/2022.

**NHTSA ID Number:** 11493746
**Complaint Date** November 16, 2022
**Incident Date** November 15, 2022
**Consumer Location** ROSENBERG, TX
**Vehicle Identification Number** JM3TCACY4G0****
**Summary of Complaint**
Cracked Cylinder Head due to Coolant Leak - SB 01-013/21. This is a known issue with Mazda, yet it has happened with the vehicle being serviced regularly. This is happens directly after the warranty period and it is not being covered.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11494806
**Complaint Date** November 24, 2022
**Incident Date** November 18, 2022
**Consumer Location** SPRINGFIELD, MO
**Vehicle Identification Number** JM3TCBDY8H0****
**Summary of Complaint**
Coolant leak. Cracked cylinder head in a stud hole of the exhaust manifold. 70,000 miles Seems to be a problem with many other owners.

**NHTSA ID Number:** 11495062
**Complaint Date** November 27, 2022
**Incident Date** October 14, 2022
**Consumer Location** HARRISBURG, PA
**Vehicle Identification Number** JM3TCBEY3H0****
**Summary of Complaint**
This problem has been documented and know by Mazda for awhile. They are aware that their 2.5 Turbo liter engine has the problem of cracking the cylinder head due to some overweight of the same engine component. My Mazda local dealer already inspected the car and told me that the fix is replacing the whole cylinder head, which with them would cost me 3.5k. My warranty company, which I purchased when buying this used car, didn't took responsibility of the repair cost because it was pre existing condition before I bought the car. Many people over the internet have reported this same issue happening to them, models year between 2016-2019. This issue cause a leaking of coolant. Which in my case has been a lot built up, to the point that you can grab it with your hands (the coolant residual).

**NHTSA ID Number:** 11498304
**Complaint Date** December 20, 2022
**Incident Date** December 20, 2022
**Consumer Location** INDIANAPOLIS, IN
**Vehicle Identification Number** JM3TCACY9G0****
**Summary of Complaint**
I am being told by the dealership service center that there is a coolant leak from the engine. A previous coolant look due to a hose was repaired but this is a separate issue related to the TSB for coolant leak at the cylinder head Bulletin 01-007/22

**NHTSA ID Number:** 11498923
**Complaint Date** December 26, 2022
**Incident Date** December 9, 2021
**Consumer Location** MYRTLE BEACH, SC
**Vehicle Identification Number** JM3TCADY4G0****
**Summary of Complaint**



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

At an intersection the engine stalled and car was extremely hard to restart (took several minutes). I later noticed oil and coolant dripping from the engine and coolant mist/vapor from the exhaust. Later I learned it was possibly related to Mazda's own TSB Bulletin No: 01-013/21 where a manufacturing defect caused coolant to enter the combustion chamber and hydro lock the engine (where I stalled and had hard time restarting). I had to have the car towed home. At home I noticed the passenger underside of the vehicle coated with oily/watery residue of possible oil or oil/coolant mix. Vehicle had 66K miles on and Mazda dealer refused to fix.

**NHTSA ID Number:** 11499063
**Complaint Date** December 27, 2022
**Incident Date** October 31, 2022
**Consumer Location** CLAWSON, MI
**Vehicle Identification Number** JM3TCBCYXJ0****
**Summary of Complaint**
After owning this used vehicle for about 11 months, the engine temperature gauge indicated the car was running hot - about 240 degrees. After inspecting the vehicle at home, we added coolant to the system. This helped maintain engine temperature temporarily, but we noted over the next several weeks that the coolant was dropping rapidly. After inspection by a Mazda dealer, it was concluded that the cylinder head needed replacing.
**NHTSA ID Number:** 11499031
**Complaint Date** December 27, 2022
**Incident Date** December 16, 2022
**Consumer Location** EPHRATA, PA
**Vehicle Identification Number** JM3TCBCY5H0****
**Summary of Complaint**
Coolant leak from a cracked cylinder head that mazda is aware of and released a TSB about. Refusing to extend warranty or fix due to being 6 months out of 60 month power train warranty. Still under 60,000 miles.

**NHTSA ID Number:** 11499498
**Complaint Date** December 30, 2022
**Incident Date** September 6, 2022
**Consumer Location** SAN ANTONIO, TX
**Vehicle Identification Number** JM3TCABY0G0****
**Summary of Complaint**
Car overheated. check front engine and could not see any visible leaks. check all around the engine and found coolant leaking from the back of the engine. confirm by dealer that is leaking at the cylinder head.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11501873
**Complaint Date** January 15, 2023
**Incident Date** January 14, 2023
**Consumer Location** BROCKTON, MA
**Vehicle Identification Number** JM3TCBCY8J0****
**Summary of Complaint**
Driving the car home from work, the engine temperature gauge started to go up high. I added coolant that same night. Went to the dealership for a check up. I was told the coolant was coming out from the back of the engine and will need to partial repair the engine. Only 75k miles in the engine and that was an estimate cause I could need a brand new engine. Now I'm stranded with out a car waiting for a response. MAZDA should do a recall regarding that issue cause I've seen a lot of CX9s have the same issue. THATS NOT GOOD FOR RELIABILITY.

**NHTSA ID Number:** 11503274
**Complaint Date** January 23, 2023
**Incident Date** January 23, 2023
**Consumer Location** SAN ANTONIO, TX
**Vehicle Identification Number** JM3TCBDYXG0****
**Summary of Complaint**
I took my car into the dealership and was told that I had a cracked cylinder head and the car is leaking coolant near the rear of the engine. This could cause the engine to cease should coolant get into the engine. The dealer (North Park Mazda, San Antonio) has confirmed this as the issue. I have received a video of the inspection from the dealership explaining the issue. The vehicle displayed a warning that it was overheating which is what prompted me to bring the vehicle in for service.

**NHTSA ID Number:** 11506345
**Complaint Date** February 9, 2023
**Incident Date** February 1, 2023
**Consumer Location** LANSING, MI
**Vehicle Identification Number** JM3KFBDM0K0****
**Summary of Complaint**
I drove my wife to work and noticed that the car was stuttering and had weak acceleration. I parked in my garage and a couple of hours later returned to see a massive oil leak on my driveway, I had to tow the car to the nearest dealership where a cracked cylinder was diagnosed. There was also a terrible burning smell. If the massive leak happened on an acceleration ramp or on the highway there could have been an accident.

**NHTSA ID Number:** 11507063
**Complaint Date** February 13, 2023
**Incident Date** February 11, 2023
**Consumer Location** ITASCA, IL
**Vehicle Identification Number** JM3TCBCY0J0****
**Summary of Complaint**
This weekend Mazda CX-9 started leaking coolant from the firewall side.

**NHTSA ID Number:** 11507815
**Complaint Date** February 17, 2023
**Incident Date** January 5, 2023
**Consumer Location** SIMPSONVILLE, SC
**Vehicle Identification Number** JM3TCBDY4G0****
**Summary of Complaint**
Head gasket blew in a 2016 Mazda CX9 while driving causing us to as safely as possible quickly get off the road from the middle lane of an interstate. This is from a known coolant leak in the cylinder head from service bulletin 01-013/21.

**NHTSA ID Number:** 11507876
**Complaint Date** February 17, 2023
**Incident Date** January 28, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3KFACMXK1****
**Summary of Complaint**
The contact owns a 2019 Mazda CX-5. The contact stated became aware of engine oil on his driveway. The contact stated that while driving and coming to a stop, there was an abnormal oil burning odor inside the vehicle. The contact stated the check engine warning was illuminated. The contact had taken the vehicle to an independent mechanic who diagnosed that there was an oil leak coming from the cylinder head and determined that the cylinder head needed to be replaced. The independent mechanic researched online and related the oil leak failure to Mazda Service Alert Number: SA-031/21 (Engine and Engine Cooling). The vehicle had not been repaired. The manufacturer had been informed of the failure. The failure mileage was approximately 89,000

**NHTSA ID Number:** 11508779
**Incident Date** February 13, 2023
**Complaint Date** February 23, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBEY7K0****
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

The coolant was leaking due to a crack in cylinder. The car overheated and the coolant leaked into the engine. Mazda refuses to identify this as an ongoing issue with the Mazda turbo skyactiv models

**NHTSA ID Number:** 11511374
**Complaint Date** March 11, 2023
**Incident Date** February 8, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBEYXJ0****
**Summary of Complaint**
Coolant leak into cylinder head, resulting in overheating and blown head gasket. Repair cost was $7k to resurface cylinder head and replace gasket. Repair did not fix issue, likely due to unseen cracks or warping to cylinder head. Will require rework, likely entire engine replacement, as the defect cannot be corrected.

**NHTSA ID Number:** 11514437
**Complaint Date** March 29, 2023
**Incident Date** March 23, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCADY2H0****
**Summary of Complaint**
Known engineering flaw that causes cylinder head to crack and leak coolant. Mazda will not do a recall even though numerous people are requiring new motors with no previous issues or warning lights on the car.

**NHTSA ID Number:** 11514604
**Complaint Date** March 30, 2023
**Incident Date** March 18, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCADY7J0****
**Summary of Complaint**
I own a 2018 Mazda CX – 9 with only 53,300 miles. I noticed something was wrong with my engine and had no idea what the issue was. My car would not shut off immediately when I turned it off and the fan was on super high speed. The day before my appointment with my mechanic, the engine light turned on. I was stuck in a parking lot and a friend suggested I use his car to go buy coolant just in case it was needed. Sure enough, I was completely out of coolant. When my mechanic inspected the car he told me I had a coolant leak and suggested I take it to the dealer as they would know immediately what the problem was. I started researching to see if this was a defect and sure enough, Mazda has been aware of the defect with the cylinder head (TSB) not supporting the turbo of the engine causing it to crack and mix with the engine oil in various models for years, yet continue to sell cars with this known defect. I understand

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

that it may not be life threatening yet! But it could have been should my engine had blown while I was on the freeway causing a horrific accident. How are they allowed to continue manufacturing and sell cars with a known issue for years and not even be reuqired to make a recall to have the part replaced with a stronger one? This is issue is happening to 100's of customers worldwide. This is something that should be investigated.

**NHTSA ID Number:** 11515906
**Complaint Date** April 7, 2023
**Incident Date** January 5, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBCY5J0****
**Summary of Complaint**
Coolant leak at cylinder head. It is available for inspection. Driving on the highway and the car overheating light came on. Yes it has been reproduced and diagnosed as part of the TSB 01-013/21. No warnings, no notice of leaks before this happened. Noticed this in January - and thought it was just a one off and had the coolant topped off. Nothing happened until a month later that is when I took it to the mazda dealer. Safety issue as no one knows about it until their light comes on and they take it to the dealer to look at. Having this happen in the middle of nowhere on a highway with three small kids is a nightmare. This issue needs to be investigated. It is definitely a safety issue. It is shocking to know that Mazda has known about this for a couple years now based on the date of the TSB. A letter, at the very least, should have been sent out to all owners. Instead they let us all sit with a ticking time bomb that will be cost prohibitive to fix

**NHTSA ID Number:** 11517947
**Complaint Date** April 19, 2023
**Incident Date** April 19, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBCY7H0****
**Summary of Complaint**
Driving home the car said 26 miles to E. while in gear going down the road it popped engine system malfunction and the whole car shut off and wouldn't start. Didn't drive the vehicle for 2 days- filled the gas tank and it drove fine for 5 days. Day 6- 4/8/2023, fine driving down the highway 45 minutes. Go down about a mile and it still doesn't seem right, I move lanes and the thermostat light starts flashing at 260, as soon as I make the turn it tells me to pull over and turn the car off-it was at 270. Go to drive across the street to get coolant later- car stalls when I shift into drive. Park it- get coolant takes an entire jug. Idling a little rough, but not bad. Mechanic he can't see any issues, computer is throwing out fuel system codes but no, issues that can be found. Does a tune up on it, pick it up. Smoking when I start the car and something smells burning. Driving home, it stalls again while in gar at a red light. RPM jumping between 500 and 750 while in




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

gear. Park it for a few hours- everything seems fine. Drive 35 minutes- mostly highway. RPM isn't moving when in park vs neutral. While at last red light before home- engine system malfunction comes on. Driving a few miles down the road still on, temperature at 200. Drive about half a mile down the road- at 260 as I'm pulling into my driveway. Towed to Mazda the next day. Got diagnosis that the head lifted and coolant mixed into oil, flooding engine. Need a new engine and turbo- $10,000 to fix it. Never had issues prior and no signs of anything going wrong. Oil change done 2 weeks prior to this all starting.

**NHTSA ID Number:** 11519188
**Complaint Date** April 27, 2023
**Incident Date** March 30, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBDY2H0****
**Summary of Complaint**
Coolant Leak at Cylinder head. There is a known TBS01-013/21 They refused to pay for any of the cost to replace the engine. My out of pocket cost was $10K.

**NHTSA ID Number:** 11519310
**Complaint Date** April 27, 2023
**Incident Date** April 17, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3KFBCM9K1****
**Summary of Complaint**
My 2019 Mazda CX-5 has 61,500 miles on it and has a cracked cylinder head and has a massive oil leak. I took it to the dealer and they are aware of this issue but told me Mazda hasn't so far made a recall. No warning lights went off and i lost 1 quart of oil over a 30 mile drive. Upon Acceleration the engine could seize and could cause a crash. A fire is also not out of the question as the parts in the engine area are hot and oil can catch fire. Mazda declined to pay for the total cost of the repair but did partially pay for some of it. They should be held accountable for the lousy design and it's only a matter of time someone will have an accident because of it.

**NHTSA ID Number:** 11519366
**Complaint Date** April 28, 2023
**Incident Date** April 27, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM1GL1TY0J1****
**Summary of Complaint**
Just noticed my coolant was leaking underneath my car and i went to mazda to check and it came out being a cracked cylinder the car are driven by my daughter from school




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

to work only and has 68k miles, mazda doesn't want to fix because supposedly the engine warranty only last until 60k

**NHTSA ID Number:** 11521555
**Complaint Date** May 11, 2023
**Incident Date** April 27, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCACY6J0****
**Summary of Complaint**
Bought car new in 2018. At 72,600 observed coolant leaking from backside of motor. Carried to Classic Mazda of Texarkana,TX for diagnostic test. Has a cracked cylinder head.Mazda refused to pay to fix or assume any responsibility for the design flaw. Turbo charger is too close to the cylinder head causing heat issues over time resulting in cracked head/coolant leak.

**NHTSA ID Number:** 11522138
**Complaint Date** May 15, 2023
**Incident Date** April 16, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM1GL1WY5J1****
**Summary of Complaint**
Due to design issues, the engine cylinder head became cracked after normal everyday usage. Coolant began to leak badly and car engine became hot while driving.

**NHTSA ID Number:** 11522527
**Complaint Date** May 17, 2023
**Incident Date** May 10, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBEY3H0****
**Summary of Complaint**
Engine leaking coolant due to a cracked cylinder head. 55,000 miles on car. No indications of a problem other than odor. Problem was confirmed by an independent service center and dealer. Dealer says engine needs replaced.

**NHTSA ID Number:** 11522720
**Complaint Date** May 18, 2023
**Incident Date** May 8, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBDY0J0****
**Summary of Complaint**



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Engine cylinder head cracks open due to bad design where turbo puts too much weight and vibration resukting in coolant leaking out of engine. Mazda has a bulletin out for this issue and I took it to a Mazda dealer for repair. They confirmed this was the issue.

**NHTSA ID Number:** 11524109
**Complaint Date** May 27, 2023
**Incident Date** May 22, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBEY9K0****
**Summary of Complaint**
My 2019 Mazda CX-9 Signature has developed a coolant leak at the back side of the engine that is consistent with Mazda TSB 01-013/21. Coolant leaks down onto the oil filter and the exhaust where it's burned off. Currently, I can drive the vehicle, but I need to refill the radiator and coolant reservoir. I'm concerned about this developing into a catastrophic leak that could seize the engine or cause a fire from contact with the exhaust. This vehicle is still under the warranty period of 5 years/60K miles. I will initially contact the dealer regarding this issue.

**NHTSA ID Number:** 11525408
**Complaint Date** June 5, 2023
**Incident Date** May 25, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCADY6J0****
**Summary of Complaint**
coolant leaks at the cylinder head around the exhaust manifold , safety was compromised by car overheating in the middle of extremely high level traffic, problem confirmed by Mazda dealership, only inspected by dealership, there was no warning indicators from the vehicle. I could smell antifreeze the day before it overheated.

**NHTSA ID Number:** 11525329
**Complaint Date** June 5, 2023
**Incident Date** October 28, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBCY8K0****
**Summary of Complaint**
The engine developed a sudden coolant leak on the rear of the engine. A warning comes up stating that the car could overheat and lose power. After a few minutes and no sign of the car overheating, the car loses power and slows down on its own. The car has not yet been seen by the dealer or a repair shop due to no appointments available. Mazda USA has issued a TSB stating the issue with the engine and they state that a design flaw causes the cylinder head to crack because of the external forces from the exhaust system over bumps. The failure appeared all of a sudden with no warning lights or indications,




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

it just started leaking a small amount of coolant one day. Now I'm waiting for Mazda USA to tell us how they are going to remedy this issue and provide assistance. According to their TSB this affects three different vehicle models with the same 2.5L turbo engine built from 2016 to 2020.

**NHTSA ID Number:** 11526241
**Complaint Date** June 9, 2023
**Incident Date** June 6, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCACY4K0****
**Summary of Complaint**
On the last week of May, my car started experiencing sputtering and stalling out problems. I made an appointment at Mazda dealership for june 6th.meantime my husband checked all fluids and coolant was low so we topped up. Car was being driven very limited due to safety concerns. Then While driving on the freeway my car displayed a "excessive engine temperature, engine output will be limited" immediately my car reduced speed from about 65mph to under 15 mph while having my whole family including myself and 4 children in the car. We almost got hit by several cars while trying to get over to the shoulder. Once pulled over to the shoulder my husband came and followed me home on the back streets. Once again checked fluids and coolant again was back low this time empty. So In a day it completely had no coolant left. When taken into Mazda dealership for the appointment, customer service was so horrible I ended up leaving and taking my car to a 3rd party service center. Was advised to have a Hydrocarbon test on cooling system that measured at zero, then advised to take it for a diagnostic due to the sputtering, stalling and coolant leak, where they ultimately determined the coolant was leaking into combustion chamber &/or intake system. Pressure test shows drop in pressure, no visible external leaks present. TSB# 01-002/23 pertaining to cylinder head assembly replacement. Now I'm waiting for my appointment at a different Mazda dealership on June 12th! Please help

**NHTSA ID Number:** 11527344
**Complaint Date** June 16, 2023
**Incident Date** May 14, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBDY6J0****
**Summary of Complaint**
A coolant leak appeared around 60,000 miles. I caught it in the right time as I had no more coolant left in the reservoir. I filled it back up and drove it to the Mazda dealership - I did not overheat at all so no warning lamps appeared. Upon taking it into the Mazda dealership, the engine was pulled and it was discovered that the cylinder head was cracked. This requires a new engine. There is a TSB out on this issue. It is a known issue apparently from a casting defect in the heads / block.



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11527919
**Complaint Date** June 20, 2023
**Incident Date** June 19, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3KFBDM3K0****
**Summary of Complaint**
Oil light came on. Cracked cylinder head causing oil to leak in rear of engine onto exhaust system. This gives off burnt oil smell into vehicle passenger area. Concerned this could cause fire. Vehicle was taken back to dealer where it was found to be leaking. Dealer stated will order new cylinder head but does not know when it will be in. dealer stated drive vehicle until part comes in.

**NHTSA ID Number:** 11528448
**Complaint Date** June 23, 2023
**Incident Date** June 12, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCBCY1G0****
**Summary of Complaint**
My 2016 Mazda CX-9 2.5l Touring has approx 67,500 miles. I noticed the "sweet" smell of coolant after driving. The temp gauge was not showing signs of overheating. I checked under the hood and coolant level in radiator and reserve tank were normal. I also did not see any coolant leak/patches under the car. Few days later the car temperature gauge shot past the 1/2 mark. i stopped the care let it cool and checked under hood. radiator was empty but reservoir tank was still full. there were signs of coolant drips underneath car on the plastic cover below the area of the water pump (passenger front wheel side). waiting to have car assessed/fixed by mechanic.

**NHTSA ID Number:** 11530871
**Complaint Date** July 7, 2023
**Incident Date** June 29, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JM3TCABY3G0****
**Summary of Complaint**
First radiator blew (after noticing the temp gauge higher than normal and fan running a lot), and when replaced, the 2016 Mazda CX-9 continued to leak coolant. Took it to dealership to find out engine cylinder cracked and head gasket. A simple google search finds that so many Turbo Mazda's between the years of 2016-20 experienced this design flaw as well. Mazda would not cover any of it since the car was out of warranty. It costed me over $7,000 to repair radiator and engine.

**NHTSA ID Number**: 11580786
**Complaint Date:** April 2, 2024

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date**: March 20, 2024
**Consumer Location**: GREENVILLE, NH
**Summary of Complaint**
I noticed oil was leaking and my engine was steaming after driving. My mechanic found a crack in a cylinder after watching YouTube and finding out Mazda has this issue.

**NHTSA ID Number:** 11582662
**Complaint Date:** April 12, 2024
**Incident Date:** April 10, 2024
**Consumer Location:** LAGUNA BEACH, CA
**Summary of Complaint**
Noticed a burning oil smell coming from the car along with leaking oil in the driveway. Vehicle has 53000 miles on it and was 3 months out of powertrain warranty but still under the 60000 mileage cap. Local Mazda dealership came back saying that it was a "SA-037/23 Oil leak at cylinder head, cylinder head replacement with parts kit" and quoted $5100 to repair. Dealership stated that the vehicle was unsafe to operate. There were no dash indicator lights or symptoms of overheating to indicate that there was a problem outside of the smell. After the diagnosis was made, we researched and found that this was a commonly reported problem for this model year

**NHTSA ID Number:** 11582466
**Complaint Date:** April 11, 2024
**Incident Date:** April 11, 2024
**Consumer Location:** VIRGINIA BEACH, VA
**Summary of Complaint**
The cylinder head and timing cover are leaking oil and need to be replaced. It is at the dealer and available for inspection. The car started smoking and lost oil obscuring my vision. The problem appears to be well known by the dealer and they were able to diagnose the issue. The vehicle has only been inspected by the dealer where I purchased it. There were no warning lamps, messages or other symptoms. This vehicle has had regular maintenance per the manufacturers specifications since it was purchased new.

**NHTSA ID Number:** 11582620
**Complaint Date**: April 12, 2024
**Incident Date:** April 2, 2024
**Consumer Location:** GOLDEN, CO
**Summary of Complaint**
Noticed an oil smell when driving the vehicle, slightly premature to when it was due for an oil change. Engine was emitting light blue smoke when parked after driving for more than 20 minutes. Took the car to a Mazda dealership to get serviced two days after noticing the issue and was told that the cylinder head was cracked and needed to be

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

replaced. There was oil leaking from the vehicle, which I had not noticed, and it had soaked a lot of the front undercarriage of the car. Research into the effects of an oil leak indicate that it can cause a serious malfunction of the engine and other components of the car, but I did not experience that in the time of noticing the problem and taking the vehicle to get serviced. The problem was diagnosed by the service department at a Mazda dealership and is being repaired there. The oil indicator came on a day after noticing the smell.

**NHTSA ID Number:** 11583091
**Complaint Date:** April 15, 2024
**Incident Date:** April 5, 2024
**Consumer Location:** GLENDALE, CA
**Summary of Complaint**
Cylinder head crack. Oil leak.

**NHTSA ID Number:** 11584772
**Complaint Date:** April 23, 2024
**Incident Date:** April 19, 2024
**Consumer Location:** EAST AURORA, NY
**Summary of Complaint**
The Cylinder head cracked and caused oil to spill out. This was inspected at Towne Mazda in Orchard Park, NY. I was driving ~50 miles when the issue occurred, and had driven approximately 40 of the 50 miles when me and my sister pulled over and noticed my engine smoking and the burning smell to be pungent. Had I not pulled over, It could have led to engine misfire and damage to other parts of my vehicle. The Dealer confirmed the need for a new cylinder head and parts, and is currently repairing the vehicle. The Component was not recently inspected by the manufacturer, police, insurance. During the course of driving, after about ~35 miles, the oil pressure light turned on. I drove roughly 5 more miles before I pulled the car over to have it towed to my Mazda dealership.

**NHTSA ID Number:** 11585016
**Complaint Date:** April 24, 2024
**Incident Date:** April 1, 2024
**Consumer Location:** WILMINGTON, MA
**Summary of Complaint**
Cracked cylinder head. Burning oil smell. Coolant leaking into oil. Car purchased a year ago for $21,500. Dealer I bought it from paid 1/2 after sending it out to Mazda to be diagnosed and fixed.

**NHTSA ID Number:** 11585175

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date:** April 25, 2024
**Incident Date:** April 22, 2024
**Consumer Location:** NEW HARTFORD, NY
**Summary of Complaint**
The cylinder head cracked and broke resulting in a massive oil leak that covered all the parts under my car and under the hood and engine which in result started to smoke. This is not only a major issue of extremely costly repairs but more importantly also serves as a major safety issue. This could had caused fire to the vehicle and also engine misfire resulting in engine failure while in drive and potentially lead to critical injury or death for me and my family. Mazda was aware of their poorly designed engineering for this critical and extremely important component and it is known Mazda recognized the issue by issuing a TSB. After further research there are numerous TSB issued for multiple engine failures with Mazda. It is also known that certain VIN number vehicles manufactured with this defect are commonly reported and have experienced this exact same issue within only a few years and or very low mileage. This is a major mechanical failure to happen to vehicles within a short time span of purchase and results in loss of customer trust and loyalty. As a first time car buyer I am deeply dissatisfied and disappointed with Mazda. I would not had purchased a brand new car if I would had known I would experience this only at 5 years and 71 thousand miles. My vehicle was inspected and diagnosed by a certified Mazda dealership. I was advised and informed that this is a huge issue that has happened with all customers. Mazda knowingly neglected the proper manufacturing and engineering for the cylinder head and other engine parts, which is the most critical component to any vehicle to function and operate. Lastly what is more concerning was that there was no warning signs such as lights or sensors that were triggered as warning of the issue and vehicle failure posing as another safety concern for drivers.

**NHTSA ID Number:** 11585462
**Complaint Date:** April 26, 2024
**Incident Date:** April 19, 2024
**Vehicle Identification Number:** JM3KFBBM2K0******
**Summary of Complaint**
Cylinder failure low oil pressure and check engine light. Mazda redid cyclinder and still getting the check engine light. Mazda working on issue and having issue resolving problem.

**NHTSA ID Number:** 11591065
**Complaint Date:** May 28, 2024
**Incident Date:** May 9, 2024
**Consumer Location:** BOYNTON BEACH, FL
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

To Whom It May Concern, I am writing to report a serious issue with the 2018 Mazda CX-5, specifically regarding the structural integrity of the cylinder head. This defect leads to significant oil leakage, toxic smoke entering the vehicle, and substantial repair costs for owners. Despite these problems, it appears Mazda has not initiated a recall, despite being aware of the issue. My wife owns a 2018 Mazda CX-5 with approximately 80,000-90,000 miles. Recently, after she returned home from work, we noticed gray, billowing smoke emanating from the hood. The smell of burning oil and rubber permeated our garage and home, making it difficult to breathe. We took the car to an independent technician at AAMCO, who, after a thorough evaluation, concluded that the cylinder head was cracked. Given the car's mileage and overall condition, they were extremely surprised and double-checked all other possibilities before reaching this conclusion. They informed us that this issue seems widespread, as evidenced by their online research (links provided below). For further verification, I drove the car to a Mazda dealership, which took about an hour due to avoiding the highway. During the drive, I continuously smelled burning oil, which raises significant health concerns, especially for my pregnant wife. The dealership acknowledged that this issue occurs with the CX-5 and quoted us $5,350 before tax for repairs. While my wife and I are fortunate enough to afford this repair, many consumers may not have $5,500 readily available to fix a manufacturing defect. This situation underscores the urgent need for Mazda to address this problem through a recall. Sincerely, [XXX] A few links below: [XXX] [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11592566
**Complaint Date:** June 5, 2024
**Incident Date:** April 15, 2024
**Consumer Location:** DALTON, OH
**Summary of Complaint**
Oil smell in cabin. Diagnosed by independent repair shop as hairline crack in back of cylinder head. Cylinder head replaced at 91000 miles.

**NHTSA ID Number:** 11593337
**Complaint Date:** June 10, 2024
**Incident Date:** April 22, 2024
**Consumer Location:** BOISE, ID
**Summary of Complaint**
I had just had my car serviced for 30k services and about 2 months later smoke was coming out of my engine after driving. Took it in and it turned out to be a cracked cylinder head. None of my lights were on indicating there was an issue either. I was told this is a known issue with Mazda and should be a recall but there still isn't one. TSB#SA-031-21

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11600144
**Complaint Date:** July 8, 2024
**Incident Date:** May 1, 2024
**Consumer Location:** HUNTINGTON, NY
**Summary of Complaint**
The car (2018 Mazda CX-5) exhibited a strong burning smell coming from either the engine or exhaust which you could smell in the cabin. No warning lamps turned on in the dash indicating any problem. Problem was recreated by Mazda dealership service center and diagnosis is that cylinder head is cracked and is leaking oil into the exhaust manifold. Suggested repair was a replacement of the cylinder head. Was told this is out of the 5 year/60K warranty. Had car for 5 year 11 months and only driven 45K miles. Car has not been inspected by anyone other than Empire Mazda of Huntington.

**NHTSA ID Number:** 11600610
**Complaint Date:** July 9, 2024
**Incident Date:** July 8, 2024
**Consumer Location:** LOUISA, VA
**Summary of Complaint**
At less than 95,000 miles, the car suddenly started overheating. Coolant level was fine, maybe ever so slightly low (could still see the coolant in tubing and some in reservoir, which was closer to low than full). Replaced ECT sensor, thermostat and water pump which seemed to fix the issue. Drove for 9-10 days with no issues and it started overheating again. I was able to park quickly afterward at work (<10 seconds). Schedule for drop off at dealer (if car didn't show signs of overheating first (would have called tow truck). Checked fluid levels in car (was ~1Qt low) and topped it off. Drove to dealer (~30min ride) with no issues whatsoever. When dealer looked at it, they said cylinder was warped and leaking, requiring new engine. A just paid off car, with less than 100k miles on it, now needs a new engine that will cost more than half of what it's worth.

**NHTSA ID Number:** 11601761
**Complaint Date:** July 13, 2024
**Incident Date:** June 16, 2024
**Vehicle Identification Number:** JM3KFBBMXJ0******
**Summary of Complaint**
I noticed a burning smell while driving. Smoke started coming through the air vents and made me light-headed. I asked my son to take a look, and he said that oil was dripping onto the exhaust and smoking, and it could have caught on fire. There were no warning lamps or any other indicators besides the smell and smoke. I could have passed out from inhaling the smoke and died, or my car could have caught on fire. I took my car to the Mazda dealer. They confirmed that my car was affected by the well-known 2018-2021




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CX-5 cylinder head crack. They quoted me $4848 to fix it. When I asked if they could help me with the price, they offered me 10% off. I told them that's unacceptable. After much back and forth with the dealer and Mazda Corporate, they dropped the total to $1470.60.

**NHTSA ID Number:** 11603843
**Complaint Date:** July 22, 2024
**Incident Date:** March 1, 2024
**Consumer Location:** SCHAUMBURG, IL
**Summary of Complaint**
Cracked Cylinder Head. Oil leak and smoke near passenger side.

**NHTSA ID Number:** 11603894
**Complaint Date:** July 22, 2024
**Incident Date:** July 15, 2024
**Consumer Location:** SAN LUIS OBISPO, CA
**Summary of Complaint**
I bought this brand new in 2018 (Aug.) and I take care of this car very well. I was in the Korean Army, and I worked at the motor pool taking care of cars and trucks. Last year, I noticed my oil level decreasing that I kept refilling. I just thought it was burning some oil. Last week, I was losing lots of oil with some smoke (oil burning). I took the car to a local shop and they said "the cylinder head appears to be leaking oil from the back drivers side of the head".

**NHTSA ID Number:** 11604164
**Complaint Date:** July 23, 2024
**Incident Date:** July 23, 2024
**Consumer Location:** CHULA VISTA, CA
**Summary of Complaint**
Burnt oil smell started being noticed in the cabin. Checked for leaks and none was found. Took the car to the dealer and it turns out the cylinder head is cracked. Dealer acknowledged this is an ongoing manufacturing issue. I contacted Mazda corporate to see if I qualify for after warranty assistance. No engine lights are on. Car has been maintained properly.

**NHTSA ID Number:** 11605727
**Complaint Date:** July 31, 2024
**Incident Date:** July 31, 2024
**Consumer Location:** BEECH ISLAND, SC
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Cylinder head was found to be cracked for a while on the vehicle. This was discovered at 117K miles but likely was cracked well before judging from the age of the oil in the engine bay. Car has been maintained well this shouldn't be happening at all this early into its life.

**NHTSA ID Number:** 11609668
**Complaint Date:** August 20, 2024
**Incident Date:** August 31, 2022
**Consumer Location:** MORONGO VALLEY, CA
**Summary of Complaint**
I have a 2019 CX5 Mazda that consistently leaks oil and smokes. After taking it to a mechanic, I learned that this is a known Mazda issue, but because my car is under warranty, they won't help me. The Cylinder head is pours, and my mechanic said even if he replaces it, it will happen again due to the design. After I have checked online, it seems that MANY people have this issue from 2018-2021. Mazda even made TSB #SA-031-21 to cover some of this issue but no recall. As mentioned, my car leaks oil everyday, and I have to constantly put oil in just to keep it from burning up. It smokes really bad, but I cannot afford a new car or afford to pay over $3K to get this fixed, or don't understand why they won't fix it if they know it was poor design???

**NHTSA ID Number:** 11610809
**Compliant Date:** August 26, 2024
**Incident Date:** August 22, 2024
**Consumer Location:** Unknown
**Summary of Complaint**
This report is for a 2019 Mazda CX-5 with the Naturally Aspirated/Non-Turbo engine. This vehicle only has 26,500 miles and has developed a major oil leak from a cracked Cylinder Head. The continued safety of the vehicle has been degraded. The engine could seize while driving making the vehicle inoperable while on roadways. The vehicle has been inspected and confirmed by both an independent service center and by an authorized dealer service center. The only warning lamp that appeared was a low oil light. I immediately pulled over for safety and inspected the oil levels of the engine. I determined the engine oil levels were just below the fill line on the dip stick. I then added approximately half a quart of recommended oil and the oil warning light turned off. I then contacted a local service center for diagnostics of the problem. They determined the cause of the oil leak which was a Cracked Cylinder Head on the Engine. I then drove the vehicle to an authorized Mazda service center at the dealership. They also diagnosed the problem as a Cracked Cylinder Head on the Engine. Both the independent service center and the authorized Mazda service center recommended a full Engine replacement.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11611493
**Complaint Date:** August 29, 2024
**Incident Date:** June 10, 2024
**Consumer Location:** COLORADO SPRINGS, CO
**Summary of Complaint**
Defective sealant used on timing cover, already leaking engine oil at 85000km… also confirmed as the same engine prone to cylinder head cracking from poor casting dimensions resulting in engine oil contacting the exhaust manifold and smoking. Possible fire hazard. Engine can seize up from low oil pressure at highway speeds and lock up the wheels causing an accident. Not sure why Mazda hasn't issued a recall for this obvious safety concern… reminds me of Hyundai/Kia engine problems and now they've been sued and replacing thousands of engines for free.

**NHTSA ID Number:** 11613576
**Complaint Date:** September 9, 2024
**Incident Date:** September 6, 2024
**Consumer Location:** ALLENDALE, NJ
**Summary of Complaint**
My vehicle started smoking and I smelled a oil burning smell coming through the vents. I took it to the Mazda dealership and they diagnosed it with a cracked cylinder head. The repair estimate is $4,900. It is a 2019 with less than 60,000 miles, but it is a few months out of the powertrain warranty. However, this is a KNOWN issue to Mazda. As I have been researching online, many Mazda CX-5 owners have reported the same issue and I believe Mazda has traced it back to defective manufacturing in a batch of these parts. My local mechanic has also told us that he has seen this issue with 2019 Mazda CX-5s and recommended we report them. Mazda SHOULD issue a recall, but I understand that is expensive for them. At the very least, they should alerting drivers to this possibility and voluntarily repairing these cylinders without cost to unsuspecting drivers who could end up with an engine fire. I have submitted a complaint to Mazda customer service and I am awaiting a response.

**NHTSA ID Number:** 11614947
**Complaint Date:** September 16, 2024
**Incident Date:** September 5, 2024
**Consumer Location:** TALLAHASSEE, FL
**Summary of Complaint**
There is a coolant leak at the cylinder head. We have been told that the cylinder is cracked at the back of the cylinder head where the exhaust ports meet. The dealer's technician said there is a "redesign" in the cylinder head. This is a known issue that is a defect apparently due to Mazda's design of securing the turbo on exhaust studs that are

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

not designed to hold the weight. Why has there not been a recall? There is a Mazda TSB - 01-013/21, issued 10/15/2021 Verbal estimate from dealer for repair - over $7,000

**NHTSA ID Number:** 11616029
**Complaint Date:** September 23, 2024
**Incident Date:** September 21, 2024
**Consumer Location:** Unknown
**Summary of Complaint**
First warning was the oil light came on and I became aware of a leak. When I took it to the mechanic the next day, he described a porous spot on the side of the cylinder head that had opened up and was rapidly losing oil when the engine was running. I understand that this is not a unique problem to my vehicle but is common with this model year. I am concerned that the engine will run out of oil and malfunction causing loss of control at highway speed. The car is currently scheduled for confirmation of the problem with the local Mazda dealer.

**NHTSA ID Number:** 11616035
**Complaint Date:** September 23, 2024
**Incident Date:** September 11, 2024
**Consumer Location:** LINTHICUM, MD
**Summary of Complaint**
Started smelling smoke randomly and discovered an apparent oil leak in the engine. Mechanic inspected and noted that it appears to be an issue relating to the cylinder head/head gasket, which is in line with a technical services bulletin put out by Mazda several years ago for this make/model/year for a known design flaw that can result in catastrophic engine failure. I am just outside the five year warranty but well under the 60,000 miles, so expecting them to tell me they won't cover the repair even though this should have been a recall due to the potential outcome. I cannot drive the vehicle until this is repaired because it can cause engine fires (or worse).

**NHTSA ID Number:** 11616241
**Complaint Date:** September 24, 2024
**Incident Date:** September 13, 2024
**Consumer Location:** CHEEKTOWAGA, NY
**Summary of Complaint**
Coolant leaks at cylinder head on 2019 Mazda CX-5 Grand Touring Reserve. Mazda North American Operations released a technical service bulletin (01-013/21) regarding 2016-2020 Mazda CX-5, CX-9, and Mazda6 with SKYACTIV-G 2.5T engines. This issue can cause the engine to leak coolant, overheat, and stall, potentially leaving the driver and passengers stranded in an unsafe location. Mazda is aware of this manufacturing defect but has not recalled these engines to be repaired or replaced if they

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

are outside of their manufacturers warranty period and placing costly repairs and potentially life-threatening situations as the responsibility to their customers. The diagnosis to repair this issue is a replacement of the cylinder head/sleeve or replacement of the engine block, which has since been modified by Mazda to resolve this issue. This is a costly repair for diagnostics, labor hours, and parts and Mazda is refusing to be held responsible for these defects outside of the power train warranty period. Mazda customer support advised this will only be potentially covered if diagnostics are completed at a Mazda dealership and does not provide any assistance if the customer uses a non-Mazda affiliated repair shop. Messaging on the dash console advised excessive heat and thermostat was nearing 260°F

**NHTSA ID Number:** 11616489
**Complaint Date:** September 25, 2024
**Incident Date:** September 11, 2024
**Consumer Location:** KANSAS CITY, MO
**Summary of Complaint**
Cracked Cylinder Head. At 50,400 miles. This is far too common of a problem for such a new car with so few miles. I have seen many similar reports online. My mechanic was baffled. This is a $5k cost AT LEAST. Mazda has a history of not covering these defects. And it IS a defect, not a simple wear and tear issue. A cracked cylinder head can eventually lead to engine failure, so it is dangerous to drive with it. The problem HAS been confirmed by an independent service center. I got a oil pressure warning sign.

**NHTSA ID Number:** 11617780
**Complaint Date:** October 2, 2024
**Incident Date:** September 19, 2024
**Consumer Location:** SAINT LOUIS PARK, MN
**Summary of Complaint**
While driving, I received a warning that the engine in my car was overheating. Upon arriving home and parking, I noticed pooling under the car. My car was due for an oil change so the next day I dropped off the car for the oil change and mentioned the overheating message and leak to the technician thinking the fix would be routine. To my surprise, I was told my vehicle had a serious coolant leak related to a cracked cylinder. I was advised to take the vehicle to a Mazda dealer. Morrie's Mazda in Minnetonka, MN confirmed the cracked cylinder head which required a full engine replacement despite the car being only ~5 years old and having ~63,000 miles. Mazda had issued a technical service bulletin on this issue but had not issued a recall. As a result, I was left with a large repair bill to replace the engine in a relatively new car. This is a serious issue and I feel Mazda put my life and others in jeopardy by not recalling vehicles and letting customers drive with the risk of the engine overheating.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11617823
**Complaint Date:** October 3, 2024
**Incident Date:** August 13, 2024
**Consumer Location:** NORTHFIELD, OH
**Summary of Complaint**
The contact owns a 2018 Mazda CX-5. The contact stated while driving downhill at an undisclosed speed, the oil warning light intermittently illuminated. The vehicle was taken to the dealer and diagnosed with a cylinder head leak. The dealer replaced the cylinder head and the gasket. The manufacturer was made aware of the failure. The failure mileage was approximately 82,000.

**NHTSA ID Number:** 11618569
**Complaint Date:** October 7, 2024
**Incident Date:** October 4, 2024
**Consumer Location:** RANCHO PALOS VERDES, CA
**Summary of Complaint**
Cracked cylinder head requiring replacement at 62,000 miles.

**NHTSA ID Number:** 11619074
**Complaint Date:** October 10, 2024
**Incident Date:** October 3, 2024
**Consumer Location:** FAIRFAX, VA
**Summary of Complaint**
CX5 Cylinder head cracked at 53,500 miles. Was driving when received engine overheating and pull over immediately warning. The car smelled like maple syrup as it was engine coolant burning. Took it to the dealership and they informed me of the cylinder failure. It is currently awaiting parts and its not under warranty.

**NHTSA ID Number:** 11619514
**Complaint Date:** October 13, 2024
**Incident Date:** September 30, 2024
**Consumer Location:** AURORA, CO
**Summary of Complaint**
At 49k miles and 4 months out of warranty, the car began leaking oil and smelling like smoke. The dealer diagnosed with a cracked cylinder head and repaired it.

**NHTSA ID Number:** 11621885
**Complaint Date:** October 25, 2024
**Incident Date:** October 23, 2024
**Consumer Location:** YORK, PA
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I have 115k miles on my 2019 CX5. Never has any issues. Now all of a sudden I have a cracked cylinder head leaking oil. I was smelling smoke but mot seeing it. I took into dealership they noticed oil dripping thus why smell. Its a $4500-5000 job. I cannot afford this. This should not happen at this kind of mileage. My warranty just expired too. Mazda needs to cover these type of repairs

**NHTSA ID Number:** 11622654
**Complaint Date:** October 30, 2024
**Incident Date:** October 28, 2024
**Consumer Location:** COATESVILLE, PA
**Summary of Complaint**
One of the Cylinder heads has a crack in which has cause some oil to leak in the affected area. This is not the 2.5T engine, there is a TSB out for those engines. The affected engine is the 2.5 NA engine.

**NHTSA ID Number:** 11622639
**Complaint Date:** October 30, 2024
**Incident Date:** October 27, 2024
**Consumer Location:** WADING RIVER, NY
**Summary of Complaint**
Vehicle has a cracked cylinder head at 43,000 miles. It is leaking oil and will lead to further engine damage if not repaired. Dealer inspected and diagnosed the problem. There were no vehicle warnings. It was brought to dealer because it was leaking oil and smelled of burning oil. It appears to be a common problem with Mazda Cx5s.

**NHTSA ID Number:** 11623608
**Complaint Date:** November 5, 2024
**Incident Date:** November 4, 2024
**Consumer Location:** VAUGHN, WA
**Summary of Complaint**
The engine cylinder head has a crack that has caused the engine oil to leak from the engine. This seems to be a common issue known by Mazda. The oil has saturated the right front brake and portions of the undercarriage, that will also need to be cleaned and or replaced. We had the car looked at a repair shop in Portland OR. they let us know this is a huge problem with this engine and we have not had this repaired as of this note. we will contact or dealer where we purchased the CX-5 and see about getting it replaced. This happened as my Wife was driving from California to our home in Washington. She noticed the oil light was flickering and she found a repair shop in Portland that looked at it and for that the head was cracked. Our car has 89,413 miles on it and has been maintained and does not have any other issues at this time.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11625559
**Complaint Date:** November 15, 2024
**Incident Date:** September 16, 2024
**Consumer Location:** MILWAUKEE, WI
**Summary of Complaint**
The car would produce white smoke under the engine hood after getting to speed. It would smell like burnt oil. The shop found a crack in the 3rd cylinder. Will need to replace the cylinder head.

**NHTSA ID Number:** 11626140
**Complaint Date:** November 19, 2024
**Incident Date:** November 1, 2024
**Consumer Location:** ROCHESTER, NY
**Summary of Complaint**
2018 CX-5 has a cracked or porous (depending who is telling me the issue) cylinder head at 60000 miles. I was told by the Mazda service advisor that the issue is common. I reached out to Mazda for assistance in covering their faulty part and was told they would not cover any of it.

**NHTSA ID Number:** 11626592
**Complaint Date:** November 21, 2024
**Incident Date:** November 9, 2024
**Consumer Location:** SAN DIEGO, CA
**Summary of Complaint**
This car has a confirmed cracked cylinder head and is leaking oil. This is a known issue and there is a TSB out for it. It happened at $62500 miles and is just outside of the warranty. This has happened to several of these cars. Mazda is not doing "good will" to repair them and there is not yet a recall which there should be. The car suddenly started leaking oil and smoking/burning. It is unsafe and a defective cylinder head. Mazda should be taking responsibility for this

**NHTSA ID Number:** 11719756
**Incident Date:** February 13, 2026
**Consumer Location:** EXTON, PA
**Vehicle Identification Number:** JM1GL1VM0J1******
**Summary of Complaint**
Crash:NoFire:NoInjuries:0Deaths:0
Per Mazda inspection, the back side of cylinder head #3 has an oil leak which is leaking onto the exhaust manifold. This creates a direct fire hazard as Mazda said they highly recommend not driving it for that reason. The Mazda dealership inspected and confirmed the issue, it in February 2026, with only 74,000 miles on the vehicle.



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11627463
**Complaint Date:** November 26, 2024
**Incident Date:** November 18, 2024
**Consumer Location:** HARVEY CEDARS, NJ
**Summary of Complaint**
Cracked cylinder head near the exhaust manifold. Created a large oil leak. Oil on the exhaust is a fire hazard. After one quart of oil loss a low oil level light comes on. This is a reported problem. One version of the engine I have has a Mazda TSB and an extended warranty. TSB 01-0022/23 A local repair shop has diagnosed the problem.

**NHTSA ID Number:** 11628947
**Complaint Date:** December 4, 2024
**Incident Date:** November 18, 2024
**Consumer Location:** LEXINGTON, MA
**Summary of Complaint**
Dear NHTSA, I am writing to submit a safety complaint regarding my 2019 Mazda 6 GTR. Below are the details of the issue: Vehicle Information: Make: Mazda Model: 6 GTR Year: 2019 VIN: [XXX] Problem Description: My vehicle began to overheat while driving. The vehicle has approximately 35,000 miles and has been meticulously maintained at authorized Mazda dealerships. Mazda Liberty is now asking me to pay approximately $10,000 for a new engine, while Mazda warranty declined to provide support, as I am two months past the warranty period. I have discovered that there are numerous complaints similar engine issues with Mazda vehicles, specifically related to coolant leaks and cylinder head cracks. Incident Details: Date of Incident: [XXX] Mileage at Incident: 35,000 miles Symptoms: Overheating, engine seizure Actions Taken: Topped up coolant, visited local garage and authorized dealership I believe this issue poses a significant safety risk, and I am seeking NHTSA's assistance in investigating this matter. Thank you for your attention to this serious issue. Sincerely, [XXX] Cell: [XXX] Email: [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11629000
**Complaint Date:** December 5, 2024
**Incident Date:** December 4, 2024
**Consumer Location:** CLEARWATER, FL
**Summary of Complaint**
Vehicle has 40k after a oil change noticed oil spots on pavement took it back to the garage that did the task, was told that the leak was near cylinder #2. Called Mazda customer service and was informed that my warranty expired in May of 2024. my mechanic called Mazda parts to get the price of cylinder head and was told that they had

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

a run on cylinder heads due to defective heads coming from the Factory, SHOULD BE A RECALL ON THE MAZDA.

**NHTSA ID Number:** 11628969
**Complaint Date:** December 5, 2024
**Incident Date:** December 2, 2024
**Consumer Location:** Unknown
**Summary of Complaint**
The cylinder head cracked while waiting for a light to change at a busy intersection, causing heavy smoke to enter the vehicle through the air vents with the heater on. The smoke filled the car quickly, causing my wife and me to exit the vehicle at the very busy intersection. A local independent service center diagnosed the problem. I was unable to drive the vehicle to the manufacturer for safety reasons and smoke filling the cabin. No warning lights were displayed. This vehicle was maintained following the manufacturer's recommendations throughout its 77,000 mile life.

**NHTSA ID Number:** 11629364
**Complaint Date:** December 6, 2024
**Incident Date:** December 4, 2024
**Consumer Location:** LOS ANGELES, CA
**Summary of Complaint**
There was a burnt rubber smell coming off the vents, took to dealership and they confirmed there was an issue with the front timing cover and was replaced. Less that a week later, there was smoke coming from the hood of the car. Took back to dealership unaware if it was recurring issue but it was determined there was a NEW oil leak due to faulty cylinder head needing replacement on my car which has less than 50,000 miles. While there was no warning lights, the car was unsafe to drive in that condition.

**NHTSA ID Number:** 11631310
**Complaint Date:** December 17, 2024
**Incident Date:** December 16, 2024
**Consumer Location:** GLEN ALLEN, VA
**Vehicle Identification Number:** JM3KFBCM6K1******
**Summary of Complaint**
My Mazda CX-5 was found to have a cracked cylinder in the engine and was profusely leaking oil. When I spoke to the dealership they denied seeing this regularly, however, upon doing research on reddit, it is found to be more pronounced than indicated. There was no known cause indicated, however, on reddit it appears that the original casting done in Mexico maybe the culprit because it is so thin and causes it to crack between 40-50k miles. There is no other sign or warnings, besides an obscene amount of oil

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

leaking. The failure of this could cause the engine to fail while driving. This is a significant risk.

**NHTSA ID Number:** 11631241
**Complaint Date** December 17, 2024
**Incident Date:** December 9, 2024
**Consumer Location:** WILLIAMSTOWN, NJ
**Summary of Complaint**
The cylinder head on my 2018 Mazda CX-5 developed cracks on the exhaust side, leading to significant oil leakage onto the exhaust manifold. This has caused engine damage and safety concerns. The vehicle is currently at a Mazda dealership, where the issue has been inspected and documented. The component is available for further inspection upon request. The oil leaking onto the exhaust manifold creates a serious fire hazard due to the high heat generated in this area. Additionally, the vehicle experienced burning smells and visible smoke coming through the air vents, which could impair visibility or cause distraction while driving. These conditions place the safety of myself, my passengers, and others on the road at risk. The issue has been confirmed by a Mazda dealership. They provided a video showing oil actively dripping from the cracked cylinder head and stated that the engine requires a full replacement. Mazda dealership video: [XXX] This video contains the engine inspection findings conducted at the dealership during my recent visit. It clearly shows the damage and highlights the issues identified. The vehicle has been inspected by the Mazda dealership service team, who identified the cracks in the cylinder head and documented the oil leakage and related engine damage. There were no warning lamps or messages on the dashboard prior to the failure. The symptoms began with a noticeable burning smell inside the cabin, followed by a slight mist coming out of the air vents and smoke from under the hood. Oil leakage was later observed on the ground, and the coolant level appeared empty. I've received a video inspection of my vehicle from the service center on March 7, 2024 with no concerns at that time, which you can view here: [XXX] . This link leads to TruVideo, a platform that many dealerships use to share service videos with customers. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11631637
**Complaint Date:** December 19, 2024
**Incident Date:** November 15, 2024
**Consumer Location:** PROCTOR, MN
**Summary of Complaint**
Purchased vehicle from dealership drove 1650 miles, cylinder head began leaking, excessive oil. Took vehicle to repair shop their assessment cracked cylinder head. Warranty expired, dealership refused help in addition to Mazda Corp. unless brought to




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

nearest dealership 140 miles away, with no guarantee. Vehicle is not driveable, I do have photos of the cracks.

**NHTSA ID Number:** 11631605
**Complaint Date:** December 19, 2024
**Incident Date:** December 17, 2024
**Consumer Location:** LINCOLN, NE
**Summary of Complaint**
The 2019 has a creaked cylinder with 40000 miles on it. This is a problem with that has been happening. We are 4 months out of the warranty with May 2024.

**NHTSA ID Number:** 11631664
**Complaint Date**: December 19, 2024
**Incident Date:** November 15, 2024
**Consumer Location:** ASTON, PA
**Summary of Complaint**
Brought 2019 Cx-5 to local dealer with complaint of strong smell and smoke coming from hood. Cracked cylinder head at only 21k miles. Known flaw for this particular make and model. Only 6 months out of warranty. Mazda refuses to make it right and only extended warranty for turbo engines. Mazda needs to make this right for ALL engines with this issue.

**NHTSA ID Number:** 11632597
**Complaint Date:** December 27, 2024
**Incident Date:** December 23, 2024
**Consumer Location:** DEALE, MD
**Summary of Complaint**
I have a 2019 Mazda cx 5 with only 67,000 miles on it and the cylinder head is cracked and leaking oil everywhere. I have noticed TSBs released for this issue, but it seems to be a very common issue with most people not being covered for a very major repair. Mazda refuses to fix the issue created by the improper build of this component and may lock people's engines if not caught soon enough

**NHTSA ID Number:** 11632866
**Complaint Date:** December 28, 2024
**Incident Date:** November 27, 2024
**Consumer Location:** PASADENA, CA
**Summary of Complaint**
This car has less than 37,000 miles on it it has significant oil leaks from the valve cover gasket, it's timing cover gasket and now it had been determined it has a cracked cylinder head. This was covered by 3 Service alerts with the cracked cylinder head being SA-

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

031/21. None of the dealers notified us of the issue when serviced Galpin Mazda and New Century Mazda. But Big O Tires did. The two oil leak gasket repairs cost over $1600. The car is 8 months past warranty. The car is burning oil when driven. Due to the leak and the smoke particles and smell enter the cabin. The engine smokes when shut down instill it cold down. The smoke particles in the cabin are dangerous. The engine oil light appeared in late November (my daughter's car, she is away at college). We found out the depth of the oil leak issues the second and fourth week of December. The fact that the dealers did not notice us or do preemptive repairs is a major failure by the Mazda organization.

**NHTSA ID Number:** 11632931
**Complaint Date:** December 29, 2024
**Incident Date:** November 22, 2024
**Consumer Location:** MECHANICSVILLE, VA
**Summary of Complaint**
I started to smell a burning smell while I was driving and noticed smoke coming from under the hood along with the burning smell. When I parked the car I noticed a bunch of oil leaking from under the car. I took the car to get checked out and there was oil all under the bottom of the car and it was confirmed that there was a very bad oil leak which occurred due to a crack in the cylinder head. No check engine lights or any indication of this issue aside from discovering the burning smell, smoke from under the hood, and a significant amount of oil underneath the car. The car hasn't been driven in a month because of this issue. When you turn the car on you can hear a ticking sound coming from under the hood. The bad part is there was no indication. A 2019 with 50,000 ish miles shouldn't have this problem and I confirmed that with mechanics and Mazda. This is a safety risk as you can't safely drive the car without being concerned about the lack of oil in the car due to the leak as well as the smoke coming from under the hood, not being able to drive the car thus resulting in needing the car towed in order for the car to be serviced for this problem. I was told that if the oil continues to leak and if I was to drive it the engine could start to have issues and possibly turn off due to the leakage. This leak had oil all over the exhaust system as well.

**NHTSA ID Number:** 11633877
**Complaint Date:** January 3, 2025
**Incident Date:** December 16, 2024
**Consumer Location:** APPLETON, WI
**Summary of Complaint**
At approximately 65,000 miles, a burning oil odor was detected, and we took our vehicle to the nearest Mazda dealership. Techs confirmed a failed master cylinder resulting in a leak, and that this master cylinder failure is common with 2018 CX-5s resulting from porosity in the cast metal wall creating a leak path over time. I was able to retain the

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

failed casting and all parts which were replaced and am saving for records and analysis. Mazda customer service was contacted about the master cylinder casting failure and declined to cover it because the vehicle was beyond warranty period and because the failure was repaired before I was able to establish contact with Mazda customer service. Note that the failure happened in the approach to the holidays, and while efforts were made to establish contact with Mazda service via website chat, e-mail form submission, and phone, they were unsuccessful due to technical issues on the Mazda site and a non-responsive phone line. I can confirm that my local dealership POC provided me with Mazda corporate contact info per my request when the diagnosis was made (e-mail copies available.) The issue was not on my end, as efforts were made again immediately after Christmas, and phone and website chat were immediately successful when attempted. The website chat log indicating their denial and rationale for denial is available. This same vehicle has also had an issue with the front timing cover leaking as several others have noted, and this issue was also acknowledged by local dealership technicians as an endemic issue with this model. The front timing cover issue were identified and repaired within the 60,000-mile warranty. Copies of available correspondence with Mazda, including dealer invoices/receipts, service records for the vehicle (all done at Mazda dealerships) and chat history with Mazda customer service can be provided.

**NHTSA ID Number:** 11633924
**Complaint Date:** January 3, 2025
**Incident Date:** December 28, 2024
**Consumer Location:** SHEFFIELD LAKE, OH
**Summary of Complaint**
My 2019 Mazda CX-5 suddenly developed a major oil leak within the last 7 days. My car has only 44,350 miles and I have had all scheduled and required maintenance completed timely, including oil/filter changes, coolant level checking and maintenance, etc. I took the car to an independent mechanic who diagnosed the problem as a cracked cylinder head. I then took the car to a local Mazda dealer who confirmed the diagnosis and informed me that there would be no warranty coverage as my 60,000 mile/60 month powertrain warranty had expired 60 days earlier. Some two years earlier my car's check engine light came on and overheated. I took it to the same local dealer, who replaced the coolant control valve & related components. In November 2024 I received a "Warranty Extension Program" letter from Mazda about the same fail-safe thermostat problem. I believe this is relevant and related to the cracked cylinder head since almost all instances of a cracked cylinder head are due to engine overheating. This issue put me at risk as I was close to driving the car with no oil and oil leaking heavily onto very hot engine components that could have resulted in a fire. I am now facing repairs to this car between $4,800 and $6,000 and given the faulty/defective cylinder head from Mazda, I

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

could face this safety issue again, as it will be replaced with a similar cylinder head from Mazda!

**NHTSA ID Number:** 11634029
**Complaint Date:** January 4, 2025
**Incident Date:** December 22, 2024
**Consumer Location:** LAFAYETTE, NJ
**Summary of Complaint**
Driving in traffic and the engine temperature warning appeared on dash. Dealer has confirmed there is a large coolant leak from the cylinder head. Mazda released a technical service bulletin regarding the issue affecting Mazda6, cx-5 and cx-9, but I will have to pay for a head gasket replacement.

**NHTSA ID Number:** 11634788
**Complaint Date:** January 8, 2025
**Incident Date:** December 10, 2023
**Consumer Location:** BENTON, KY
**Summary of Complaint**
Coolant leaks at the cylinder head around the exhaust manifold causing my car to over heat. Also when my thermostat is set to the exact temperature for both sides my driver side blows cold and the passenger side blows hot

**NHTSA ID Number:** 11634884
**Complaint Date:** January 8, 2025
**Incident Date:** October 28, 2024
**Consumer Location:** BONNEY LAKE, WA
**Summary of Complaint**
At approximately 57,000 miles, the cylinder head cracked. It was leaking oil and white smoke was coming out of the engine bay. There were no warning lights. I have since gotten the cylinder head replaced.

**NHTSA ID Number:** 11635169
**Complaint Date:** January 9, 2025
**Incident Date:** November 15, 2024
**Consumer Location:** OKLAHOMA CITY, OK
**Summary of Complaint**
Car was purchased in June 2019. Car started smelling like burning oil and started finding oil pooling under the car around November 2024. At time the incident was discovered, car only had 38k miles. There was no warning lights or indication there was an issue other than the smell and small pool of oil under car. The Mazda service manager immediately knew what the issue was and told me they were going to confirm with a

full inspection and diagnosis. I was told that I have a cracked cylinder head and I will need to have it replaced. Warranty ended few months prior so they will not cover. I was told it would cost $4589.76. The Mazda service department told me that this is a common issue and to hold off on repair and contact Mazda corporate since warranty just ended. They topped off my oil and told me to keep an eye on the oil level and to wait to hear back from Mazda corporate.I submitted a case with Mazda and the customer care specialist told me that they cannot guarantee they will cover this. Within a week, the temperatures got colder and issue got worse. Low oil light came on, topped off with oil. Lost 4 quarts in one day. Called Mazda service and they told me to top off oil and come drop car off immediately. Upon researching this issue, the cracking of cylinder heads in Mazda CX-5 vehicles, particularly those with the 2.5-liter (NA) engine were widespread and discussed in online forum. The contributing factors of the issue point to a design flaw of the cylinder head due to the cylinder deactivation technology and a manufacturing defect due to the cylinder head casting process based on reports and discussions within the automotive community. A TSB (SA-013/22) has been released for the affected cylinder head with a modified replacement. This seems to be a significant and widespread issue that can cause entire engine to fail and require full replacement. Oil leaking on to the hot exhaust near other engine parts could ignite and put myself or others at risk.

**NHTSA ID Number:** 11635981
**Complaint Date:** January 14, 2025
**Incident Date:** December 28, 2024
**Vehicle Identification Number:** JM3KFACM2K0******
**Summary of Complaint**
As I was driving, a burning smell emanated from the car. There were no check engine lights on. When I pulled over, I saw a lot of smoke coming from the engine. I checked the oil level and it was above the minimum line bit just barely, even though my husband had just done an oil change on it. I refilled the oil and continued on my trip. The problem repeated for several dqays until I got home and took it to the Mazda dealership. They reported the following: "Cylinder Head Assembly: oil leaking out of back of head, recommend replacing cylinder head and related gaskets. The cylinder head sits above the cylinders on top of the cylinder block. It closes in the top of the cylinder, forming the combustion chamber. This joint is sealed by a head gasket. In most engines, the head also provides space for the passages that feed air and fuel to the cylinder, and that allow the exhaust to escape." This service is $5600! My car only has 80K miles on it. This is a safety issue because there was no warning. No check engine light appeared and there was no warning.

**NHTSA ID Number:** 11635920
**Complaint Date:** January 14, 2025



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date:** January 9, 2025
**Consumer Location:** DEDHAM, MA
**Summary of Complaint**
I own a 2019 Mazda cx 5 and it has 78,000 miles. I noticed smoke coming from the engine and a lot of oil leaking on the ground. I brought the car into my independent service center and they confirmed that there was a crack in the engine cylinder head. There is a TSA # SA-031-21 on this problem. I feel that my safety was at risk, since the engine could have seized while driving. This vehicle is available for inspection upon request. No warning lamps or messages were displayed, however there was a strong odor of burning oil. This problem occurred on 1/9/25 and it has been in the service center since.

**NHTSA ID Number:** 11636213
**Complaint Date:** January 16, 2025
**Incident Date:** May 1, 2024
**Consumer Location:** PITTSBURGH, PA
**Summary of Complaint**
My vehicle has been diagnosed with a cracked cylinder head. The problem began when the vehicle had less than 28,000 miles on it. Mazda is repairing it and has agreed to cover the repair under Mazda Customer Care Assistance.

**NHTSA ID Number:** 11637185
**Complaint Date:** January 20, 2025
**Incident Date:** January 16, 2025
**Consumer Location:** AURORA, CO
**Summary of Complaint**
Oil started leaking while car was idling causing smoke to enter the cabin as well as all under the hood. Car was undriveable at this point. She was lucky there was no traffic. Car had to be towed and cylinder head was cracked. Mazda has a known faulty cylinder head problem they have refused to fix and this caused a safety issue. Vehicle will not be able to be inspected as we had it towed to get fixed immediately. The service center did confirm this is the issue and there were no prior issues before this.

**NHTSA ID Number:** 11637065
**Complaint Date:** January 20, 2025
**Incident Date:** January 1, 2025
**Consumer Location:** FORT WRIGHT, KY
**Summary of Complaint**
Cylinder head cracked at 46,000 miles causing smoke and oil leakage. This was the root of an almost $6,000 repair, leaving me without a vehicle for 15 days. This issue could also lead to more extensive engine problems in the future.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11638121
**Complaint Date:** January 23, 2025
**Incident Date:** January 14, 2025
**Consumer Location:** DUVALL, WA
**Summary of Complaint**
What component or system failed or malfunctioned, and is it available for inspection upon request? - Engine cylinder head was broken and caused oil leakage How was your safety or the safety of others put at risk? Oil leakage resulted in a smoky smell while driving and could have led to cars on the road or my own car could have skid leading to a fatal accident Has the problem been reproduced or confirmed by a dealer or independent service center? Yes. Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? Dealer has inspected. Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear - No warning lamps but there was a smoky smell while driving & visible oil leak under the front hood.

**NHTSA ID Number:** 11638286
**Complaint Date:** January 24, 2025
**Incident Date:** February 1, 2023
**Consumer Location:** BLOOMSBURG, PA
**Summary of Complaint**
Cracked cylinder head causing oil to leak

**NHTSA ID Number:** 11639054
**Complaint Date:** January 28, 2025
**Incident Date:** December 30, 2024
**Consumer Location:** OKLAHOMA CITY, OK
**Summary of Complaint**
Cracked cylinder head

**NHTSA ID Number:** 11640734
**Complaint Date:** February 4, 2025
**Incident Date:** December 15, 2024
**Consumer Location:** RENO, NV
**Summary of Complaint**
There is a known issue with 2018 Mazda CX 5 related to a cracked cylinder head. I have just under 60,000 miles and I noticed smoke coming from under the hood near the exhaust manifold and a strong odor of burning oil. Dolan Mazda in Reno, NV has confirmed I have a cracked cylinder head and it is the cause of the burning oil. I am

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

concerned that oil leaking from the cracked cylinder head onto the exhaust is a fire hazard. I feel a recall should be issued.

**NHTSA ID Number:** 11641355
**Complaint Date:** February 7, 2025
**Incident Date:** February 3, 2025
**Consumer Location:** MINNETRISTA, MN
**Summary of Complaint**
We were driving and noticed some white smoke when we parked, so we took it to a mechanic and he diagnosed: "Found that only when engine gets up to operating temp that it begins to leak through hairline cracks in cylinder head. Oil leak is severe and recommend not driving and bringing to dealer for possible warranty verification." He told us the issue is specifically on the driver side where there are hairline cracks on the backside, left quarter of the cylinder head.

**NHTSA ID Number:** 11641472
**Complaint Date:** February 8, 2025
**Incident Date:** January 15, 2024
**Consumer Location:** VASHON, WA
**Summary of Complaint**
Cracked cylinder head at 65,0000 miles

**NHTSA ID Number:** 11644513
**Complaint Date:** February 24, 2025
**Incident Date:** February 7, 2025
**Consumer Location:** BUFFALO, NY
**Summary of Complaint**
There is a cracked cylinder head cover and the oil leaks from the crack onto the manifold causing smoke and burning smell. I have read several examples on Mazda forums [XXX] ; [XXX] ) of this happening with the Mazda CX-5. A former Mazda mechanic posted he would see a couple vehicles a week at his dealership that experienced this problem. The odor of the burning oil onto the manifold is overpowering when sitting in the car. Some people with the same problem have posted they actually had small fires / burning under the car. In May, 2021, Mazda issued a technical service bulletin TSB # SA-031-21 with a cylinder head redesign for 2018/2019 CX5 models. this is telling of their awareness of the problem. There were no dashboard warnings to indicate the problem - just the burning smell from oil and oil stains in the driveway which caused me to bring the car in. There is substantial evidence that this is a common problem with these model years and it is not related to the mileage of the vehicle - mine has only 37k miles on it. It should be noted that the cylinder head is aluminum and only 2mm thick vs 5-7mm on most vehicles. Mazda should be held accountable and issue a recall and/or

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

extended warranty to address this problem. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11644638
**Complaint Date:** February 24, 2025
**Incident Date:** February 24, 2025
**Consumer Location:** SUGAR LAND, TX
**Summary of Complaint**
Smelled smoke (burnt oil) for over a year. Dealer could not address. Finally found that the cylinder heads had cracked and required replacement at $7500. Car was only 51K miles.

**NHTSA ID Number:** 11644882
**Complaint Date:** February 25, 2025
**Incident Date:** January 31, 2025
**Consumer Location:** HORSHAM, PA
**Summary of Complaint**
Replacement of cracked head cylinder diagnosis completed by Mazda dealer Fred beans in Willow Grove Pennsylvania Mazda is claiming they cannot cover the repair cost due to carfax not reporting all my maintenance services. After speaking to mazda customer service they confirmed that it is illegal to use carfax as documented proof. I provided proof of the maintenance aka oil change that was not eeported directly through carfax and have not heard anyrhing back. My car is under 60,000 miles and I have maintain my car and this should not be my fault this should not be my fault. Please help if possible i dont know who else to go to

**NHTSA ID Number: 11645329**
**Complaint Date:** February 27, 2025
**Incident Date:** February 27, 2025
**Consumer Location:** CINCINNATI, OH
**Summary of Complaint**
This concerns a 2019 Mazda CX5 with approximately 52,000 miles - the engine of this vehicle is the 2.5L naturally aspirated version. Driving the vehicle with the HVAC system on resulted in a burning oil smell coming through to the cabin. Upon owner inspection, engine oil was seen as coating the underside of the vehicle in various areas. The oil pan drain plug and oil filter were both found to be tight and not leaking oil. The vehicle was taken to a nearby Mazda dealership for inspection on 2/26/2025. On 2/27/2025, Mazda technicians state that the cylinder head on the vehicle engine requires replacement. Replacement is quoted to be in excess of $5000. Reviewing the issue online shows numerous similar cases of engine cylinder head failure. This vehicle

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

comes equipped with cylinder deactivation which seems to have a higher rate of failure regarding cylinder heads and a potential design flaw with cylinder heads manufactured in a time frame of 2018-2020. Leaking oil could potentially start a fire as the oil drips onto the exhaust manifold when the car is at operating temperature.

**NHTSA ID Number:** 11646253
**Complaint Date:** March 4, 2025
**Incident Date:** February 28, 2025
**Consumer Location:** MECHANICSBURG, PA
**Summary of Complaint**
The cylinder head on my 2019 Mazda CX-5 failed prematurely due to a known defect. The vehicle is currently at Fred Beans Mazda in Mechanicsburg, PA, where the issue has been diagnosed and confirmed. The defective component is available for inspection upon request. This failure created a serious safety risk due to an oil leak, which led to smoking from the engine bay and a potential fire hazard. If the oil had ignited, this could have caused severe vehicle damage or injury. Additionally, the failure could lead to a sudden loss of power while driving, increasing the risk of an accident. The problem has been reproduced and confirmed by the dealership, and Mazda has been contacted regarding assistance. They have acknowledged the issue but have not provided full coverage for the repair. Prior to the failure, there were no warning lights or messages. The only symptom was an oil leak, which led to smoke coming from the engine. This issue appears to be a common problem with this model, and Mazda should take responsibility for addressing it properly before it causes serious harm.

**NHTSA ID Number:** 11646608
**Complaint Date:** March 5, 2025
**Incident Date:** June 10, 2023
**Consumer Location:** SAN FRANCISCO, CA
**Summary of Complaint**
Cracked cylinder causes oil leak in 2018 Mazda CX-5. May occur in other model year CX-5 as well. Issue was inspected by an authorized dealer. Repair by Mazda not performed because vehicle was a few months past warranty expiration date. Issue with CX-5 cylinder-head are shown below: [XXX] [XXX] [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**NHTSA ID Number:** 11646483
**Complaint Date:** March 5, 2025
**Incident Date:** March 3, 2025
**Consumer Location:** STERLING, VA
**Summary of Complaint**

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I own a CX5 2018 Mazda with around 31,000 miles on it. Two days ago I experienced a smoke/fume event in my car while driving. The cabin filled with burnt oil fumes and a pungent smell. I happened to be near a Mazda dealership and was able to reach it with windows down and slow driving. The dealership inspected my car and confirmed a large oil leak caused by a cracked cylinder head. I was told this is a known issue with Mazda CX5/CX9 series and that it would be covered under warranty. Today I was informed by the same dealership that my standard powertrain warranty will not cover it, as it is 60,000 miles or 5 years. My car only has 31,000 miles on it, but it's over the 5 years by little over a year. I am looking at paying around $6,500 out of pocket to fix my vehicle. I asked if there is an extended warranty from Mazda specifically regarding cylinder heads, due to this being a known defect, however the service person said there isn't for my car. After some online research I did come across an extended powertrain warranty applying to 2019-2020 CX5 models due to the cylinder head cracking issues. I ask that this is being looked into and that the warranty needs to be extended to the 2018 model as well.

**NHTSA ID Number:** 11646716
**Complaint Date:** March 6, 2025
**Incident Date:** February 28, 2025
**Consumer Location:** CRESTVIEW HILLS, KY
**Summary of Complaint**
With only 60k miles on my car which I regularly take in for maintenance, my car started to leak a ton of oil. It was determined that the cylinder head is cracked. This should not happen on a car this new and maintained. In doing research, this seems to be a common occurrence with this year.

**NHTSA ID Number:** 11646912
**Complaint Date:** Narch 7, 2025
**Incident Date:** February 26, 2025
**Consumer Location:** NEW LENOX, IL
**Summary of Complaint**
The cylinder head in the engine cracked while I was driving. The vehicle was leaking oil profusely and was down a quart after the oil had been changed the week prior. There were no warning lights or indication and I had just had the vehicle in the dealership the week before. I'm a disabled driver that requires hand controls so if I needed to exit the vehicle and move away from it it would not be possible. It's been at the dealership since 2/24/25. I have found numerous other people that have experienced the same issue online.

**NHTSA ID Number:** 11647768
**Complaint Date:** March 11, 2025



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date:** March 10, 2025
**Consumer Location:** MARYSVILLE, OH
**Summary of Complaint**
Cracked cylinder head. Major oil leak. Oil light came on but then turned off. No other warning light. No engine light came on. The vehicle was taken to the dealer for diagnosis.

**NHTSA ID Number:** 11648668
**Complaint Date:** March 17, 2025
**Incident Date:** March 1, 2025
**Consumer Location:** NATICK, MA
**Summary of Complaint**
My 2018 Mazda CX-5 with just over 45,000 miles is showing the dreaded cracked cylinder head symptoms. Coolant is leaking causing a very noticeable burning smell in the cabin and faint smoke emanating from under the hood. My CX-5 has followed the maintenance schedule at the dealership that the vehicle was purchased. At this point the dealership has not been helpful at all. Mazda MUST start including 2018 CX-5s to CSP11 (covers 2019 CX-5s).

**NHTSA ID Number:** 11649241
**Complaint Date:** March 19, 2025
**Incident Date:** March 14, 2025
**Consumer Location:** GARLAND, TX
**Summary of Complaint**
The contact owns a 2019 Mazda CX-5. The contact stated that while the vehicle was parked, the contact discovered an abnormal odor coming from the engine compartment. No warning light was illuminated. The vehicle was taken to a dealer, where it was diagnosed that there was a cracked cylinder head and that the cylinder head needed to be replaced. The vehicle was not repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 26,000.

**NHTSA ID Number:** 11650383
**Complaint Date**: March 25, 2025
**Incident Date:** March 6, 2025
**Consumer Location:** FAIRFIELD, CA
**Summary of Complaint**
I had my vehicle looked at and found a cracked cylinder head on #3 and did some research of people having the same issues. I was driving when the vehicle started smoking it turns out the oil coming out of cylinder #3 flows down the driver and passenger side behind the exhaust manifold which can lead to a fire. My car only has a

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

little over 80,000 miles and this should not happen around that low of a mile vehicle. I believe this is an issue that needs attention.

**NHTSA ID Number:** 11650580
**Complaint Date:** March 25, 2025
**Incident Date:** March 13, 2025
**Consumer Location:** ARLINGTON, VA
**Summary of Complaint**
The issue began when I started to smell burning oil. As time went on smoke began to slowly come from the hood. I took my car to the mazda dealership and said that there was a cracked cylinder head in the engine. After doing research online this has been a major issue with the 2018-2020 model.

**NHTSA ID Number:** 11650716
**Complaint Date:** March 26, 2025
**Incident Date:** January 13, 2025
**Consumer Location:** SCHAUMBURG, IL
**Summary of Complaint**
Defective Engine. Cracked Cylinder Head. Engine oil leaked overnight because of known Mazda 2.5 liter Skyactive engine defect.

**NHTSA ID Number:** 11652447
**Complaint Date:** April 3, 2025
**Incident Date:** February 21, 2025
**Consumer Location:** WILBUR, WA
**Summary of Complaint**
I noticed a burning smell coming from engine. I took it to a Mazda dealership where they found a cracked cylinder head that needed complete replacing. There was no warning light or other symptoms before I noticed the smell. Vehicle has only been inspected by the dealership. Vehicle is out of warranty but only has 37000 miles on it.

**NHTSA ID Number:** 11652887
**Complaint Date:** April 4, 2025
**Incident Date:** April 4, 2025
**Consumer Location:** DARNESTOWN, MD
**Summary of Complaint**
Car started leaking and burning oil. Blue smoke coming out of engine. Low oil pressure light went on. I had it looked at by an auto mechanic. This is a major safety issue as the engine will fail because of the low pressure. The car is not drivable. Turns out it's a known issue with the cylinder head that Mazda knows about because they issued a

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

redesign and issued recalls for the 2019 and the turbo engine. They also issued a TSB for this problem. Car is out of warranty, but not old enough to have major engine issues.

**NHTSA ID Number:** 11654029
**Complaint Date:** April 11, 2025
**Incident Date:** March 25, 2025
**Consumer Location:** SALEM, MA
**Summary of Complaint**
Started 2018 Mazda CX-5 and the engine was extremely loud and a ticking noise was heard. Brought it to my local garage (Charlies Garage) and it was determined that the lifters needed replacement. Garage told me that Mazda issued a Service Alert on November 22, 2019 (Alert # SA-012/19) and did not notify customers of the Valve Tapping or knocking noise from cylinder head. The Garage then told me that Mazda issued a Technical Service Bulletin on April 23, 2020 (Bulletin No. 01-006/20). Again, customers were not notified of the Tapping Noise from Engine Bulletin that was issued. There were no alerts on the dashboard of the car, no warning lights, or other indicators. If Mazda had notified customers, the car would have been fixed UNDER WARRANTY. I do have a video of the noise and if you let me know how to send that, I will.

**NHTSA ID Number:** 11654488
**Complaint Date:** April 14, 2025
**Incident Date:** March 7, 2025
**Consumer Location:** OMAHA, NE
**Summary of Complaint**
The engine cylinder head cracked before the vehicle hit 50,000 miles. This caused oil to leak and burn in the engine compartment, leading to a burning smell coming into the cabin. Once enough oil had been lost, I got a low oil pressure light. I immediately pulled over and noticed white smoke was coming out from under my hood, and the smell of burning oil was quite strong. The problem has been confirmed by my mazda dealer. The vehicle has not been inspected by manufacturer, police, insurance. Just the dealer. The vehicle is currently at the dealer, and the cylinder head would need to be removed for inspection if requested. The smell of burning oil was the only early symptom, though I did not recognize it at the time.

**NHTSA ID Number:** 11656944
**Complaint Date:** April 26, 2025
**Incident Date:** April 26, 2025
**Consumer Location:** VISTA, CA
**Summary of Complaint**
2018 Mazda CX5 2.5 ltr engine. Major oil leak that has been diagnosed as cracked or porous aluminum casting on the cylinder block. Oil is dripping consistently out of the

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

problem area onto the manifold, causing smoke to flow into the cabin of the car and out of the hood as well. Car is currently at a Mazda dealership for a second diagnosis that confirmed the leak. Car is 3,000 miles out of warranty. Waiting to hear what the dealership is going to do. I also have contacted Mazda corp. and have a case# to take further action if needed. As you can see by the list of "engine" complaints for this problem, it is well documented that this is not an isolated issue.

**NHTSA ID Number:** 11659396
**Complaint Date:** May 6, 2025
**Incident Date:** May 5, 2025
**Consumer Location:** SALT LAKE CITY, UT
**Summary of Complaint**
Just got diagnosed with cracked cylinder head. After looking on social media, it appears this is a thing for the model years 2018 and 2019. Bad casting? Anyway I believe this should be a voluntary recall to correct such a flawed engine. I bought this new from a Mazda dealership and kept it up to date with service only through the dealer. The 60 month/60,000 mile drive train warranty ran out last July. However I only have 50,000 miles on the car...babied.

**NHTSA ID Number:** 11659983
**Complaint Date:** May 9, 2025
**Incident Date:** April 18, 2025
**Consumer Location:** SNELLVILLE, GA
**Summary of Complaint**
Bought used with 47k miles. Two weeks later, took it to my mechanic for an inspection, they found a massive oil leak on the back of the motor. Took it back to the dealership and they diagnosed it as a cracked cylinder head, for which there is a known TSB and warranty extension. Unfortunately, the warranty extension only covers a coolant leak from the cracked cylinder head, not an oil leak. Thankfully, the dealership took care of me but had they not, I was looking at a $7k+ repair on a car I had owned for 2 weeks. In the TSB, Mazda acknowledges that there were both design and manufacturing flaws for the affected model years. In acknowledging the issue, they should have issued a recall for affected vehicles, not a simple warranty extension

**NHTSA ID Number:** 11660011
**Complaint Date:** May 9, 2025
**Incident Date:** April 9, 2025
**Consumer Location:** Unknown
**Summary of Complaint**
One of the cylinder heads on the back portion of the motor cracked, leaking oil down into the engine compartment. I didn't realize this was an issue until I got a warning about

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

low oil. I went and got an oil change and within 2 days I had the low oil warning again. I had no other warnings that this was going on. This creates a potentially dangerous situation with people leaking oil onto roads and highways unknowingly. It was inspected by Mazda and confirmed to be the issue. There is currently a TSB from Mazda about it. But my car wasn't included in it. TSB 01-002/23

**NHTSA ID Number:** 11663159
**Complaint Date:** May 27, 2025
**Incident Date:** May 27, 2025
**Consumer Location:** SHERWOOD, AR
**Summary of Complaint**
My vehicle has 64k miles and has had regular maintenance - oil changes, etc. it has recently developed an oil leak. I took it to the dealer today & they said the cylinder head and gasket needs to be replaced. My car has not overheating or even run warm. I understand there are 2019 CX-5S that have had a casting issue with cylinder heads. I feel sure that's what the issue is here yet they want almost $6k to repair my vehicle!

**NHTSA ID Number:** 11664397
**Complaint Date:** June 2, 2025
**Incident Date:** May 9, 2024
**Consumer Location:** SUMMERVILLE, SC
**Summary of Complaint**
Issue with the engine cylinder head leaking engine oil from the side of the cylinder head, where the casting has a defect. Leaks engine oil onto the flashing for the exhaust and exhaust manifold, where it could catch fire. The problem has been confirmed and diagnosed by a licensed mechanic. However, the dealer would not take responsibility for repair or assistance in repair. There are no warnings, while driving and after stopping, the smell of burning oil comes into the car and also smoke from the engine compartment.

**NHTSA ID Number:** 11673115
**Complaint Date:** July 13, 2025
**Incident Date:** July 28, 2023
**Consumer Location:** STAMFORD, CT
**Summary of Complaint**
I am the owner of a 2019 Mazda CX-5 (non-turbo) which experienced a cylinder head leak requiring full replacement. The repair was done by Riley Mazda of Stamford on July 28, 2023, at a personal cost of $4,074.34. Mazda has acknowledged this defect in turbocharged CX-5 models from the same year and issued a reimbursement program. However, Mazda has declined reimbursement for non-turbo models, even though the failure is the same, and the repair used identical part numbers and labor hours as listed

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

in Mazda's own TSB for the turbo reimbursement. This indicates a broader issue affecting both engine variants. Mazda's refusal to extend reimbursement to non-turbo owners is unfair and leaves affected customers with no support for a known manufacturing flaw. I urge NHTSA to investigate this recurring engine defect in non-turbo 2019–2020 Mazda CX-5 models and encourage Mazda to offer equal reimbursement.

**NHTSA ID Number:** 11677045
**Complaint Date:** July 29, 2025
**Incident Date:** July 24, 2025
**Consumer Location:** FOLSOM, CA
**Summary of Complaint**
I noticed an oil leak. I had it diagnosed and its a crack in the cylinder head, right above the exhaust manifold. This is known issue for Mazda's online. There is oil spilling everywhere. The oil burns off as it is driving. Smoke fills my car.

**NHTSA ID Number:** 11680493
**Complaint Date:** August 13, 2025
**Incident Date:** August 13, 2025
**Consumer Location:** Unknown
**Summary of Complaint**
Engine Cylinder heads started to leak at 75k miles causing oil and coolant to leak and puddle. This was after a fuel pump recall.

**NHTSA ID Number:** 11683712
**Complaint Date:** August 28, 2025
**Incident Date:** August 23, 2025
**Consumer Location:** RICHMOND, CA
**Summary of Complaint**
Dealership service department found a cracked cylinder head. This issue has been reported to NHTSA by Mazda. The car is being serviced and this issue was found. I'm attaching photos and also report from dealership l.

**NHTSA ID Number:** 11683594
**Complaint Date:** August 28, 2025
**Incident Date:** August 18, 2025
**Consumer Location:** ROSEMOUNT, MN
**Summary of Complaint**
Cracked Cylinder Head.



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11685038
**Complaint Date:** September 4, 2025
**Incident Date:** June 9, 2025
**Consumer Location:** PLYMOUTH MEETING, PA
**Summary of Complaint**
I own a 2018 Mazda CX-5. I currently have 64,770 miles on the car. I have had a burning smell and smoke coming from the engine. The car was taken to the dealer (John Kennedy Mazda Conshohocken) and I was told it was fixed by replacing a gasket. The smell and smoke persisted. I took it back to the dealer and now I am told there is a leaking cylinder head. I do not feel safe driving this car especially with my kids in the car while the engine is smoking. I have had to pull over on the highway due to this. No warning lights were on until a week prior to taking it back a second time when my oil light finally came on.

**NHTSA ID Number:** 11685332
**Complaint Date:** September 5, 205
**Incident Date:** August 26, 2025
**Consumer Location:** COVENTRY, RI
**Summary of Complaint**
the cylinder head has a crack in it witch sprays oil all over the engine.it also sprays oil on to the very catalitic converter that's very hot .smoke is everywhere and iam afraid it will cause a fire

**NHTSA ID Number:** 11687533
**Complaint Date:** September 16, 2025
**Incident Date:** September 10, 2025
**Consumer Location:** NORWOOD, MA
**Summary of Complaint**
The contact owns a 2019 Mazda CX-5. The contact stated that while driving 30 MPH with a toddler occupying the rear seat, the contact noticed smoke and an abnormal burning rubber odor coming through the vents. The contact pulled into a gas station and then pulled into a nail salon parking lot. There was no warning light illuminated. The contact was able to drive to the residence, where an independent mechanic inspected the vehicle and found an oil leak, and the mechanic diagnosed that the cylinder head had cracked. The vehicle was taken to the dealer. The dealer informed the contact that the repair could not be covered under an unknown Extended Warranty because of the type of engine. The manufacturer was notified of the failure and informed the contact that the repair could not be covered under Goodwill assistance because the oil changes had not been mainly performed by the dealer. The vehicle was not repaired. The failure mileage was approximately 83,000.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11687965
**Complaint Date:** September 17, 2025
**Incident Date:** September 4, 2025
**Consumer Location:** ARLINGTON, MA
**Summary of Complaint**
Cracked/Leaking Cylinder Head on my 2019 Mazda CX5. It is understood that Mazda has extended warranty for the Turbo Model (CSP11) of this car, but not the standard engine, even though they both are displaying the same issue in many 2019 CX5s. Quoted at $6000 for a vehicle under 90K Miles. Issue needs to be escalated.

**NHTSA ID Number:** 11689793
**Complaint Date:** September 25, 2025
**Incident Date:** September 25, 2025
**Consumer Location:** GEORGETOWN, TX
**Summary of Complaint**
Cracked cylinder head leaks oil directly onto hot exhaust, causing smoke, fumes in cabin and a fire risk.

**NHTSA ID Number:** 11691028
**Complaint Date:** October 2, 2025
**Incident Date:** October 2, 2025
**Consumer Location:** OLD BETHPAGE, NY
**Summary of Complaint**
In August 2025, we brought our Mazda CX-5 (non-turbo engine) to a Mazda service center and paid nearly $3,000 for repairs, including replacement of belts and other related service. Despite this, we continued to experience a burning smell from the vehicle. Shortly thereafter, the problem escalated — the burning smell persisted and smoke began to appear. Mazda is now demanding an additional $4,500 to replace a cracked cylinder head. This defect must have been present when the car was serviced in August, and the initial repairs failed to identify or correct it. While there is an NHTSA Technical Service Bulletin for the turbo version of this engine, there are numerous complaints online about the same defect in the non-turbo model, which is what we own. This indicates that the problem is not isolated. Mazda should be held responsible for this safety issue. A cracked cylinder head that leads to burning smells and smoke is a serious hazard that could cause engine failure or even fire. Consumers should not be forced to spend thousands of dollars on repairs for what appears to be a widespread defect and when our vehicle has only $50k miles and it should last for the life of the vehicle.

**NHTSA ID Number:** 11691786
**Complaint Date:** October 7, 2025
**Incident Date:** September 29, 2025

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location:** SUTTON, MA
**Summary of Complaint**
2018 Mazda CX-5, 2.5L Naturally Aspirated Engine The vehicle has been diagnosed with a leak from the cylinder head cover, resulting in engine oil dripping directly onto the exhaust manifold. This issue causes noticeable smoke and a strong burning oil odor inside the cabin while the engine is running. This defect presents multiple serious safety concerns: 1) Health hazard due to prolonged exposure to burning oil fumes inside the vehicle. 2) Fire risk from oil contacting hot engine components. 3) Potential engine failure, which could lead to vehicle stalling or loss of control, increasing the risk of a crash and possible loss of life. Mazda issued Technical Service Bulletin TSB #SA-031-21, which introduced a redesigned cylinder head for 2018–2019 CX-5 models. The release of this TSB indicates Mazda's awareness of the underlying design flaw. There is substantial evidence, including numerous owner reports, that this is a widespread issue affecting these model years. The defect is not related to vehicle mileage or user negligence. Mazda should be held fully accountable and take corrective action by issuing a formal safety recall or offering an extended warranty to affected owners. Immediate attention to this matter is necessary to protect consumer safety and prevent future incidents.

**NHTSA ID Number:** 11693919
**Complaint Date:** October 16, 2025
**Incident Date:** September 5, 2025
**Consumer Location:** KANSAS CITY, MO
**Summary of Complaint**
Confirmed cracked cylinder by dealership, led to dumping of oil while vehicle was in motion on the highway. Vehicle/engine could have caught fire at any moment. There were no engine warnings that appeared on the dash. This is consistent with other CX-5 complaints on NHTSA. Vehicle had 55,000 miles on it at time of incident, and needed $8,000 worth of repair. Please recall!!

**NHTSA ID Number:** 11694210
**Complaint Date:** October 17, 2025
**Incident Date:** October 11, 2025
**Consumer Location:** ONTARIO, OH
**Summary of Complaint**
Cracked cylinder head causing oil leak and possible coolant leak. This is a known issue with this year and model. Mazda is trying to suggest the issue is only for the turbo engine, but the non-turbo engine is also defective, per countless reports online. I have a video from the service technician from the mazda dealership, but it is too big to upload.

**NHTSA ID Number:** 11694487

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date:** October 20, 2025
**Incident Date:** October 11, 2025
**Consumer Location:** NANUET, NY
**Summary of Complaint**
The contact owns a 2018 Mazda CX-5. The contact stated that while driving at 45 MPH, there was smoke coming from the engine, and the contact smelled an oil-burning odor. No warning lights were illuminated. A dealer was contacted. The vehicle was towed to the dealer where it was diagnosed and determined that the cylinder head was damaged, causing oil to leak into the cylinders, and that the engine needed to be replaced. The manufacturer was notified of the failure, and promised to open a case and give the contact a callback within 24 to 48 hours. The approximate failure mileage was 59,000.

**NHTSA ID Number:** 11697198
**Complaint Date:** November 3, 2025
**Incident Date:** October 20, 2025
**Consumer Location:** WILSON, NC
**Summary of Complaint**
2018 Mazda CX-5, 2.5L NA Has been diagnosed with leak in the cylinder head cover, which has resulted in engine oil leaking directly onto the exhaust manifold. This leak produces significant smoke and a strong burning oil smell while the vehicle is running. There are numerous reports on Mazda owner forums describing the same issue occurring in Mazda CX-5 models. Some owners even reported instances of minor fires or active burning under the hood due to oil contacting hot components. Mazda released Technical Service Bulletin TSB #SA-031-21, which includes a redesigned cylinder head for the 2018–2019 CX-5 models. This bulletin demonstrates Mazda's awareness of the design flaw. The TSB only covers turbo 2.5L engines and not normally aspirated engines. There is substantial evidence that this is a widespread defect in these model years, unrelated to owner misuse or vehicle mileage. Mazda should take full responsibility by issuing a formal recall or providing an extended warranty to address the problem and prevent safety risks.

**NHTSA ID Number:** 11701184
**Complaint Date:** November 24, 2025
**Incident Date:** October 12, 2025
**Consumer Location:** SEWICKLEY, PA
**Summary of Complaint**
What component or system failed: The cylinder head failed due to cracking around the exhaust manifold, resulting in exhaust and coolant leakage. My independent mechanic and the Mazda dealer both confirmed this was the source of the burning smell and engine risk. The failed parts are currently in the possession of the Mazda dealership and available for inspection upon request. Safety risk: The failure created a strong burning

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

rubber smell inside and outside the vehicle while driving. My mechanic advised this type of leak could lead to engine overheating, sudden power loss, or potential fire risk if not caught early. I frequently transport children in the vehicle, and the unexpected engine damage posed a significant safety concern. Has the problem been reproduced or confirmed: Yes. The issue was first diagnosed by an independent, certified mechanic and then confirmed by the Mazda dealership, who determined the cylinder head had to be replaced due to premature cracking and leakage. Has the vehicle/component been inspected: Yes. The vehicle has been fully inspected by an independent mechanic and the Mazda dealership service department. The dealership stated the failed cylinder head will be sent to Mazda for engineering review. Were there any warning lamps or symptoms before failure: There were no warning lights or error messages prior to the failure - which is alarming. The only initial symptom was a strong burning rubber smell that began shortly before the diagnosis. No overheating warnings appeared on the dash before the problem was confirmed. Additional context: The vehicle has 40,000 miles, has been fully maintained according to schedule, and is garage-kept. The Mazda service department acknowledged this failure is unusual and premature. Mazda has issued prior Technical Service Bulletins and warranty extensions for similar cylinder head/manifold cracking issues on the 2.5L turbo engine, but no program exists for the non-turbo engine, despite identical symptoms.

**NHTSA ID Number:** 11702658
**Complaint Date:** December 3, 2025
**Incident Date:** November 5, 2025
**Consumer Location:** HAMBURG, NY
**Summary of Complaint**
Question 1 - What component or system failed or malfunctioned, and is it available for inspection upon request? Answer 1 - The Engine Cylinder Head. The cylinder head developed a crack, causing a significant oil leak. The car is currently at the dealership but is available for inspection upon request. Question 2 - How was your safety or the safety of others put at risk? Answer 2 - The defective cylinder head is leaking engine oil directly onto hot exhaust components. This creates an immediate risk of engine fire and causes smoke to enter the vehicle cabin, impairing visibility and driver health. Additionally, the loss of engine fluids creates a risk of sudden engine failure or stalling at highway speeds. Question 3 - Has the problem been reproduced or confirmed by a dealer or independent service center Answer 3 - Yes. The vehicle was diagnosed by an authorized Mazda dealership. They confirmed the cylinder head is cracked and requires replacement. The dealership acknowledged the failure and offered a partial repair discount, confirming their diagnosis of the defect. Question 4 - Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? Answer 4 - Yes. The vehicle has been inspected by an authorized Mazda dealership technician acting as a representative for the manufacturer. I have also

escalated the issue to Mazda Corporate (case number can be provided upon request), who reviewed the dealership's findings but refused to cover the full repair cost. Question 5 - Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? Answer 5 - I noticed an oil leak on my driveway. I noticed it and brought it in to be looked at the first week of November 2025.

**NHTSA ID Number:** 11703943
**Complaint Date:** December 9, 2025
**Incident Date:** December 1, 2025
**Consumer Location:** JACKSONVILLE, FL
**Summary of Complaint**
While driving a short distance, my engine overheated and there was a strong burning smell. The cylinder head was cracked, causing a significant oil leak. The car is currently at the dealership but is available for inspection upon request. The defective cylinder head is leaking engine oil directly onto hot exhaust components. This creates an immediate risk of engine fire and causes smoke to enter the vehicle cabin, impairing visibility and driver health. The vehicle was diagnosed by an authorized Mazda dealership. They confirmed the cylinder head is cracked and requires replacement. My mechanic advised this type of leak could lead to engine overheating, sudden power loss, or potential fire risk and should not be driven. Mazda has issued prior Technical Service Bulletins and warranty extensions for similar cylinder head/manifold cracking issues on the 2.5L turbo engine, but no program exists for the non-turbo engine, despite identical problems. Mazda should be held responsible for this safety issue. Mazda is aware of this manufacturing defect but has not recalled these engines to be repaired or replaced if they are outside of their warranty period, placing costly repairs and potentially life-threatening situations on their customers. The repair is replacement of the cylinder head/sleeve or replacement of the engine block, which has since been modified by Mazda to resolve this issue. Mazda’s refusal to extend reimbursement to non-turbo owners is unfair and leaves affected customers with no support for a known manufacturing flaw. I urge NHTSA to investigate this recurring engine defect in non-turbo 2019–2020 Mazda CX-5 models and encourage Mazda to offer equal reimbursement

**NHTSA ID Number:** 11704576
**Complaint Date:** December 11, 2025
**Incident Date:** December 5, 2025
**Consumer Location:** SAN MARCOS, CA
**Summary of Complaint**
The 2019 CX-5 AWD with the 2.5L NA engine (with Cylinder Deactivation) has an engine oil leak coming from the cylinder head area. The Mazda dealer confirmed the leak source and found burnt oil on the exhaust. The component is available for

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

inspection. The leak location and symptoms are consistent with the known porous/cracked cylinder-head defect documented in this engine family. Full confirmation requires teardown. In early Dec 2025, a burning oil smell began, then thick white smoke came from under the hood while driving and after stopping. This created an immediate fire risk, and rapid oil loss could cause sudden engine failure or stall in traffic. The issue was inspected and confirmed by an independent mechanic, who noted the leak could only be traced after removing the exhaust manifold. The Mazda dealership then inspected it and confirmed the leak source at the cylinder-head area and the burnt oil residue. The problem has been reproduced and confirmed by both the independent mechanic and the Mazda dealer. No warning lights or messages appeared prior to the smoke. Mazda has an extended warranty program for the same cylinder-head defect on the Turbo engine, but no equivalent coverage exists for the NA engine, despite the identical safety risks.

**NHTSA ID Number:** 11705314
**Complaint Date:** December 16, 2025
**Incident Date:** November 14, 2025
**Consumer Location:** RYE BROOK, NY
**Summary of Complaint**
Mazda has inspected the car and determined that there is a crack in the cylinder head. This is apparently a known defect in 2018-2021 Mazdas with 2.5L engines, including, without limitation, the 2018 Mazda CX-5. The cracked cylinder head has caused leaking coolant, which can drain into the engine and create serious safety issues. Mazda is aware of the issue, however, they are claiming that it is not covered by warranty.

**NHTSA ID Number:** 11705720
**Complaint Date:** December 17, 2025
**Incident Date:** December 10, 2025
**Consumer Location:** PALATINE, IL
**Summary of Complaint**
On 12/10/25, my 2019 CX5 NA had major oil leak after smelling a burning smell for a few days. Took it into local mechanic and he couldn’t find the leak, did an engine wash and additional testing before identifying a crack in the cylinder head; the leak was coming from the exhaust manifold. There was oil all over the engine and the underbelly of the vehicle; according to the mechanic, I was lucky the car didn’t start on fire with the amount of oil. I was informed that this is a common problem with the turbos and the NAs but the extended warranty only included the turbo engines. Contacted Mazda customer experience and set up an appointment. Vehicle went to the Mazda dealership on 12/15 and it was confirmed that there was a crack in the cylinder head and received an estimate of $11,000 needed for repairs. $7000 of that was for a new cylinder head. This was after an independent mechanic inspected my vehicle and stated everything

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

looked good besides the main issue and needing new rear breaks in the next few months. 12/15-contacted Mazda customer experience and and case file was opened. 12/16-contacted customer experience back due to not receiving a call and received the name and extension of the assigned case manager. 12/17- still had not received a call back and left voicemail for case manager. Requested a call back to myself and the dealership; received a call back a few hours later and I was never asked what happened but was informed that Mazda corporate could not help me due to the warranty being expired. I am now required to pay over $250 to the dealership for an inspection of the vehicle I never requested. There were initially no warning signs but then the low oil light came on after 3 days of smelling something burning.

**NHTSA ID Number:** 11706157
**Complaint Date:** December 19, 2025
**Incident Date:** August 23, 2023
**Consumer Location:** EDISON, NJ
**Summary of Complaint**
1. What component failed, and is it available for inspection? Component: The Engine Cylinder Head. The Failure: The cylinder head failed due to a structural crack caused by overtightened bolts (manufacturing defect), resulting in an engine oil leak. Confirmation: The defect is confirmed and resolved. Wayne Mazda (NJ) acknowledged the failure and replaced the cylinder head under the CPO Warranty last month. The issue has not returned since the replacement, proving this was indeed a hardware defect. 2. How was your safety put at risk? Fire Hazard: Before the repair, for a duration of one year, the vehicle leaked engine oil onto the hot exhaust manifold, creating a persistent fire risk. Toxic Exposure: My family and I were forced to inhale burning oil fumes inside the cabin for months due to the dealer's delayed diagnosis. This posed a significant health hazard. 3. Has the problem been reproduced or confirmed? Yes. The defect was initially identified by independent service centers (when the dealer failed to find it) and was ultimately verified and repaired by Wayne Mazda. The fact that the dealer performed the repair under warranty is an admission of the manufacturing defect. 4. Financial Damages & Request for Reimbursement: Since Mazda has admitted liability by fixing the vehicle, I request reimbursement for the losses incurred due to the delay in diagnosis: $2,000+ in Independent Repairs: Because Wayne Mazda initially failed to diagnose this warrantable defect, I was forced to pay independent shops to diagnose and attempt to fix the oil leak to keep the vehicle safe. These costs were a direct result of the dealer's inability to identify the manufacturing defect. $159.29 in Uber Fees: Mazda failed to provide a loaner vehicle during the major powertrain repair, forcing me to pay for my own transportation. Conclusion: I am filing this report to: Document this safety defect (Overtightened Cylinder Head Bolt / Oil Leak) for NHTSA records, as it poses a fire

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11707998
**Complaint Date:** December 31, 2025
**Incident Date:** December 31, 2025
**Consumer Location:** ELKHORN, NE
**Summary of Complaint**
Cracked cylinder head due to defect in the casting process. Oil leaking thru the crack landing on the exhaust manifold causing an odor and possibly toxic fumes in the cabin of the vehicle.

**NHTSA ID Number:** 11709228
**Complaint Date:** January 6, 2026
**Incident Date:** January 6, 2026
**Consumer Location:** LIVINGSTON, TX
**Summary of Complaint**
I am being told there is a crack in the cylinder head that is a known issue for these vehicles. I have done some research online and it says that they installed defective cylinders in vehicles that were made between the years 2018-2020 leaving vehicle owners to pay thousands of dollars out of pocket due to a manufacturing defect. My car was smoking and smelling like something burnt even inside the car causing the driver to inhale those fumes, I took it to the shop and it turns out that the cylinder head is cracked and leaking the oil.

**NHTSA ID Number:** 11709431
**Complaint Date:** January 7, 2026
**Incident Date:** December 23, 2025
**Consumer Location:** NORTH CHARLESTON, SC
**Summary of Complaint**
I recently discovered a significant oil leak near the exhaust manifold of my 2018 Mazda 6 (2.5L NA), which has resulted in visible smoke and a burning oil odor. Upon taking the vehicle to the nearest Mazda dealership for a diagnosis, the service department informed me that the vehicle has suffered a cracked cylinder head. An active oil drip is visible behind the engine near the exhaust manifold immediately upon starting the car; consequently, the engine is leaking oil directly onto the exhaust components. This condition not only renders the vehicle inoperable but also presents a significant safety and fire hazard. At the time of this writing, my vehicle has only 46,996 miles and has been meticulously maintained. This mileage is well under the 60,000-mile powertrain threshold and represents a premature failure of a major internal engine component. There are numerous reports on Mazda owner forums describing this identical issue occurring in Mazda 6, CX-5, and CX-9 models. Some owners have even reported instances of minor fires or active burning under the hood due to oil contacting hot engine components. Mazda released Technical Service Bulletin TSB #MC-10241612-0001

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

(SA-037-23), which includes a redesigned cylinder head for 2018–2020 Mazda 6, 2019 CX-5, and 2016–2020 CX-9 models, demonstrating Mazda's awareness of this design flaw. While the TSB currently only specifies the 2.5L Turbo engines and not the naturally aspirated variants, there is substantial evidence that this is a widespread defect across these model years, unrelated to owner misuse or vehicle mileage. Mazda should take full responsibility by issuing a formal recall or providing an extended warranty to cover naturally aspirated engines, thereby addressing this problem and preventing further safety risks.

**NHTSA ID Number:** 11709993
**Complaint Date:** January 9, 2026
**Incident Date:** December 30, 2025
**Consumer Location:** SIERRA MADRE, CA
**Summary of Complaint**
The vehicle has suffered a crack of the Cylinder Head Assembly which leads to engine oil leaking onto hot exhaust and fire hazard. This defect is officially documented by the manufacturer in Service Alert SA-031/21, which identifies a trend of aluminum heads cracking and leaking pressurized oil directly onto the hot exhaust manifold. Although Mazda has issued a 10-year/120,000-mile warranty extension (Program CSP11) for the exact same casting failure in its Turbo-equipped models, it has refused to provide similar "Goodwill" relief for my vehicle, despite it suffering from the identical engineering flaw. Mazda's refusal to cover a verified latent manufacturing defect that poses a significant fire hazard is arbitrary and unfair. I am requesting that Mazda North American Operations provide full reimbursement for the $6,788.51 repair

**NHTSA ID Number:** 11716158
**Complaint Date:** February 6, 2026
**Incident Date:** February 3, 2026
**Consumer Location:** VICTORIA, TX
**Summary of Complaint**
Turned car on when leaving for work. Smelled a strong burning smell. Fluid all under car on the driveway. Took the vehicle to repair shop and they stated that it was the cylinder head and that there was a possible recall or warranty extension for this particular issue. I called Mazda and they said it was an issue but for the 2019 model and not the 2018. After doing some research I have read where this issue seems to be happening for the 2018 as well and they are not taking responsibility for it.

**NHTSA ID Number:** 11718171
**Complaint Date:** February 15, 2026
**Incident Date:** February 14, 2026

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location:** BUFFALO, NY
**Summary of Complaint**
The vehicle's cylinder head has developed a structural crack at on the casting, a known manufacturing defect identified by the manufacturer in Service Advisory SA-037/23. This failure is causing pressurized engine oil to leak directly onto the hot exhaust manifold while the vehicle is in operation. The leaking oil is pooling on high-temperature exhaust components, creating a significant risk of fire while driving. The leak generates heavy smoke and noxious burning oil fumes that are entering the passenger cabin through the HVAC system, causing respiratory issues

**NHTSA ID Number:** 11718626
**Complaint Date:** February 17, 2026
**Incident Date:** February 15, 2026
**Consumer Location:** WORTHINGTON, OH
**Summary of Complaint**
Started smelling burning oil in 2020 Mazda CX-5 non turbo with 34,000 miles. Auto shop states it is a cracked cylinder that will cost over $7,000 to repair. A Google search shows it is a known issue but Mazda has not extended the warranty for non-turbo models.

**NHTSA ID Number:** 11718745
**Complaint Date:** February 18, 2026
**Incident Date:** July 15, 2025
**Consumer Location:** MAPLETON, IL
**Vehicle Identification Number:** JM3KFBDM5J1******
**Summary of Complaint**
Noticed the smell of burning oil and smoke from the engine while driving on the interstate with my husband and young children in the vehicle. Pulled over at a gas station to inspect and discovered large amounts of oil leaking. While at the gas station the low oil indicator came on. There were no warning or check engine lights prior to the incident. The dealership diagnosed cracked cylinder head. This was an extensive and costly repair. I have now learned that Mazda is aware of how common this issue is with this year/make/model. This should be a covered repair or recalled part.

**NHTSA ID Number:** 11719756
**Complaint Date:** February 22, 2026
**Incident Date:** February 13, 2026
**Consumer Location:** EXTON, PA
**Summary of Complaint**
Per Mazda inspection, the back side of cylinder head #3 has an oil leak which is leaking onto the exhaust manifold. This creates a direct fire hazard as Mazda said they highly

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

recommend not driving it for that reason. The Mazda dealership inspected and confirmed the issue, it in February 2026, with only 74,000 miles on the vehicle.

**NHTSA ID Number:** 11720489
**Complaint Date:** February 25, 2026
**Incident Date:** February 14, 2026
**Consumer Location:** RAPID CITY, SD
**Summary of Complaint**
The engine cylinder head cracked and is leaking engine oil. This component is available for inspection at Liberty Mazda or by an independent certified mechanic upon request. The cracked cylinder head caused significant engine oil leakage, which created the following safety risks: Sudden loss of engine power or stalling while driving Smoke emission from the engine bay Potential fire hazard if leaking oil contacted hot engine components These conditions placed both the driver, passengers, and others on the road at risk. The cracked cylinder head and associated oil leak were diagnosed and confirmed by Liberty Mazda, the authorized dealership that performed prior repairs on this vehicle. The dealership documented the issue and provided a repair estimate of approximately $5,400. No independent service center has inspected the vehicle at this time. The vehicle and cylinder head have only been inspected by Liberty Mazda. Mazda Corporate has not physically inspected the vehicle, but all service records and documentation of prior repairs have been submitted to them during the warranty dispute process. There has been no inspection by police, insurance representatives, or other third parties May 2025: The vehicle intermittently struggled to accelerate. At that time, no dashboard warning lamps illuminated, and the dealership initially reported no issues. June 2025: Following the timing cover repair, the vehicle experienced engine oil leakage due to incorrect sealant installation, which was documented. February 10, 2026: The dealership repaired the oil pan seal and replaced the sealant, refilling engine oil. February 14–15, 2026: Approximately four to five days after the February 10 service, the cylinder head cracked, causing a significant oil leak. All symptoms and related service events are documented in Liberty Mazda's service records.

**NHTSA ID Number:** 11722301
**Complaint Date:** March 5, 2026
**Incident Date:** March 5, 2026
**Consumer Location:** BELLINGHAM, MA
**Summary of Complaint**
My 2019 Mazda CX-5 started to smoke from the engine and I could smell oil burning. My car was due for an oil change so I brough it to a mechanic. After a diagnostic, they determined that there was a major oil leak and that the cylinder head was cracked and suggested I take it to the dealership. I did and they confirmed that there was a cracked cylinder head causing the massive oil leak. The technician even said in a video sent to




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

me that the oil is leaking "in the same place as the others". I was then quoted $5,960.75 to make this repair. I did research and found that this is a manufacturing defect that is long known to Mazda. There is a TSB and a CPS that extends the warranty for this issue but only for turbo engines, not my non-turbo engine. My car is 2 years past the warranty but I only have 32K miles on it. I asked if Mazda could cover all or some of the cost since it is a defect, not caused by anything I did or didn't do. I was then told that because I didn't take my car there regularly for service, that they wouldn't cover it. I regularly took my car in for oil changes and other maintenance to a local shop as the nearest dealership was almost 30 miles away so it was very inconvenient. It's outrageous that Mazda won't issue a recall or extend the warranty for the same issue in the non-turbo engines. Asking me to pay $6K for a defect they caused is unconscionable.

**NHTSA ID Number:** 11722300
**Complaint Date:** March 5, 2026
**Incident Date:** January 1, 2026
**Consumer Location:** MOUNT WOLF, PA
**Summary of Complaint**
My VIN indicates the 2.5L non-turbo SKYACTIV engine. Many 2019 CX-5 Touring models with this engine used cylinder deactivation, which is the version that has had some cylinder head cracking complaints. The engine type has documented failures my mileage (96k) is not extremely high for an engine The repair cost is very high ($5,500+) Mazda is refusing to help me out of goodwill assistance and ive only had the car for a year. They know this is a problem and fixed it for the turbos but not the non turbos! This is ridiculous, i expected a car to last more than 96k miles this can cause a fire or a stall and can cause a crash

**NHTSA ID Number:** 11722147
**Complaint Date:** March 5, 2026
**Incident Date:** February 20, 2026
**Consumer Location:** MARIETTA, GA
**Summary of Complaint**
I am reporting a premature engine failure on my 2019 Mazda CX-5 with approximately 55,000 miles. The vehicle developed a significant engine oil leak that was diagnosed by a repair facility as a casting failure in the cylinder head behind the timing cover. Due to the location of the leak and the nature of the defect, the entire cylinder head assembly had to be replaced. The total repair cost was $5,262.32, which I paid out of pocket. The repair documentation indicates that Mazda has issued a Technical Service Bulletin addressing this condition, but there is currently no recall or warranty extension covering the issue for my vehicle. A cylinder head casting failure at such low mileage appears premature and not consistent with normal wear and tear on a properly maintained engine. An engine oil leak of this nature could potentially create safety risks, including

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

oil contamination of engine components or the possibility of oil leaking onto hot engine parts. Because this issue appears to be documented by Mazda through technical service guidance and has resulted in a costly major engine repair at relatively low mileage, I believe it should be investigated to determine whether a broader manufacturing defect exists that could affect other vehicles. I am submitting this complaint so that the issue is documented and can be evaluated for potential safety concerns or a future recall if similar failures are occurring in other vehicles.

**NHTSA ID Number:** 11722628
**Complaint Date:** March 6, 2026
**Incident Date:** March 5, 2026
**Consumer Location:** HARLEYSVILLE, PA
**Summary of Complaint**
Cracked cylinder head confirmed by Mazda Dealership. No warning lights or indicators. We noticed white smoke and a burnt plastic smell after a drive one night. Dealership confirmed oil was leaking onto the exhaust, a potential fire hazard.

**NHTSA ID Number:** 11722666
**Complaint Date:** March 7, 2026
**Incident Date:** March 7, 2026
**Consumer Location:** LAWRENCEBURG, KY
**Summary of Complaint**
Vehicle developed burning oil smell. Dealership diagnosed a cracked cylinder head. No warning lights (yet. Eventually low oil pressure light would come on.) Potential for engine to lock up and lose power while driving putting occupants and others at risk. Know problem for 2018-2021 model years. Car no longer under warranty. Cost to repair $7,100. Technical Service Bulletin SA-031-21 issued regarding this problem.

**NHTSA ID Number:** 11722750
**Complaint Date:** March 7, 2026
**Incident Date:** March 7, 2026
**Consumer Location:** REDMOND, WA
**Summary of Complaint**
2018 Mazda CX-5, 58,182 miles. Report date is 3/7/2026, low mileage for it's age. Vehicle has been exclusively purchased and serviced at the same authorized Mazda dealership for the lifetime of the vehicle, with all maintenance records on file. I began experiencing a strong burning oil smell inside the passenger cabin while driving. The fumes were noticeable to both the driver and passengers, creating a potential carbon monoxide/combustion fume exposure hazard that posed a safety risk to all occupants. Upon bringing the vehicle to the dealership, the technician diagnosed a cracked cylinder head requiring full replacement. This is a significant structural engine defect. Despite

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the vehicle being dealer-serviced its entire life, the repair cost was initially placed entirely on the owner. Mazda eventually provided partial financial consideration, though the root cause of why a cylinder head cracked on a well-maintained 58,182-mile vehicle was never adequately explained. I am filing this complaint because fumes entering the passenger cabin represent a serious safety defect, and I believe this issue may affect other 2018 CX-5 owners.

3. Complaints on Heavily Trafficked Internet Forums for Car Owners Should Have Given Mazda Knowledge of the Engine Coolant Defect

97. Consumer complaints regarding the Engine Coolant Defect are present on numerous websites devoted to automotive reviews, automobile repairs, car complaints, and the Class Vehicles specifically. Over the last several years, hundreds of comments have been published on these sites in response to posts related to cylinder head cracking in the Covered Turbo Vehicles and in the Class Vehicles.

98. On a forum entitled "Mazdas 24/7," over 850 comments accumulated, many of them citing similar instances, under a thread opened to specifically discuss "2.5T Coolant Leak/Engine Replacement" in a sub-forum specific to the CX-9 in May 2021. The original poster, arock712, posted "There are a few threads regarding the 2.5 turbo coolant leak problem and ultimately having to replace the engine. What I'd like to know is there anything that can be inspected and possibly fixed with this issue before it gets to the point of actually needing a new engine?"[9] Numerous posters commented on the severity of the Defect, including "Mazdiod2" who correctly observed that "If it's leaking coolant into the oil I think that's pretty bad for the lubricating properties of the oil."[10]

99. Yet another post on "Mazda Forum" relates to the Defect. User Killswitch posted in September 2022 that the engine in his 2017 CX-9 was overheating and

[9] https://mazdas247.com/forum/t/2-5t-coolant-leak-engine-replacement.123875515/ (last visited March 30, 2026).

[10] https://mazdas247.com/forum/t/2-5t-coolant-leak-engine-replacement.123875515/page-2 (last visited March 30, 2026).



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

diagnosed as needing an engine replacement because it was leaking coolant, and the poster was two months outside the Powertrain Limited Warranty.[11] Later in the thread, the user posted pictures showing the coolant leaking throughout his engine:



100. One user on the Mazda Forum astutely observed that "I'm not sure what else we can do besides keep this forum going until we find something and we can all band together. I'm sure it's a numbers thing with Mazda. The more people report this issue then they will have to do something about it."[12]

[11] https://www.mazdaforum.com/forum/mazda-cx-9-50/coolant-leak-engine-replacement-50386/ (last visited March 30, 2026).

[12] *Id.*

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

4. Mazda's Internal Testing Should Have Identified the Engine Coolant Defect

101. Mazda is an experienced manufacturer of consumer vehicles. As experienced manufacturers, Defendants conduct tests, including pre-sale durability testing, to verify that the vehicles it sells are free from defects and align with Mazda's specifications and intended use of the Class, including routine highway travel.

102. Mazda touts the "extreme measures" that it puts its vehicles through during testing. These tests include wind tunnel testing, climate testing, safety testing, electromagnetic wave testing, and noise vibration and harshness testing.[13]

103. Particularly relevant here, Mazda's climate testing includes testing its vehicles at 130°F over a period of 30 days to test for "performance and emissions in the most extreme conditions."[14] The vehicles are also driven up to speeds of 124 mph and left under heat lamps to examine their response to heat. Mazda's climate testing should have alerted it to the Engine Coolant Defect, which causes the Class Vehicles to lose engine coolant, overheat, and experience catastrophic engine failure.

104. Mazda also touts its "proactive safety" practices, which include providing "excellent visibility to the perfect driving position to the car's dynamic performance on the road, getting these basics right is essential to give you confidence and enjoyment behind the wheel."[15] The Engine Coolant Defect, however, adversely impacts the performance of the Class Vehicles on the road, and leads to the safety issues described herein.

105. Thus, through a variety of quality control metrics, Mazda knew or should have known of the Engine Coolant Defect in the Class Vehicles prior to and shortly after the time of sale to Class members.

---

[13] https://news.mazdausa.com/news-releases?item=123167 (last visited March 30, 2026).

[14] *Id.*

[15] https://www.mazda.com/en/innovation/safety/ (last visited March 30, 2026).

106. If Mazda did not discover the Engine Coolant Defect, its research and testing were insufficient to support Mazda's advertising, promoting, marketing, warranting, and selling of the Class Vehicles as suitable and safe for operation and use in the intended and reasonably foreseeable manner.

### D. Mazda's Response to Consumers Presenting the Engine Coolant Defect at Mazda Dealerships

107. The Mazda Class Vehicles come with a 5-year/60,000-mile Powertrain Limited Warranty.[16]

108. The Powertrain Warranty covers the engine, transmission and transaxle, and front/rear drive system.[17] The Powertrain Warranty also specifically covers the "Cylinder Block, Cylinder Head, and All Internal Lubricated Parts (Piston engines)."[18] Accordingly, the Powertrain Warranty is the applicable warranty related to the Engine Coolant Defect.

109. Mazda instructs vehicle owners and lessees to bring their vehicles to a Mazda dealership for warranty repairs. Many owners and lessees have presented Class Vehicles to Mazda dealerships with complaints about the Engine Coolant Defect.

110. Despite Mazda's knowledge of the problem—and presumed knowledge of how to appropriately remediate and prevent the Engine Coolant Defect from recurring—Mazda has not fixed the defect in vehicles under warranty. Instead, customers report two different actions at Mazda dealerships:

a. advising customers that the Engine Coolant Defect is not covered under warranty and requiring customers to pay out of pocket for some or all of the repair;

b. advising customers that a replacement engine, necessitated by the Engine Coolant Defect, is only partially covered under warranty and thereby requiring customers to pay out of pocket for some or all of the repair;

---

[16] https://www.mazdausa.com/owners/warranty (last visited March 30, 2026).

[17] *Id.*; https://www.mazdausa.com/siteassets/global-resources/vehicle-resources/owner-manuals/2025/2025-warranty-information.pdf (last visited March 30, 2026).

[18] *Id.*



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

111. These customer experiences reflect service actions that are contrary, moreover, to the recommendations set forth in the Mazda Class Vehicle Owner's Manuals. For example, the Scheduled Maintenance for the 2019 Mazda CX-5 contains Schedule 1 and Schedule 2 tables for vehicle maintenance. At no point, within either maintenance schedule, does Mazda suggest that replacement of the vehicle's cylinder head or engine would be required as a result of the Engine Coolant Defect.

### E. Defendants' Efforts to Conceal the Defect from Consumers and Deflect Responsibility for Engine Problems onto Consumers

112. As alleged above, Defendants have failed to disclose the Class Vehicles' excessive Engine Coolant problem to consumers before or at point-of-sale. Mazda has also refused to acknowledge the Defect to vehicle owners. Plaintiffs further allege that Mazda has affirmatively taken steps to conceal the defect.

## CLASS ALLEGATIONS

113. Despite Defendants' knowledge of the Engine Coolant Defect, Mazda has failed to notify customers of the nature and extent of the problems with Class Vehicles or provide any adequate remedy. Mazda has continued to sell Class Vehicles with the Engine Coolant Defect through its authorized dealers throughout the United States. Thus, owners of the Class Vehicles face more significant maintenance efforts, higher maintenance and repair costs, and safety risks associated with this defect. Plaintiffs allege that they, and persons similarly situated, would not have purchased the Class Vehicles, or would have paid less for them, had they known about the Engine Coolant Defect.

114. Plaintiffs bring this action pursuant to Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure, on behalf of themselves and the following proposed classes:

**Nationwide Class:**
All persons in the United States who are current or former owners and/or lessees of a Class Vehicle.

**Washington Sub-Class:**
All persons or entities in Washington who are current or former owners and/or lessees of a Class Vehicle.

**California Sub-Class:**
All persons or entities who are: (1) current or former owners and/or lessees of a Class Vehicle; and (2) reside in California or purchased a Class Vehicle for primarily personal, family or household purposes, as defined by California Civil Code § 1791(a), in California

115. Excluded from the Class and State Sub-Classes ("Classes") are: Mazda, its employees, officers, directors, legal representatives, heirs, successors, wholly- or partly-owned, and its subsidiaries and affiliates; Mazda dealers; proposed Class Counsel and their employees; the judicial officers and associated court staff assigned to this case and their immediate family members; all persons who make a timely election to be excluded from the Classes; governmental entities; and the judge to whom this case is assigned and his/her immediate family.

116. This action has been brought and may be properly maintained on behalf of the Classes proposed herein under Federal Rule of Civil Procedure 23.

117. Numerosity. Federal Rule of Civil Procedure 23(a)(1): the members of the Classes are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. Class Vehicles may be identified during the pendency of this action and all owners and lessors notified by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice. The Class members may be easily derived from Mazda's sales records.

118. Commonality and Predominance. Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3): this action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

a. Whether Defendants engaged in the conduct alleged herein;

b. Whether Defendants designed, advertised, marketed, distributed, leased, sold, or otherwise placed the Class Vehicles into the stream of commerce in the United States;




NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

c. Whether the Engine Coolant Defect constitutes a safety defect;

d. Whether Defendants knew about, and failed to disclose, the Engine Coolant Defect at the time Plaintiffs and the Class members purchased their Class Vehicles;

e. Whether Defendants manufactured, marketed, and distributed the Class Vehicles knowing that the Engine Coolant Defect could and would occur;

f. Whether Defendants' conduct violates consumer protection statutes, false advertising laws, sales contracts, warranty laws, and other laws as asserted herein;

g. Whether Defendants owed a duty to warn Plaintiffs and Class Members about the Engine Coolant Defect;

h. Whether Defendants and the other Class members overpaid for their Class Vehicles;

i. Whether Defendants breached the warranty by failing to properly inspect and repair the Engine Coolant Defect;

j. Whether Plaintiffs and the other Class members are entitled to equitable relief, including, but not limited to, restitution or injunctive relief; and

k. Whether Plaintiffs and the other Class members are entitled to damages and other monetary relief and, if so, in what amount.

119. Typicality. Federal Rule of Civil Procedure 23(a)(3): Plaintiffs' claims are typical of the other Class members' claims because, among other things, all Class members were comparably injured through Mazda's wrongful conduct as described above.

120. Adequacy. Federal Rule of Civil Procedure 23(a)(4): Plaintiffs are adequate Class representatives because their interests do not conflict with the interests of the other members of the Classes they seek to represent; Plaintiffs have retained counsel competent and experienced in complex class action litigation; and Plaintiffs intend to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiffs and their counsel.

121. Declaratory and Injunctive Relief. Federal Rule of Civil Procedure 23(b)(2): Mazda has acted or refused to act on grounds generally applicable to Plaintiffs

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

and the other members of the Classes, thereby making appropriate final injunctive relief and declaratory relief with respect to the Classes as a whole.

122. Superiority. Federal Rule of Civil Procedure 23(b)(3): a class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiffs and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Mazda, so it would be impracticable for the members of the Classes to individually seek redress for Mazda's wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## CAUSES OF ACTION

## COUNT 1

## VIOLATIONS OF MAGNUSON-MOSS WARRANTY ACT 15 U.S.C. §§ 2301, *ET SEQ.* (ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)

123. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

124. The Magnuson-Moss Warranty Act ("MMWA") provides a private right of action by purchasers of consumer products against retailers who, *inter alia*, fail to comply with the terms of a written or implied warranty. 15 U.S.C. § 2310(d)(1). As alleged herein, Mazda has failed to comply with its express warranties and implied warranty of merchantability with regard to the Class Vehicles.

125. The Class Vehicles are "consumer product[s]", as that term is defined in 15 U.S.C. § 2301(1).

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

126. Plaintiffs and each member of the Classes defined above are "consumer[s]", as that term is defined in 15 U.S.C. § 2301(3).

127. Mazda is a "supplier" and "warrantor," as those terms are defined in 15 U.S.C. § 2301(4)-(5).

128. The MMWA provides a cause of action for breach of a written or implied warranty or other violations of the Act. 15 U.S.C. § 2310(d)(1).

129. Defendants' warranties are "written warranties" within the meaning of 15 U.S.C. § 2301(6).

130. Mazda breached the express warranties by providing a 5-year/60,000 mile Powertrain Warranty with the purchase or lease of all Class Vehicles, thereby warranting to repair or replace any part defective in material or workmanship at no cost to the owner or lessee; selling and leasing Class Vehicles with the Engine Coolant Defect, and thus defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and refusing and/or failing to honor the express warranties by effectively repairing or replacing the defective parts free of charge and within a reasonable time.

131. Mazda also provided Plaintiffs and the other Class members with an implied warranty of merchantability in connection with the purchase or lease of their Class Vehicles that is an "implied warranty" within the meaning of the MMWA, 15 U.S.C. § 2301(7). As part of the implied warranty of merchantability, Mazda warranted that the Class Vehicles were fit for their ordinary purpose as safe passenger motor vehicles, would pass without objection in the trade as manufactured and marketed, and were adequately contained, packaged, and labeled.

132. Mazda breached these implied warranties and is therefore liable to Plaintiffs and the Class pursuant to 15 U.S.C. § 2310(d)(1). Without limitation, the Class Vehicles share common defects in that they suffer from the Engine Coolant Defect and can suddenly fail during normal use and operation. Mazda has admitted that the Class Vehicles are defective through its TSBs.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

133. Mazda was provided notice of the claims raised by Plaintiffs and was afforded a reasonable opportunity to cure. Mazda failed to cure in that it has not offered a no cost repair to Plaintiffs and consumers for the Engine Coolant Defect. Until Plaintiffs' representative capacity is determined, notice and opportunity to cure through Plaintiffs, and on behalf of the Class, can be provided under 15 U.S.C. § 2310(e).

134. Mazda's acts and omissions in violation of the MMWA are "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce," and they are unlawful. 15 U.S.C. §§ 2310(b), 45(a)(1).

135. Plaintiffs and the members of the Class have suffered, and are entitled to recover, damages as a result of Mazda's breach of express and/or implied warranties and violations of the MMWA.

136. Plaintiffs also seek an award of costs and expenses, including attorneys' fees in connection with the commencement and prosecution of this action under 15 U.S.C. § 2310(d)(2). Plaintiffs and the prospective Class intend to seek such an award, including expert witness costs and other recoverable costs, as prevailing consumers at the conclusion of this lawsuit.

## COUNT 2
## BREACH OF EXPRESS WARRANTY
## (ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)

137. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

138. Mazda provided all purchasers and lessees of the Class Vehicles with the same express warranties described herein, which became part of the basis of the bargain.

139. The parts affected by the Engine Coolant Defect were distributed by Mazda in the Class Vehicles and are covered by the warranties Mazda provided to all purchasers and lessors of Class Vehicles.

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

140. Mazda breached these warranties by selling and leasing Class Vehicles with the Engine Coolant Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

141. Plaintiffs notified Mazda of the breach within the warranty period. Mazda already knew of the Engine Coolant Defect and yet chose to conceal it and failed to comply with its warranty obligations.

142. As a direct and proximate cause of Mazda's breach, Plaintiffs and the members of the Class bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and the Class have also incurred and will continue to incur costs related to the diagnosis and repair of the Engine Coolant Defect.

143. Mazda's attempt to disclaim or limit these express warranties is unconscionable and unenforceable under the circumstances here.

144. Specifically, Mazda's warranty limitation is unenforceable because it knowingly sold a defective product without informing consumers about the defect.

145. The time limits contained in Mazda's warranty period were also unconscionable and inadequate to protect Plaintiffs and members of the Class. A gross disparity in bargaining power existed between Mazda and the Class Members, and Mazda knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

146. Plaintiffs and the Class have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Mazda's conduct described herein.

///

///

///

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**COUNT 3**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY (ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)**

147. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

148. Mazda manufactured and distributed Class Vehicles throughout the United States for sale and lease to Plaintiffs and the Class Members.

149. Mazda impliedly warranted to Plaintiffs and members of the Class that their Class Vehicles were free of defects and were merchantable and fit for their ordinary purpose for which such goods are used.

150. As alleged herein, Mazda breached the implied warranty of merchantability because the Class Vehicles suffer from the Engine Coolant Defect. The Class Vehicles are therefore defective, unmerchantable, and unfit for their ordinary, intended purpose.

151. After Plaintiffs experienced the Engine Coolant Defect and contacted the dealership on multiple occasions without relief, Plaintiffs gave reasonable and adequate notice to Mazda that the Class Vehicles were defective, unmerchantable, and unfit for their intended use or purpose.

152. Due to the Engine Coolant Defect, Plaintiffs and the members of the Class are unable to operate their vehicles as intended in a safe condition, substantially free from defects. The Class Vehicles do not provide safe and reliable transportation to Plaintiffs and the members of the Class. As a result, Plaintiffs and members of the Class are unable to rely upon and safely drive their Class Vehicles.

153. Plaintiffs did not receive or otherwise have the opportunity to review, at or before the time of sale or lease, the written warranty containing the purported exclusions and limitations of remedies. Accordingly, any such exclusions and limitations of remedies are unconscionable and unenforceable, and Plaintiffs are entitled to all remedies available under Article 2 of the Uniform Commercial Code and other state

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

laws of each Sub-Class. Any purported warranty disclaimers, exclusions, and limitations were unconscionable and unenforceable. As a direct and proximate result of the breach of implied warranty of merchantability, Plaintiffs and members of the Classes have been injured in an amount to be proven at trial.

**COUNT 4**
**UNJUST ENRICHMENT**
**(ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)**

154. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

155. This claim is pled in the alternative to Plaintiffs' contract-based claims.

156. Mazda knew or should have known that Plaintiffs and the Class paid for the Class Vehicles with the expectation that they would perform as represented and were free from defects.

157. Plaintiffs and the Class conferred substantial benefits on Mazda by purchasing the defective Class Vehicles. Mazda knowingly and willingly accepted and enjoyed those benefits.

158. Mazda's retention of these benefits is inequitable.

159. As a direct and proximate cause of Mazda's unjust enrichment, Plaintiffs and the Class are entitled to an accounting, restitution, attorneys' fees, costs, and interest.

**COUNT 5**
**NEGLIGENT MISREPRESENTATION**
**(ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)**

160. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

161. Mazda had a duty to provide honest and accurate information to its customers so that customers could make informed decisions on the substantial purchase of automobiles.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

162. Mazda specifically and expressly misrepresented material facts to Plaintiffs and Class members, as discussed above.

163. Mazda knew, or in the exercise of reasonable diligence, should have known, that the ordinary and reasonable consumer would be misled by Mazda's misleading and deceptive advertisements.

164. Plaintiffs and the Class members justifiably relied on Mazda's misrepresentations and have been damaged thereby in an amount to be determined at trial.

**COUNT 6**
**FRAUDULENT CONCEALMENT**
**(ON BEHALF OF THE NATIONWIDE CLASS OR ALTERNATIVELY EACH OF THE STATE SUB-CLASSES)**

165. Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

166. At all relevant times, Mazda was engaged in the business of designing, manufacturing, distributing, and selling the Class Vehicles.

167. Mazda, acting through its representatives or agents, sold and/or leased the Class Vehicles throughout the United States.

168. Mazda willfully, falsely, and knowingly omitted various material facts regarding the quality and character of the Class Vehicles, including that they suffered from the Engine Coolant Defect.

169. Rather than inform consumers of the truth regarding the Engine Coolant Defect, Mazda concealed material information related to the Engine Coolant Defect.

170. Mazda's omissions were material because the Engine Coolant Defect has a substantial impact not simply on the convenience and cost of vehicle maintenance, but also on the reliability and safety of the Class Vehicles over time.

171. Mazda omitted this material information to drive up sales and maintain its market power, as consumers would not have purchased the Class Vehicles, or would have paid substantially less for them, had they known the truth.

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

172. Plaintiffs and the Class members had no way of knowing about the Engine Coolant Defect.

173. Plaintiffs and Class members could not have discovered the above information on their own, because Mazda was in the exclusive possession of such information.

174. Although Mazda has a duty to ensure the accuracy of information regarding the performance of its Class Vehicles, it did not fulfill these duties.

175. Plaintiffs and Class members sustained injury due to the purchase of Class Vehicles that suffered from the Engine Coolant Defect.

176. Mazda's acts were done maliciously, oppressively, deliberately, and with intent to defraud, and in reckless disregard of Plaintiffs and Class members' rights and well-being, and in part to enrich itself at the expense of consumers. Mazda's acts were done to gain commercial advantage over competitors, and to drive consumers away from consideration of competitor's vehicles. Mazda's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future.

**COUNT 7**
**VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT**
**(Wash. Rev. Code §§ 19.86.010, *et seq.*)**
**(ON BEHALF OF THE WASHINGTON SUB-CLASS)**

177. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

178. Plaintiffs Tod and Evelyn Hunley and Washington Class Members are "persons" within the meaning of the WCPA, Wash. Rev. Code § 19.86.010(1).

179. Defendants are "persons" within the meaning of the Washington Consumer Protection Act ("WCPA"), Wash. Rev. Code § 19.86.010(1).

180. Defendants conduct "trade" and "commerce" within the meaning of the WCPA, WRC § 19.86.010(2).

181. Defendants' actions are unfair and/or deceptive within the meaning of the WCPA in that Defendants have engaged in deception, fraud, unfair practices, and

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

concealment by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiffs and the Washington Class Members that the Class Vehicles suffer from the Defect and present a safety hazard because of materials, workmanship, design, and/or manufacturing defects.

182. Further, Defendants employed unfair and deceptive trade practices by failing to provide repairs of the Defect or replacement of Class Vehicles at no cost to consumers.

183. Defendants' conduct was done with the intent that Plaintiffs and the Washington Class Members rely upon that concealment, suppression, and omission when making their purchasing decisions.

184. Defendants' unfair or deceptive acts or practices have occurred in their trade or business, and Defendants were and are capable of deceiving a substantial portion of the public.

185. Mazda's conduct caused Plaintiffs and the Washington Class Members to suffer an ascertainable loss. Plaintiffs and the other Washington Class Members purchased vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their vehicles suffered a diminution in value. Plaintiffs and the Washington Class Members have also incurred and will continue to incur costs for necessary repairs to their vehicles as a result of the Defect.

186. Plaintiffs and other Washington Class Members' damages are the direct and foreseeable result of Defendants' unlawful conduct. Had the Defect in the Class Vehicles been disclosed, consumers would not have purchased or would have paid less for them and would have been spared the subsequent expenses described herein.

187. Defendants' general course of conduct has an impact on the public interest, and the acts complained of herein are ongoing and/or have a substantial likelihood of being repeated.

188. As a direct and proximate result of Defendants' actions described above, Plaintiffs and the Washington Class Members have been injured in fact and suffered

damages, and seek relief in the form of actual damages, treble damages, and reasonable attorneys' fees, pursuant to Wash. Rev. Code § 19.86.090.

**COUNT 8**
**VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT ("CLRA") (Cal. Civ. Code § 1750, *et seq.*)**
**(ON BEHALF OF THE CALIFORNIA SUB-CLASS)**

189. Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

190. Plaintiff Liang brings this claim on behalf of herself and on behalf of the California Class against Defendants.

191. Defendants are persons as that term is defined in California Civil Code § 1761(c).

192. Plaintiff and the California Class Members are "consumers" as that term is defined in California Civil Code §1761(d).

193. Defendants engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiff and California Class Members that the Class Vehicles suffer from the Defect (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

> (a)(2) Misrepresenting the source, sponsorship, approval or certification of goods or services;
>
> (a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;
>
> (a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and
>
> (a)(9) Advertising goods and services with the intent not to sell them as advertised.

194. Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the



NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

purchasing public, and imposed a serious safety risk on the public.

195. Defendants knew that the Class Vehicles were defectively designed and/or manufactured, would fail prematurely, and were not suitable for their intended use.

196. Defendants were under a duty to Plaintiff and the California Class Members to disclose the defective nature of the Class Vehicles because:

a. Defendants were in a superior position to know the true state of facts about the safety defect and associated repair costs in the Class Vehicles;

b. Plaintiff and the California Class Members could not reasonably have been expected to learn or discover that the Class Vehicles had a dangerous safety defect until manifestation of the Defect;

c. Defendants knew that Plaintiff and the California Class Members could not reasonably have been expected to learn or discover the safety and security defect and the associated repair costs that it causes until the manifestation of the Defect; and

d. Defendants actively concealed the safety and security defect and the associated repair costs by asserting to Plaintiff and the California Class Members that their vehicles were not defective.

197. In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

198. The facts concealed or not disclosed by Defendants to Plaintiff and the California Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price.

199. Had Plaintiff and the California Class known about the defective nature of the Class Vehicles, they would not have purchased or leased the Class Vehicles or would have paid less for them.

200. On or about March 20, 2026, Plaintiff provided Defendants with notice of their violations of the CLRA pursuant to California Civil Code § 1782(a) and seek both

injunctive relief and monetary damages, including actual, restitutionary, and punitive damages.

201. Plaintiff and the other California Class Members' injuries were proximately caused by Defendants' fraudulent and deceptive business practices.

202. Therefore, Plaintiff and the other California Class Members seek all relief available under the CLRA.

**COUNT 9**
**VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW**
**(Cal. Bus. & Prof. Code § 17200)**
**(ON BEHALF OF THE CALIFORNIA SUB-CLASS)**

203. Plaintiffs and the California Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

204. Plaintiff Liang brings this claim on behalf of herself and on behalf of the California Class against Defendants.

205. The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

206. Defendants have engaged in unfair competition and unfair, unlawful or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiff and the California Class Members that the Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Defendants should have disclosed this information because they were in a superior position to know the true facts related to the Defect, and Plaintiff and California Class Members could not reasonably be expected to learn or discover the true facts related to the Defect.

207. The Engine Coolant Defect constitute a safety issue that triggered Defendants' duty to disclose the safety issue to consumers.

208. These acts and practices have deceived Plaintiff and are likely to deceive

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the public. In failing to disclose the Defect and suppressing other material facts from Plaintiff and California Class Members, Defendants breached their duties to disclose these facts, violated the UCL, and caused injuries to Plaintiff and California Class Members. The omissions and acts of concealment by Defendants pertained to information that was material to Plaintiff and California Class Members, as it would have been to all reasonable consumers.

209. The injuries suffered by Plaintiff and California Class Members are not greatly outweighed by any potential countervailing benefit to consumers or to competition, nor are they injuries that Plaintiff and California Class Members should have reasonably avoided.

210. Defendants' acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 *et seq.*, and California Commercial Code § 2313.

211. Plaintiff seeks to enjoin further unlawful, unfair and/or fraudulent acts or practices by Defendants, to obtain restitutionary disgorgement of all monies and revenues generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

**COUNT 10**
**VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW**
**(Cal. Bus. & Prof. Code § 17500, *et seq.*)**
**(ON BEHALF OF THE CALIFORNIA SUB-CLASS)**

212. Plaintiffs and the California Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

213. Plaintiff Liang brings this claim on behalf of herself and on behalf of the California Class against Defendants.

214. California Business & Professions Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

215. Defendants caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading to consumers, including Plaintiff and the other California Class Members.

216. Defendants have violated section 17500 because the misrepresentations and omissions regarding the safety, reliability, and functionality of their Class Vehicles as set forth in this Complaint were material and likely to deceive a reasonable consumer.

217. Plaintiff and the other California Class Members have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices.

218. In purchasing or leasing their Class Vehicles, Plaintiff and the other California Class Members relied on the misrepresentations and/or omissions of Defendants with respect to the safety and reliability of the Class Vehicles. Defendants' representations were untrue because the Class Vehicles are distributed with the Coolant Defect that can cause catastrophic engine failure.

219. Had Plaintiff and the other California Class Members known this, they would not have purchased or leased their Class Vehicles and/or paid as much for them. Accordingly, Plaintiff and the other California Class Members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

220. All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Defendants' businesses. Defendants' wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

221. Plaintiff, individually and on behalf of the other California Class Members, requests that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices and to restore to Plaintiff and the other California Class Members any money Defendants acquired by unfair competition, including restitution and/or restitutionary disgorgement, and for such other relief set forth below.

**COUNT 11**
**VIOLATION OF SONG-BEVERLY CONSUMER WARRANTY ACT - BREACH OF IMPLIED WARRANTY**
**(Cal. Civ. Code §§ 1791.2 & 1792)**
**(ON BEHALF OF THE CALIFORNIA SUB-CLASS)**

222. Plaintiffs and the California Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

223. Plaintiff Liang brings this claim on behalf of herself and on behalf of the California Class against Defendants.

224. Plaintiff and the other California Class members who purchased or leased the Class Vehicles in California are "buyers" within the meaning of Cal. Civ. Code § 1791(b).

225. The Class Vehicles are "consumer goods" within the meaning of Cal. Civ. Code § 1791(a).

226. Defendants are "manufacturers" of the Class Vehicles within the meaning of Cal. Civ. Code § 1791(j).

227. Defendants impliedly warranted to Plaintiff and the other California Class Members that the Class Vehicles were "merchantable" within the meaning of Cal. Civ. Code §§ 1791.1 & 1792.

228. However, the Class Vehicles do not have the quality that a reasonable purchaser would expect.

229. Cal. Civ. Code § 1791.1(a) states: "Implied warranty of merchantability" or "implied warranty that goods are merchantable" means that the consumer goods meet each of the following: (1) pass without objection in the trade under the contract

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

description; (2) are fit for the ordinary purposes for which such goods are used; and (4) conform to the promises or affirmations of fact made on the container or label.

230. The Class Vehicles would not pass without objection in the trade because of the Defect.

231. The Class Vehicles are not fit for the ordinary purpose for which they are used because of the Defect.

232. The Class Vehicles do not conform to the promises or affirmations of fact made by Defendants.

233. Defendants breached the implied warranty of merchantability by manufacturing and selling Class Vehicles containing the Defect. The existence of the Defect has caused Plaintiff and the other California Class members to not receive the benefit of their bargain and have caused Class Vehicles to depreciate in value.

234. As a direct and proximate result of Defendants' breach of the implied warranty of merchantability, Plaintiff and the other California Class members received goods whose defective condition substantially impairs their value to Plaintiff and the other California members. Plaintiff and the other California Class members have been damaged as a result of the diminished value of the Class Vehicles.

235. Plaintiff and the other California Class members are entitled to damages and other legal and equitable relief including, at their election, the purchase price of their Class Vehicles, or the overpayment or diminution in value of their Class Vehicles.

236. Pursuant to Cal. Civ. Code § 1794, Plaintiff and the other California Class members are entitled to costs and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of members of the Classes defined above, respectfully request that the Court enter judgment against Mazda and award the following relief:

NYE, STIRLING, HALE, MILLER & SWEET
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

A. Certification of this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, declaring Plaintiffs as the representatives of the Classes, and Plaintiffs' counsel as counsel for the Classes;

B. An order enjoining Mazda from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged in this Complaint, including, without limitation, an order that requires Mazda to:

i. repair, recall, and/or replace the Class Vehicles;

ii. to extend the applicable warranties to a reasonable period of time and to so notify the Classes;

iii. to stop selling Class Vehicles with the misleading information and omissions and Engine Coolant Defect; and

iv. at a minimum, to provide Plaintiffs and Class members with appropriate curative notice regarding the existence and cause of the Engine Coolant Defect;

C. An order granting declaratory relief, including without limitation, a declaration:

i. requiring Mazda to comply with the various provisions of law cited above and to make all required disclosures; and

ii. stating that Mazda is financially responsible for all Class notice and the administration of Class relief;

D. An award of appropriate damages to repair or replace the Class Vehicles, including damages for economic loss including loss of the benefit of the bargain, overpayment damages, diminished value and out-of-pocket losses;

E. An order requiring disgorgement, for the benefit of the Class, the ill-gotten profits Mazda received from the sale or lease of the Class Vehicles, or full restitution to Plaintiffs and members of the Classes;

F. An order awarding any applicable statutory damages, civil penalties, and punitive and exemplary damages;

G. An award of costs, expenses, and attorneys' fees;

H. An order requiring Mazda to pay both pre- and post-judgment interest on any amounts awarded; and

I. Such other or further relief as the Court may deem just and proper.

Dated: March 30, 2026

NYE, STIRLING, HALE, MILLER & SWEET, LLP

By: /s/ Alison M. Bernal

Alison M. Bernal, Esq. (SBN 264629)
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Matthew D. Schelkopf (*pro hac vice* forthcoming)
mds@sstriallawyers.com
Joseph B. Kenney (*pro hac vice* forthcoming)
jbk@sstriallawyers.com
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

*Attorneys for Plaintiffs and the punitive classes*

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial for all claims so triable.

Dated: March 30, 2026

NYE, STIRLING, HALE, MILLER & SWEET, LLP

By: */s/ Alison M. Bernal*

Alison M. Bernal, Esq. (SBN 264629)
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Matthew D. Schelkopf (*pro hac vice* forthcoming)
mds@sstriallawyers.com
Joseph B. Kenney (*pro hac vice* forthcoming)
jbk@sstriallawyers.com
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

*Attorneys for Plaintiffs and the punitive classes*